Trent M. Gardner (Bar No. 7477)
Hannah S. Willstein (Bar No. 68806595)
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Phone: (406) 587-0618
Fax:    (406) 587-5144
Email: tgardner@goetzlawfirm.com
        hwillstein@goetzlawfirm.com

*Attorneys for Richard J. Samson, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>**SCOTT K. WILLIAMS,**<br><br>    Debtor. | Case No. 9:22-bk-90147-BPH |
| **RICHARD J. SAMSON, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF SCOTT K. WILLIAMS,**<br><br>    Plaintiff,<br><br>v.<br><br>**CANDY WILLIAMS AND VIKING INVESTMENTS LLC,**<br><br>    Defendants. | Adversary No. 23-09001<br><br>**CHAPTER 7 TRUSTEE'S AMENDED WITNESS and EXHIBIT LIST** |

**CHAPTER 7 TRUSTEE'S WITNESS LIST**

    Richard J. Samson, Chapter 7 Trustee for the bankruptcy estate of Debtor Scott K. Williams ("Trustee"), through counsel, submits the following amended lists of witnesses and exhibits for the trial in this matter which is scheduled for December 6, 2023, in Missoula, Montana.

## WITNESSES

1. Richard J. Samson, 310 W. Spruce Street, Missoula, MT, 59802;

2. Scott K. Williams, 11423 Spotted Fawn LN, Bigfork, MT, 59911;

3. Candy Williams, 11423 Spotted Fawn LN, Bigfork, MT, 59911;

4. Kent Williams, 2786 Oakwood Drive, Bountiful, UT, 84010;

5. Brenda Harbers, 131 Double Tree Court, Imperial, Missouri, 63052;

6. Any witness identified by any other party;

7. Any witness present in the courtroom and available to testify; and

8. Any rebuttal witnesses.

## EXHIBITS

Copies of Trustee's exhibits are attached. Trustee numbered previously-marked deposition exhibits with the number given in the depositions. For other exhibits, Trustee began numbering at 100.

| Exhibit No. | Exhibit Name |
|---|---|
| | **DEPOSITION EXHIBITS MARKED** |
| 1 | US Bank Statement, Scott and Candy Williams, July 17, 2019 **(redacted)** |
| 3 | Order granting Plaintiffs' Ex Parte TRO, July 1, 2019 |
| 4 | Summons to Scott Williams, July 17, 2019 |
| 5 | First Amended Complaint against Scott Williams, July 7, 2019 |
| 7 | Zions Bank Statement for Hugh L. Williams Trust, June 28, 2019 **(redacted)** |
| 8 | Zions Bank Statement for Hugh L. Williams Trust, July 31, 2019 **(redacted)** |

| 11 | Exhibit A- Scott Williams Response to Subpoena |
|----|---|
| 12 | US Bank Statement, Scott and Candy Williams, August 16, 2019 **(redacted)** |
| 13 | Viking Investments Articles of Organization, July 25, 2019 |
| 14 | Viking Investments Operating Agreement, July 25, 2019 |
| 15 | Settlement Statement for 11423 Spotted Fawn Lane dated Sept. 27, 2019 |
| 16 | Quitclaim Deed from Viking Investments to Candy Williams, December 26, 2019 |
| 17 | Candy Williams Residential Loan Application, Dec. 26, 2019 **(redacted)** |
| 19 | Settlement Statement, Candy Williams Loan, Dec. 23, 2019 |
| 20 | Deed of Trust, Dec. 26, 2019 |
| 24 | Deed of Trust, April 26, 2021 |
| 25 | Arial photo of 11423 Spotted Fawn Lane |
| | **NON-DEPOSITION EXHIBITS** |
| 100 | Zion's Bank Cashier Check Records, July 2019 **(redacted)** |
| 101 | Kent Williams Receipt, June 27, 2019 |
| 102 | Kent Williams Unsigned Receipt |
| 103 | Brenda Lee Harbors Receipt, June 28, 2019 |
| 104 | Personal Representative Deed to Viking Investments, LLC, Sept. 27, 2019 |
| 105 | Closing Disclosure, Candy Williams, April 22, 2021 |
| 106 | Complaint, Jan. 30, 2023 |
| 107 | Answer, March 2, 2023 |

| 108 | Glacier Bank - Viking Investment Bank Statements, July 2019 - August 2023 |
|---|---|
| 109 | Candy and Scott Williams 2020 Tax Return **(redacted)** |
| 110 | Scott Williams 2019 Schedule K-1 from Hugh Williams Family Trust **(redacted)** |
| 111 | Viking Investments 2019 Tax Return **(redacted)** |
| 112 | Candy Williams 2019 Tax Return **(redacted)** |
| 113 | Estate of Hugh L. Williams Proof of Claim 10, May 26, 2023 |
| 114 | Scott Williams Bankruptcy Petition, September 30, 2022 |
| 115 | Viking Investments title to 2018 Forest River 5th Wheel |
| 116 | Candy Williams Title to 2006 FGB Boat |
| 117 | Viking Investments Title to 2014 Cadillac |
| 118 | Viking Investments Title to 2015 Subaru |
| 119 | Glacier Bank - Candy Williams Statement, May 18, 2021 |
| 120 | Glacier Bank - Candy Williams Statement, June 18, 2021 |
| 121 | America First Bank Statement, Candy Williams, Dec. 31, 2019 **(redacted)** |
| 122 | America First Bank Statement, Candy Williams, Feb. 1, 2020 **(redacted)** |
| 123 | US Bank, Scott Williams Savings Statement, July 24, 2019 **(redacted)** |
| 124 | US Bank, Scott Williams Savings Statement, Dec. 24, 2019 **(redacted)** |
| 125 | Scott Williams Waiver of Discharge Under 11 U.S.C. Section 727(a)(10) |
| 126 | Complaint, 9:23-ap-09008-BPH, July 21, 2023 |
| 127 | Candy Williams' Responses to Plaintiff's First Discovery Requests, March 25, 2023 |

| | |
|---|---|
| 128 | Viking Investments′ Responses to Plaintiff's First Discovery Requests, March 25, 2023 |
| 129 | Declaration of Candy Williams, November 3, 2023 |
| 130 | Transcript, 341 Creditor Meeting, In re: Scott K. Williams, Nov. 10, 2022 |
| 131 | Transcript, 341 Creditor Meeting, In re: Scott K. Williams, Dec. 9, 2022 |
| 132 | Deposition of Scott K. Williams, Sept. 14, 2023 |
| 133 | Deposition of Candy Williams, Sept. 14, 2023 |
| 134 | Scott Williams August 2019 Credit Card Statements **(redacted)** |
| | Any Exhibits identified by any other party |
| | Impeachment Exhibits |

DATED this 15th day of November, 2023

                **GOETZ, GEDDES & GARDNER, P.C.**

                */s/ Trent M. Gardner*
                Trent M. Gardner
                Hannah S. Willstein
                ***Attorneys for Chapter 7 Trustee***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on the 15th day of November, 2023, a copy of the foregoing was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

*/s/ Trent M. Gardner*
Trent M. Gardner
Hannah S. Willstein
***Attorneys for Chapter 7 Trustee***