Brian W. Steffensen (3092)
**STEFFENSEN ◆ LAW ◆ OFFICE**
PO Box 2279
Salt Lake City, Utah 84110
Telephone (801) 860-3707
Facsimile (866) 221-7980
Email brianwsteffensen@gmail.com
Attorneys for **Plaintiff**

## IN THE THIRD DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| AAA Law PC et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Duffy Jay Williams et al.<br><br>Defendants | **Order Granting Plaintiffs' Ex Parte Emergency Motion for Temporary Restraining Order Without Hearing; and**<br><br>**Notice of Hearing**<br><br>**Civil No. 190905179**<br>**Judge James Gardner** |
|---|---|

    Plaintiffs Motion for a Temporary Restraining Order without notice and a hearing pursuant to URCP Rule 65, having come before the Court; and

    The Court having reviewed the Motion, which is verified by Brian W. Steffensen, together with the prior filed Motion for Prejudgment Writ of Attachmentd and the Declaration of Brian W. Steffensen in support thereof, which has been referenced as support for the instant motion, and finding that these satisfy the requirements of Rule 65A. <u>Under Rule 65A(e) of the Utah Rules of Civil Procedure, a restraining order may issue only upon a showing by the applicant that: (1) The applicant will suffer irreparable harm unless the order or injunction issues; (2) The threatened injury to the applicant outweighs whatever damage the proposed order or injunction may cause the party restrained or enjoined; (3) The order or injunction, if issued, would not be adverse to the public interest; and (4) There is a substantial likelihood that the applicant will prevail on the merits of the underlying claim, or the case presents serious issues on the merits</u>

which should be the subject of further litigation. The Court determines that Plaintiff has met its burden in this case of showing each of these requirements as to Mr. Williams. The Court finds based on the Affidavit of Brian Steffensen that Mr. Williams has fraudulently incurred the debt alleged in the complaint and that Plaintiff will have no other remedy to collect on the debt other than the inheritance. Because the TRO is limited in time, the Court finds that the burden on Mr. Williams will be outweighed by the potential injury to Plaintiff. The Court also finds that the limited TRO is not against the public interest and that Plaintiff has shown a substantial likelihood of prevailing on the merits of the underlying claim, or at least that the case presents serious issues on the merits. The Court also finds ~~and specifically finding~~ that good cause has been shown for the issuance of the TROs without prior notice and a hearing because it appears that Plaintiffs will likely suffer irreparable injury if the TRO~~s~~ ~~are~~ is not issued immediately, because Duffy Jay Williams is currently in the State of Utah but is allegedly hiding his whereabouts and Mr. Williams may flee Utah and/or expend or secret the funds which he has received, and otherwise finding good cause therefore;

IT IS HEREBY ORDERED that Plaintiffs' Emergency Ex Parte Motion for Temporary Restraining Order Without Prior Notice and a Hearing is Granted.

Duffy Jay Williams is hereby ordered:

1. ~~To remain in the State of Utah;~~

2. To refrain from spending, encumbering or hiding the monies received from the Estate of Hugh Williams up to $250,000;

3. ~~To place all of said inheritance monies – up to $250,000 – in a trust account;~~

   ~~pending further order of this Court.~~

It is also ordered that Defendant Duffy Williams be served papers incident to this motion and order via email to duffyw@hotmail.com and duffyjwilliams@gmail.com.

This Date and Time of the Issuance of this TRO is July 1, 2019 at 10:30 a.m.

Page 2 of 3

A hearing on the continuance of this TRO shall be held on July 11, 2019 at the hour of 3:00 p.m., in Courtroom 33, in the Third District Court, West Jordan Division, 8080 S Redwood Road, West Jordan, Utah 84088.

This TRO will expire if not extended at said hearing on July 11, 2019, at 4:00 p.m.

***This Order is Issued by the Court as of the Date and Time Endorsed on the Top Hereof***