Brian W. Steffensen (3092)
STEFFENSEN ❖ LAW ❖ OFFICE
PO Box 2279
Salt Lake City, Utah 84110
Telephone (801) 860-3707
Facsimile (866) 221-7980
Email brianwsteffensen@gmail.com
Attorneys for **Plaintiff**

## IN THE THIRD DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| AAA Law PC et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Duffy Jay Williams et al.<br><br>Defendants | Summons<br><br><br><br>Civil No. 190905179<br>Judge James Gardner |
|---|---|

THE STATE OF UTAH TO :   Scott Williams

You are hereby summoned and required to file an answer in writing to the attached Complaint with the clerk of the Third District Court, 8080 South Redwood Road, West Jordan, Utah, and to serve upon or mail to Steffensen Law Office, PO Box 2279, Salt Lake City, Utah 84110, attorneys for Plaintiffs, a copy of said answer within TWENTY-ONE days after service of this summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in said complaint, which has been filed with the clerk of said Court, and a copy of which is attached and herewith served upon you.

DATED this 17th day of July, 2019.

/s/ Brian W. Steffensen



EXHIBIT 4