# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Statement of Accounts

Page 1 of 5
This Statement: June 28, 2019
Last Statement: May 31, 2019

Primary Account ████ 7034

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

0118090                    1580-06-0000-ZFH-PG0023-00007

THE HUGH L WILLIAMS FAMILY TRUST
SCOTT WILLIAMS
250 S HIGHWAY 89
NORTH SALT LAKE UT 84054-2509

WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®

**LEGAL NOTICE TO TREASURY CUSTOMERS**: The Treasury Management Master Services Agreement (MSA) is amended 30 days from your first periodic statement with this message. The new MSA with a Summary of Changes is posted in our Agreement Center at www.zionsbank.com/MSA and in Treasury Gateway through Sept. 30. Download, print, or ask your treasury representative for a copy. Affected portions are: Introduction; 10, 11.6, 11.7, 11.21(f), 12, 13, 14.7, 15, 16, 20, 21, 25, 35, 39, 45; Appendixes.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Small Trust Checking | ███ 7034 | $814,277.66 | |

## SMALL TRUST CHECKING ███ 7034                    112   7

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 95,356.60 | 2,134,334.44 | 5,576.45 | 1,409,836.93 | 814,277.66 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 06/21 | 230.15 | DEPOSIT 7676158174 |
| 06/21 | 2,134,104.29 | WIRE/IN-████████4265;ORG BACKMAN TITLE SERVICES LIMITED; ████3264 |

### 2 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/03 | 5,561.45 | AMEX EPAYMENT ACH PMT REF #████████2576 1128429057 |
| 06/21 | 15.00 | WIRE TRANSACTION SERVICE FEE |

### 6 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 06/27 | 1,052,743.13 | 117 | 06/10 | 246.09 | 119 | 06/24 | 800.00 |
| 116* | 06/03 | 2,500.00 | 118 | 06/17 | 3,000.00 | 120 | 06/24 | 350,547.71 |

\* Not in check sequence

**EXHIBIT**

**7**

tabbies'


A division of Zions Bancorporation, N  9:23-ap-09061-BPH   Doc#: 35-5   Filed: 11/15/23   Page 1 of 5   0118090-0000001-0226851

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

### CHECKBOOK BALANCE

1. LIST your checkbook balance.
2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits).
3. SUBTOTAL:
4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc).
5. ADJUSTED CHECKBOOK BALANCE:

*This balance should agree with line 10, below.*

### STATEMENT BALANCE

6. LIST your current statement balance as shown on the front of this statement.
7. ADD deposits made, but not shown on this statement.
8. SUBTOTAL:
9. SUBTRACT total from "Checks Outstanding."
10. ADJUSTED STATEMENT BALANCE:

*This balance should agree with line 5, above.*

## PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

## CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

We may report information about your Check Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**
Review account balances • Review posted transactions • Pay bills • Transfer funds
**Call 1-800-840-4999 to enroll today**



**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $32.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/03 | 87,295.15 | 06/17 | 84,049.06 | 06/24 | 1,867,020.79 |
| 06/10 | 87,049.06 | 06/21 | 2,218,368.50 | 06/27 | 814,277.66 |

This page intentionally left blank

**ZIONS BANK | CHECKING / MONEY MARKET DEPOSIT**

FOR DEPOSIT TO THE ACCOUNT OF

DATE 6-20 19

BY Hugh Williams Family Trust

ADDRESS

ACCOUNT NUMBER 27034

⑆5454⑈001⑆

CASH
CHECKS
230 .15

SUB TOTAL
LESS CASH
NET DEPOSIT $ 280 .15

**ZIONS BANK | CHECKING ACCOUNT WITHDRAWAL**

TO BE CHARGED TO MY CHECKING ACCOUNT

NAME (PLEASE PRINT) Scott Williams

DATE 6-27-19

AMOUNT One million Fifty two thousand seven hundred forty three and 13/100 DOLLARS

CLIENT SIGNATURE X

7034    $ 1,052,743.13

⑆5454⑈900⑈

Processed 06/21/19    $230.15

Processed 06/27/19 $1052743.13

---

116

THE HUGH L WILLIAMS FAMILY TRUST
250 S HWY. 89
NORTH SALT LAKE, UT 84054

DATE 6-3-19

PAY TO THE ORDER OF Hugh's RV

$ 2500.00

Two thousand Five Hundred 0/100 DOLLARS

ZIONS BANK |

1-800-974-8800

MEMO

⑆124000054⑈ 7034⑈0116

Processed 06/03/19    $2500.00    Ch# 116

---

117

THE HUGH L WILLIAMS FAMILY TRUST
250 S HWY. 89
NORTH SALT LAKE, UT 84054

DATE 6-4-19

PAY TO THE ORDER OF Dept of Utilities

$ 246.09

Two Hundred Forty Six 09/100 DOLLARS

ZIONS BANK |

1-800-974-8800

MEMO 75701

⑆124000054⑈ 7034⑈0117

Processed 06/10/19    $246.09    Ch# 117

---

118

THE HUGH L WILLIAMS FAMILY TRUST
250 S HWY. 89
NORTH SALT LAKE, UT 84054

DATE 6-15-19

PAY TO THE ORDER OF Williams

$ 3000.00

Three Thousand DOLLARS

ZIONS BANK |

1-800-974-8800

MEMO

⑆124000054⑈ 7034⑈0118

Processed 06/17/19    $3000.00    Ch# 118

---

119

THE HUGH L WILLIAMS FAMILY TRUST
250 S HWY. 89
NORTH SALT LAKE, UT 84054

DATE 6-18-19

PAY TO THE ORDER OF North Canyon Orchard

$ 800.00

Eight Hundred Dollars + 0/100 DOLLARS

ZIONS BANK |

1-800-974-8800

MEMO

⑆124000054⑈ 7034⑈0119

Processed 06/24/19    $800.00    Ch# 119

---

120

THE HUGH L WILLIAMS FAMILY TRUST
250 S HWY. 89
NORTH SALT LAKE, UT 84054

DATE 6-24-19

PAY TO THE ORDER OF Williams

$ 350547.71

Three Hundred Fifty Thousand Five Hundred forty seven 71/100 DOLLARS

ZIONS BANK |

1-800-974-8800

MEMO

⑆124000054⑈ 7034⑈0120

Processed 06/24/19    $350547.71    Ch# 120