

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5256    TRN         S        X    ST01



**EXHIBIT**
**12**

**Uni-Statement**
Account Number:
████████0794
Statement Period:
Jul 18, 2019
through
Aug 16, 2019

Page 1 of 3



000091605 01 SP    000638173075606 E
SCOTT K WILLIAMS
CANDY L WILLDEN
1898 E RICH WAY
SALT LAKE CTY UT 84121-4881

☎

**By Phone:**

**U.S. Bank accepts Relay Calls**

**Internet:**

**To Contact U.S. Bank**

1-800-US BANKS
(1-800-872-2657)

usbank.com

## SUMMARY OF YOUR U.S.BANK RELATIONSHIP

This section reflects the total balances for all accounts on this statement.

| Deposit Accounts | Account Number | | Balance | Page |
|---|---|---|---|---|
| U.S. Bank Gold Checking | ████████-0794 | $ | 1,809.23 | 1 |
| | **Total Deposit Balances** | **$** | **1,809.23** | |

| Lines of Credit | Account Number | | Balance | Page |
|---|---|---|---|---|
| Reserve Line | ████████-0794 | $ | 0.00 | 3 |
| | **Total Line of Credit Balances** | **$** | **0.00** | |

## U.S. BANK GOLD CHECKING

U.S. Bank National Association

**Member FDIC**
**Account Number** ████████-0794

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jul 18 | $ | 2,825.53 | Number of Days in Statement Period | 30 |
| Deposits / Credits | | 4,200.00 | Average Account Balance  $ | 3,182.54 |
| Card Withdrawals | | 418.07- | | |
| Other Withdrawals | | 2,508.23- | | |
| Checks Paid | | 2,290.00- | | |
| **Ending Balance on  Aug 16, 2019  $** | | **1,809.23** | | |

### Overdraft Protection

The following account(s) are linked to your checking account for Overdraft Protection. The account(s) are listed in the order that they would be used to transfer funds to your checking account if the available account balance is negative. If you wish to make changes to your Overdraft Protection account order; log in to your account at usbank.com, visit your local U.S. Bank branch or call U.S. Bank 24-Hour Banking at the number listed above.

**1st Position:** Reserve Line account ending in 0794

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 24 | ATM Deposit | US BANK 70TH SOU SALT LAKE CT UT<br>Serial No. 005096223447SUS4U731 | | $ | 4,000.00 |
| Jul 26 | PIN FRAUD | | | | 200.00 |
| | | **Total Deposits / Credits** | | **$** | **4,200.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1985

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 25 | ATM Withdrawal | US BANK KALISPEL KALISPELL MT<br>Serial No. 001849144517SUS4U893 | | $ | 300.00- |
| Jul 26 | Debit Purchase - VISA<br>FINNEGANS 4B'S | On 072519 KALISPELL MT<br>REF # 24210739207286088800334 | 7286088800 | | 35.65- |
| Aug 1 | Debit Purchase<br>016705 | SMITHS FO 980 E. MIDVALE   UT<br>On 080119 MAESTERM REF 016705 | | | 2.05- |
| Aug 5 | Debit Purchase - VISA<br>SUBWAY     00 | On 080219 MIDVALE UT<br>REF # 24164079214255024100180 | 4255024100 | | 15.35- |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                $_____

5. Total lines 3 and 4.                                                                  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $_____

7. Subtract line 6 from line 5. This is your balance.                                    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC



SCOTT K WILLIAMS
CANDY L WILLDEN
1898 E RICH WAY
SALT LAKE CTY UT  84121-4881

**Uni-Statement**
Account Number:
████ 0794
Statement Period:
Jul 18, 2019
through
Aug 16, 2019

Page 2 of 3



## U.S. BANK GOLD CHECKING                                                                    (CONTINUED)
U.S. Bank National Association                                           **Account Number** ████-0794

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-1985

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 9 | Debit Purchase | COSTCO WHSE #074 KALISPELL  MT | 8108082018 | 49.46- |
| | 575981 | On 080819 ILNKILNK REF 922021575981 | | |
| Aug 12 | Debit Purchase - VISA | On 080919 CORAM MT | 1685015600 | 6.00- |
| | CENEX GLACIER 09 | REF # 24164079221685015600650 | | |
| Aug 12 | Debit Purchase | WHITE OAK SUPER  KALISPELL  MT | | 9.56- |
| | 371516 | On 081119 MAESTERM REF 371516 | | |

| | | |
|---|---|---:|
| **Card 1985  Withdrawals Subtotal** | $ | 418.07- |
| **Total Card Withdrawals** | $ | 418.07- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 23 | Electronic Withdrawal | To BARCLAYCARD US | $ | 208.38- |
| | REF=192030145794410N00 | 2510407970CREDITCARD642234526 | | |
| Jul 23 | Electronic Withdrawal | To CAPITAL ONE | | 226.00- |
| | REF=192040066760730N00 | 9279744991ONLINE PMT920339910587307 | | |
| Jul 24 | Electronic Withdrawal | To COMENITY PAY CP | | 43.00- |
| | REF=192040084091210N00 | 1651180275WEB PYMT P19204290279857 | | |
| Jul 24 | Electronic Withdrawal | To QuestarGas | | 55.30- |
| | REF=192040108180880N00 | 9200807142QuestarGas9955270000 | | |
| Jul 24 | Electronic Withdrawal | To CHASE CREDIT CRD | | 61.00- |
| | REF=192040105086520N00 | 5760039224EPAY    4220382479 | | |
| Jul 24 | Electronic Withdrawal | To CHASE CREDIT CRD | | 110.00- |
| | REF=192040105086360N00 | 5760039224EPAY    4220391749 | | |
| Jul 24 | Electronic Withdrawal | To CHASE CREDIT CRD | | 258.00- |
| | REF=192040105086410N00 | 5760039224EPAY    4220389486 | | |
| Jul 24 | Electronic Withdrawal | To FPB CR CARD | | 323.49- |
| | REF=192040107151860N00 | 3411894456INTERNET    WEB125289112 | | |
| Jul 25 | Electronic Withdrawal | To WASATCH FRONT WA | | 51.77- |
| | REF=192050080727850N00 | 1900650032DEBITS   108723833XA | | |
| Jul 25 | Electronic Withdrawal | To Chevron CC | | 216.00- |
| | REF=192050063226480N00 | 9069872103CHVTX EPAY1933605561 | | |
| Jul 25 | Electronic Withdrawal | To ATT | | 236.24- |
| | REF=192050104555240N00 | 9864031005Payment  455743001MYW9C | | |
| Jul 26 | Electronic Withdrawal | To SLC PUBLIC UTILT | | 68.96- |
| | REF=192060061233670N00 | ECHECK   9992011001 | | |
| Jul 26 | Electronic Withdrawal | To COMCAST | | 167.86- |
| | REF=192060052333590N00 | 0000213249CABLE   3443285 | | |
| Jul 26 | Electronic Withdrawal | To United Underwrit | | 311.81- |
| | REF=192060078348620N00 | Insurance 1870578114 | | |
| Jul 30 | Electronic Withdrawal | To PROG CLASSIC | | 70.42- |
| | REF=192100140598510N00 | INS PREM  9409348096 | | |
| Aug 5 | Electronic Withdrawal | To Credit One Bank | | 100.00- |
| | REF=192170033747330N00 | 912240213 Payment  0000358099371 | | |

| | | |
|---|---|---:|
| **Total Other Withdrawals** | $ | 2,508.23- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 2456 | Aug 5 | 8057465067 | 90.00 | 2457 | Aug 6 | 8356940189 | 2,200.00 |

| | | |
|---|---|---:|
| **Conventional Checks Paid (2)** | $ | 2,290.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 23 | 2,391.15 | Jul 25 | 4,736.35 | Jul 30 | 4,281.65 |
| Jul 24 | 5,540.36 | Jul 26 | 4,352.07 | Aug 1 | 4,279.60 |



SCOTT K WILLIAMS
CANDY L WILLDEN
1898 E RICH WAY
SALT LAKE CTY UT 84121-4881

**Uni-Statement**

Account Number:
▬ 0794
Statement Period:
Jul 18, 2019
through
Aug 16, 2019

Page 3 of 3

## U.S. BANK GOLD CHECKING                                                                         (CONTINUED)

U.S. Bank National Association                                                         **Account Number** ▬ **-0794**

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Aug  5 | 4,074.25 | Aug  9 | 1,824.79 | Aug 12 | 1,809.23 |
| Aug  6 | 1,874.25 | | | | |

Balances only appear for days reflecting change.

## RESERVE LINE

U.S. Bank National Association                                                         **Account Number** ▬ **-0794**

| **Activity Summary** | | | **Payment Information** | | |
|---|---|---|---|---|---|
| Previous Balance | $ | 0.00 | New Balance | $ | 0.00 |
| **Interest Charged** | | **0.00** | | | |
| **New Balance as of Aug 16, 2019** | **$** | **0.00** | | | |
| Credit Line | $ | 1,000.00 | | | |
| Available Credit | $ | 1,000.00 | | | |

| 2019 Totals Year to Date | | |
|---|---|---|
| Total Fees Charged in 2019 | $ | 0.00 |
| Total Interest Charged in 2019 | $ | 59.89 |

### Reserve Line Balance Summary

| | Balance Subject |
|---|---|
| Date | to Interest |
| Jul 18 | 0.00 |

Balances only appear for days reflecting change.

Payments received before 5:00 p.m. Central Time at our Payment Processing Center will be applied to your account effective the same business day. Payments received after the cutoff time, or on weekends or legal holidays, will be applied to your account the next business day.

After a payment has been made, we reserve the right to withhold available advances in the amount of the principal portion of the payment up to 7 business days from the date we receive the payment. Any credit available before the payment is received will continue to be available for advances during this time.

9:23-ap-09001-BPH    Doc#: 35-8    Filed: 11/15/23    Page 4 of 4