

STATE OF MONTANA

12853976
Montana Secretary of State
Filed: July 25, 2019 01:07 PM
BID: C1126665

# Articles of Organization

Viking Investments LLC (C1126665)

# General Details

| | |
|---|---|
| **Handling Option** | 1 Hour Expedite Handling |
| **Delayed Effective Date** | |
| **Type of Limited Liability Company** | Limited Liability Company |
| **Business Entity Name** | Viking Investments LLC |

# Registered Agent in Montana

| | |
|---|---|
| **Name** | Candy Lynn Williams |
| **Street Address** | 238 N Hilltop Rd, Columbia Fls, Montana, 59912, United States |
| **Mailing Address** | Same as Street Address |
| **Registered Agent Type** | Non-Commercial |

The appointment of the registered agent listed above is an affirmation by the represented entity that the agent has consented to serve as a registered agent.
Yes

# Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | PO Box 3223, Columbia Fls, Montana, 59912, United States |
| **Term** | Perpetual |

# Managers/Members

| | |
|---|---|
| **LLC Managed By** | Managers |



EXHIBIT 13

9:23-ap-09001-BPH   Doc#: 35-9   Filed: 11/15/23

**Individual**

| | |
|---|---|
| **Name** | Candy Lynn Williams |
| **Status** | Active |
| **Business Mailing Address** | PO Box 3223, Columbia Fls, Montana, 59912, United States |

# Signature

I have been authorized by the business entity to file this document online.
Yes

I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.
Yes

| | |
|---|---|
| **Name** | Candy Williams |
| **Position** | Organizer |
| **Date** | 07/25/2019 |

# Daytime Contact

| | |
|---|---|
| **Phone** | (801) 694-540 9 |
| **Email** | Vikinginvllc@gmail.com |



# MONTANA SECRETARY OF STATE

**Return Method:** Email

July 25, 2019

CANDY WILLIAMS
COLUMBIA FLS MT 59912

## CERTIFICATION LETTER

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

### Viking Investments LLC

filed its Articles of Organization with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C1126665 - 12853976
**Effective Date:** July 25, 2019

Your company's annual report is due by April 15th of next year and each consecutive year thereafter.

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

Corey Stapleton
Montana Secretary of State

Montana State Capitol . PO Box 202801 . Helena, Montana 59620-2801
tel: (406) 444-3665 . fax: (406) 444-3976 . TTY: (406) 444-9068 . sos.mt.gov

9:23-ap-09001-BPH   Doc#: 35-9   Filed: 11/15/23   Page 3 of 3