American Land Title Association

ALTA Settlement Statement – Buyer
Adopted 05-01-2015

File No.: 857444-BT
Printed: 09/27/2019, 3:46 PM
Officer/Escrow Officer: Lizz Piper
Witcher/lpw
Settlement Location:
435 Grand Drive, Bigfork, MT 59911

**Insured Titles**

435 Grand Drive • Bigfork, MT 59911
Phone: (406)837-5144  Fax: (406)837-5143
Final Settlement Statement

INSURED TITLES

Property Address: 11423 Spotted Fawn Lane, Bigfork, MT 59911
Buyer: Viking Investments LLC
Seller: Estate of David Snyder Robins
Lender:
Settlement Date: 09/30/2019
Disbursement Date: 09/30/2019

| Description | Buyer Debit | Buyer Credit |
|---|---|---|
| **Financial** | | |
| Sale Price | 358,000.00 | |
| Deposit: Receipt No. 4897 on 08/26/2019 by Viking Investments LLC | | 10,000.00 |
| **Prorations/Adjustments** | | |
| County Taxes 09/30/19 to 12/31/19 @$3,171.27/yr | 799.33 | |
| Propane Pro Ration | 498.15 | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Document Delivery Fee to Insured Titles | 5.00 | |
| Settlement or Closing Fee to Insured Titles | 250.00 | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee-Deed | 14.00 | |
| **Miscellaneous** | | |
| Tank Lease to Northern Energy | 100.00 | |
| Water Right to DNRC | 50.00 | |
| Subtotals | 359,716.48 | 10,000.00 |
| Due From Buyer | | 349,716.48 |
| Totals | 359,716.48 | 359,716.48 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Insured Titles to cause the funds to be disbursed in accordance with this statement.

Copyright 2015 American Land Title Association.
All rights reserved

Page 1 of 2

File # 857444-BT
Printed on 09/27/2019 at 3:46 PM

EXHIBIT
15

Buyer(s):

Viking Investments LLC

By: _____/s/ Candy Williams_____

Name: Candy Lynn Williams

Title: Manager

Escrow Officer: Lizz Piper Witcher

Copyright 2015 American Land Title Association.
All rights reserved

Page 2 of 2

File # 857444-BT
Printed on 09/27/2019 at 3:46 PM