STATE OF MONTANA, COUNTY OF LAKE
Recorded 12/27/2019 03:44
Microfilm 574452 Paula A. Holle Recorder
Fees $14.00 by WR Deputy

**AND WHEN RECORDED MAIL TO:**

Candy Williams
1423 Spotted Fawn Lane
Bigfork MT 59911

Filed for Record at Request of:
First American Title Company

Space Above This Line for Recorder's Use Only

Order No.: 874074-BT
Parcel No.: 16506

## QUITCLAIM DEED

For Value Received

Viking Investments, LLC

do(es) hereby convey, release, remise and forever quit claim unto

Candy Williams

whose address is: 1423 Spotted Fawn Ln Bigfork, MT. 59911

the following described premises situated in Flathead County, Montana to-wit:

A PORTION OF THE N½SW¼NE¼ OF SECTION 1, TOWNSHIP 26 NORTH, RANGE 19 WEST, P.M.M., LAKE COUNTY, MONTANA, FURTHER SHOWN AND DESCRIBED AS BEING TRACT-A ON CERTIFICATE OF SURVEY NO. 4662, ON FILE IN THE OFFICE OF THE CLERK AND RECORDER OF LAKE COUNTY, MONTANA.

together with its appurtenances.

Dated: December 26, 2019

Page 1 of 2

9:23-ap-09001-BPH   Doc#: 35-12   Filed: 11/15/23   Page 1 of 2

EXHIBIT 16

*[signature]*
Candy Lynn Williams, Manager

_____

STATE OF    UTAH    )
                                 ss.
COUNTY OF   SALT LAKE   )

This instrument was acknowledged before me on **December 26, 2019**, by **Candy Lynn Williams, Manager**, ~~known to me to be the managing member of Candy Williams.~~ of Viking Investments LLC

Notary Public for the State of UTAH
Residing at: COTTONWOOD HEIGHTS
My Commission Expires: 10-09-2022



MARIAH HULL
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 702725
COMM. EXP. 10/09/2022