# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower ____________________ Co-Borrower ____________________

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☒ Conventional ☐ USDA/Rural Housing Service | ☐ Other: (explain) | Agency Case Number | Lender Case Number 1219454022 |
|---|---|---|---|---|---|
| Amount $200,000.00 | Interest Rate 3.988% | No. of Months 360 | Amortization Type: | ☒ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) 11423 SPOTTED FAWN LN, BIGFORK, MT 59911-7335 | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) SEE ATTACHED | Year Built 1997 |

Purpose of Loan: ☐ Purchase ☒ Refinance ☐ Construction ☐ Construction-Permanent ☐ Other (explain):

Property will be: ☐ Primary Residence ☒ Secondary Residence ☐ Investment

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2019 | $358,000.00 | $ | DEBT CONSOLIDATION | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| CANDY WILLIAMS | SOLE OWNERSHIP | ☒ Fee Simple ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) CANDY WILLIAMS | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number [redacted]-9938; Home Phone (incl. area code) (801) 694-5409; DOB (mm/dd/yyyy) [redacted]1973; Yrs. School | Social Security Number; Home Phone (incl. area code); DOB (mm/dd/yyyy); Yrs. School |
| ☒ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated; Dependents (not listed by Co-Borrower) no. 0 ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated; Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent 4 No. Yrs. (Living Rent Free) 1898 E RICH WAY, COTTONWOOD HEIGHTS, UT 84121 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed PRIMARY RESIDENTIAL MORTGAGE 1480 N 2200 W SALT LAKE CITY, UT 84116 | Yrs. on this job 8.58; Yrs. employed in this line of work/profession 9 | Name & Address of Employer ☐ Self Employed | Yrs. on this job; Yrs. employed in this line of work/profession |
| Position/Title/Type of Business PAYROLL PROCESSOR/ | Business Phone (incl. area code) (801) 320-7070 | Position/Title/Type of Business | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*





EXHIBIT 17

## IV. EMPLOYMENT INFORMATION (cont'd)

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
| | Monthly Income | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $4,853.33 | | $4,853.33 | Rent | | |
| Overtime | $864.90 | | $864.90 | First Mortgage (P&I) | | $953.45 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | $138.83 |
| Dividends/Interest | | | | Real Estate Taxes | | $263.95 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $5,718.23 | | $5,718.23 | Total | | $1,356.23 |

*** Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.**

**Describe Other Income** *Notice:* **Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.**

| B/C | | Monthly Amount |
|---|---|---|
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash Deposit toward purchase held by: | |
| *List checking and savings accounts below* | |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | |

**Liabilities and Pledged Assets.** List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company<br>AMERICA FIRST CREDIT U*<br>Acct. no. [redacted]0303 | $ Payment/Months<br>($536.00)/79 | $41,975.00 * |
| Name and address of Company<br>WELLS FARGO DEALER SVC*<br>Acct. no. [redacted]1135* | $ Payment/Months<br>($481.00)/29 | $13,671.00 * |
| Name and address of Company<br>AMERICAN EXPRESS<br>Acct. no. -[redacted]71253* | $ Payment/Months<br>()/999 | $9,677.00 * |





0115095648 1219454022

## VI. ASSETS AND LIABILITIES (cont'd)

| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | |
|---|---|---|---|---|
| | | JPMCB - CARD SERVICE* | ($106.00)/ 41 | $4,256.00 * |
| | | Acct. no. [redacted]0784 | | |
| Acct. no. | | Name and address of Company<br>JPMCB CARD* | $ Payment/Months<br>($144.00)/ 25 | $3,462.00 * |
| Stocks & Bonds (Company name/ number & description) | | Acct. no. [redacted]3231 | | |
| | | Name and address of Company<br>COMENITYBANK/VICTORIA* | $ Payment/Months<br>$130.00 / 21 | $2,684.00 |
| Life insurance net cash value<br>Face amount: | | Acct. no. [redacted]6796 | | |
| Subtotal Liquid Assets | | Name and address of Company<br>SYNCB/CHEVRON PLCC* | $ Payment/Months<br>$121.00 / 21 | $2,538.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $450,000.00 | Acct. no. [redacted]6251 | | |
| Vested interest in retirement fund | | Alimony/Child Support/Separate Maintenance Payments Owed to: | | |
| Net worth of business(es) owned (attach financial statement) | | | | |
| Automobiles owned (make and year) | | Job-Related Expense (child care, union dues, etc.) | | |
| | | Total Monthly Payments | $1,219.85 | |
| Other Assets (itemize) | | | | |
| Total Assets a. | $450,000.00 | Net Worth (a minus b) » $350,552.00 | Total Liabilities b. | $99,448.00 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 11423 SPOTTED FAWN LN BIGFORK, MT 59911 | | SFR | $450,000.00 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Totals | $450,000.00 | | | | | |

**List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):**

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

| VII. DETAILS OF TRANSACTION | |
|---|---|
| a. Purchase price | |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | $73,041.00 |
| e. Estimated prepaid items | $2,983.58 |
| f. Estimated closing costs | $7,579.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | $-3,377.96 |
| i. Total costs (add items a through h) | $80,225.62 |

| VIII. DECLARATIONS | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| **If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.** | | | | |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☐ |

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|---|---|
| j. Subordinate financing | | **If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.** | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☐ |
| l. Other Credits (explain) BORROWER PAID FEES | $847.98 | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | $200,000.00 | h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| | | i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| o. Loan amount (add m & n) | $200,000.00 | **l. Do you intend to occupy the property as your primary residence?** If "Yes," complete question m below. | ☐ | ☒ | ☐ | ☐ |
| | | m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| p. Cash from/to Borrower (subtract j, k, l, & o from i) | $-120,622.36 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | SH | | | |
| | | (2) How did you hold title to the home - by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgment. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X CWilliams | 12.26.19 | X | |

| Loan Originator's Signature X | | Date |
|---|---|---|
| Loan Originator's Name (print or type) ROLAND GERHARD FREY | Loan Originator Identifier NMLS: NMLS # 305739 | Loan Originator's Phone Number (including area code) (406) 751-2345 |
| Loan Origination Company's Name GLACIER MORTGAGE, INC. | Loan Origination Company Identifier NMLS: NMLS # 2568 | Loan Origination Company's Address 14 3RD STREET EAST SUITE 280 KALISPELL MT 59901 |





**CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION**

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: CANDY WILLIAMS | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 1219454022 |

**VI. ASSETS AND LIABILITIES (cont'd)**

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company JPMCB CARD* Acct. no. [redacted]9130 | $ Payment/Months $60.00 / 37 | $2,206.00 |
| Name and address of Company COMENITYCAPITAL/ULTA* Acct. no. [redacted]6517 | $ Payment/Months $100.00 / 20 | $1,998.00 |
| Name and address of Company SYNCB/OLD NAVY DC* Acct. no. [redacted]9580 | $ Payment/Months $53.00 / 32 | $1,672.00 |
| Name and address of Company SYNCB/PPC* Acct. no. [redacted]8764 | $ Payment/Months $49.00 / 34 | $1,650.00 |
| Name and address of Company SYNCB/HSN* Acct. no. [redacted]7852 | $ Payment/Months $80.00 / 20 | $1,599.00 |
| Name and address of Company CREDIT ONE BANK NA* Acct. no. [redacted]1580 | $ Payment/Months $69.00 / 20 | $1,375.00 |
| Name and address of Company CAPITAL ONE/WALMART* Acct. no. [redacted]4429 | $ Payment/Months $39.00 / 33 | $1,256.00 |
| Name and address of Company WELLS FARGO CARD SER* Acct. no. [redacted]2281 | $ Payment/Months $25.00 / 47 | $1,168.00 |
| Name and address of Company SYNCB/PAYPAL CREDIT* Acct. no. [redacted]1162 | $ Payment/Months $31.00 / 35 | $1,077.00 |
| Name and address of Company FIRST PREMIER BANK* Acct. no. [redacted]2592 | $ Payment/Months $74.00 / 15 | $1,045.00 |
| Name and address of Company MERRICK BANK CORP* Acct. no. [redacted]2866 | $ Payment/Months $41.00 / 25 | $1,014.00 |
| Name and address of Company JPMCB - CARD SERVICE* Acct. no. [redacted]8989 | $ Payment/Months $35.00 / 23 | $777.00 |
| Name and address of Company THE BANK OF MISOURI* Acct. no. [redacted]1022 | $ Payment/Months $35.00 / 22 | $748.00 |
| Name and address of Company CAPITAL ONE BANK USA N* Acct. no. [redacted]9503 | $ Payment/Months $25.00 / 30 | $733.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X CWilliams | 12-26-19 | X | |

0115095648 1219454022

## CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: CANDY WILLIAMS | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 1219454022 |

| Name and address of Company | $ Payment/Months | |
|---|---|---|
| FIRST PREMIER BANK* Acct. no. [redacted]5663 | $43.00/15 | $605.00 |
| US BANK LINE OF CRED* Acct. no. [redacted]0794 | $27.85/20 | $557.00 |
| FIRST PREMIER BANK* Acct. no. [redacted]1259 | $35.00/15 | $494.00 |
| CREDIT ONE BANK NA* Acct. no. [redacted]7552 | $25.00/17 | $412.00 |
| JPMCB - CARD SERVICE* Acct. no. [redacted]5524 | $39.00/10 | $371.00 |
| COMENITYBANK/WAYFAIR* Acct. no. [redacted]4022 | $25.00/10 | $226.00 |
| SYNCB/BANANA REPUBLI* Acct. no. [redacted]5166 | $28.00/5 | $134.00 |
| CREDIT ONE BANK NA* Acct. no. [redacted]6744 | $30.00/3 | $67.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X CWilliams | 12-26-19 | X | |

Uniform Residential Loan Application
Freddie Mac Form 65 7/05 (rev. 6/09)
4193.914

Page 6 of 6

Fannie Mae Form 1003 7/05 (rev. 6/09)