| | | Borrower | |
|---|---|---|---|
| Description | | Debit | Credit |
| **Financial** | | | |
| Loan Amount - Glacier Mortgage Inc. | | | 200,000.00 |
| | | | |
| **Loan Charges** | | | |
| Loan Charges to Glacier Mortgage Inc. | | | |
| Prepaid Interest 12/27/19 to 01/01/20 @$21.850000/day | | 109.26 | |
| Origination Fee | Paid by Others-L $4,000.00 | | |
| Underwriting Fee | | 995.00 | |
| 0.311% of Loan Amount (Points) | | 622.04 | |
| Appraisal Fee | | 695.00 | |
| Credit Report | | 56.85 | |
| Flood Certification | | 8.00 | |
| Tax Service | | 85.00 | |
| Non-Specific Lender Credits | | | 15.00 |
| | | | |
| **Impounds** | | | |
| Aggregate Adjustment | | | 277.68 |
| Homeowner's Insurance 5 mo(s) @$138.83/mo | | 694.15 | |
| County Property Taxes 3 mo(s) @$263.95/mo | | 791.85 | |
| | | | |
| **Title Charges & Escrow / Settlement Charges** | | | |
| Policy-Extended Lender's Policy to Insured Titles | | 1,034.15 | |
| Endorsement 22-06 Location to Insured Titles | | 20.00 | |
| Endorsement 8.1-06 Environmental to Insured Titles | | 10.00 | |
| Endorsement 9-06 REM to Insured Titles | | 40.00 | |
| Settlement or Closing Fee to Insured Titles | | 450.00 | |
| e-document filing fee to Insured Titles | | 10.00 | |
| | | | |
| **Government Recording and Transfer Charges** | | | |

American Land Title Association

ALTA Settlement Statement – Borrower
Adopted 05-01-2015

File No.: 874074-BT
Printed: 12/23/2019, 12:48 PM
Officer/Escrow Officer: Lizz Piper
Witcher/lpw
Settlement Location:
435 Grand Drive, Bigfork, MT 59911

**Insured Titles**

435 Grand Drive • Bigfork, MT 59911
Phone: (406)837-5144  Fax: (406)837-5143
Final Settlement Statement


INSURED TITLES

Property Address: 11423 Spotted Fawn Lane, Bigfork, MT 59911
Borrower: Candy Williams
Lender: Glacier Mortgage Inc.
Settlement Date: 12/26/2019
Disbursement Date: 12/27/2019

Copyright 2015 American Land Title Association.
All rights reserved

| Description | Borrower Debit | Borrower Credit |
|---|---|---|
| Recording Fee-Deed | 14.00 | |
| Recording Fee-Mortgage | 161.00 | |
| **Miscellaneous** | | |
| Homeowner's Insurance Premium to State Farm TJ Wendt      POC-B $832.98 | 833.02 | |
| Payoff to American First Credit Union | 41,975.00 | |
| Payoff to Wells Fargo Dealer SVC | 13,671.00 | |
| Payoff to American Express | 9,677.00 | |
| Payoff to JPMCB | 4,256.00 | |
| Payoff to JPMCB | 3,462.00 | |
| **Subtotals** | 79,670.32 | 200,292.68 |
| Due To Borrower | 120,622.36 | |
| Totals | 200,292.68 | 200,292.68 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Insured Titles to cause the funds to be disbursed in accordance with this statement.

Borrower(s):

*[signature: Williams]*

Candy Williams

*[signature]*
Escrow Officer Lizz Piper Witcher

Copyright 2015 American Land Title Association.
All rights reserved
Page 2 of 2
File # 874074-BT
Printed on 12/23/2019 at 12:48 PM

9:23-ap-09001-BPH   Doc#: 35-14   Filed: 11/15/23   Page 2 of 2