1423 Spotted Fawn Ln

EXHIBIT 25 tabbies