| Date: 2019-07-01 | Bank: ZFN | Sequence #: 012019070176763480 83 | |
|---|---|---|---|
| Account: ■■■■7034 | Serial: | Amount: $426,753.71 | |
| TranCode: 751 | Routing # (RT): 545490010 | C/D: D | |
| Dep Seq #: 012019070176763480 80 | Item Type: DDA | BOFD: 124000054 | PID: 649 |

## ZIONS BANK. | CHECKING ACCOUNT WITHDRAWAL

A division of Zions Bancorporation, N.A. Member FDIC

TO BE CHARGED TO MY CHECKING ACCOUNT

WITHDRAWALS ARE PERMITTED ONLY THROUGH PAYMENT TO THE PERSON AUTHORIZED ON THE ACCOUNT

NAME (PLEASE PRINT) Scott K Williams         DATE 7-1-19

AMOUNT Four hundred twenty-six thousand Seven hundred fifty three 71/100 DOLLARS

CLIENT SIGNATURE X _____

ACCOUNT NUMBER  ■■■■7034      AMOUNT  $ 426,753.71

⑁545490010⑁

**EXHIBIT 100**

| Date: 2019-07-01 | Bank: ZFN | Sequence #: 01201907017676348081 |
|---|---|---|
| Account: ▮5636 | Serial: 8360837 | Amount: $25,000.00 |
| TranCode: 352 | Routing # (RT): 545400013 | C/D: C |
| Dep Seq #: 01201907017676348080 | Item Type: DDA | BOFD: 124000054   PID: 649 |

**ZIONS BANK**
Salt Lake City, Utah 84101

PROOF PROCESSING COPY
CREDIT COPY OF CASHIER'S CHECK

31-5/1240    8360837

THE HUGH L WILLIAMS FAMILY TRUST
Remitter

Date   JUL 01, 2019

Pay    $ ***25,000.00***

***TWENTY FIVE THOUSAND and 00/100***   US Dollars

To The Order Of   ***SCOTT WILLIAMS***

**NON NEGOTIABLE**
CREDIT COPY

093   02   3480

⑈8360837⑈ ⑆5454⑊0001⑆ ▮ 5636 6⑈

| Date: 2019-07-01 | Bank: ZFN | Sequence #: 012019070176763627772 |
|---|---|---|
| Account: ▮▮▮▮5636 | Serial: 8360837 | Amount: $25,000.00 |
| TranCode: 751 | Routing # (RT): 124000054 | C/D: D |
| Dep Seq #: 2732227300004 | Item Type: DDA | BOFD: 123000220 | PID: 672 |





| Date: 2019-07-01 | Bank: ZFN | Sequence #: 01201907017676348080 | |
|---|---|---|---|
| Account: ▮5636 | Serial: 8360838 | Amount: $401,747.71 | |
| TranCode: 352 | Routing # (RT): 545400013 | C/D: C | |
| Dep Seq #: 01201907017676348080 | Item Type: DDA | BOFD: 124000054 | PID: 649 |

**ZIONS BANK**
Salt Lake City, Utah 84101

PROOF PROCESSING COPY
CREDIT COPY OF CASHIER'S CHECK

31-5/1240    8360838

THE HUGH L WILLIAMS FAMILY TRUST
Remitter

Date    JUL 01, 2019

Pay    $ ***401,747.71***

***FOUR HUNDRED ONE THOUSAND SEVEN HUNDRED FORTY SEVEN and 71/100***    US Dollars

To The Order Of    ***SCOTT K WILLIAMS***

**NON NEGOTIABLE**
CREDIT COPY

093    07    3885

⑈8360838⑈ ⑆545400013⑆ ▮▮5636 6⑈

| Date: 2019-08-02 | Bank: ZFN | Sequence #: 012019080276762173333 |
|---|---|---|
| Account: ▮▮▮▮5636 | Serial: 8360838 | Amount: $401,747.71 |
| TranCode: 751 | Routing # (RT): 124000054 | C/D: D |
| Dep Seq #: 012019080276762173331 | Item Type: DDA | BOFD: 124000054 | PID: 546 |







| Date: 2019-08-05 | Bank: ZFN | Sequence #: 012019080576764 01665 |
|---|---|---|
| Account: ▇▇▇5636 | Serial: 8360973 | Amount: $400,000.00 |
| TranCode: 751 | Routing # (RT): 124000054 | C/D: D |
| Dep Seq #: 3112231100004 | Item Type: DDA | BOFD: 292970825 | PID: 675 |





| Date: 2019-08-02 | Bank: ZFN | Sequence #: 01201908027676217331 | |
|---|---|---|---|
| Account: ▓▓▓▓5636 | Serial: 8360973 | Amount: $400,000.00 | |
| TranCode: 352 | Routing # (RT): 545400013 | C/D: C | |
| Dep Seq #: 01201908027676217331 | Item Type: DDA | BOFD: 124000054 | PID: 546 |

**ZIONS BANK**
Salt Lake City, Utah 84101

PROOF PROCESSING COPY
CREDIT COPY OF CASHIER'S CHECK

31-5/1240    8360973

Remitter: SCOTT WILLIAMS

Date: AUG 02, 2019

Pay    $ ***400,000.00***

***FOUR HUNDRED THOUSAND and 00/100*** US Dollars

To The Order Of ***VIXING INVESTMENTS LLC***

NON NEGOTIABLE
CREDIT COPY

093    04    0624

⑈8360973⑈ ⑆545400013⑆ ▓▓▓▓563 6⑈

STATE OF UTAH                    )
                                 : ss.
COUNTY OF SALT LAKE              )

## AFFIDAVIT OF CUSTODIAN OF RECORD

CASE NAME: Candy Williams and Viking Investments, LLC

CASE NO: 9:22-bk-90147-BPH

COMES NOW, **Tevin Caddle,** who does swear and affirm the following:

I am a duly authorized custodian of the records for Zions Bancorporation, N.A. dba **Zions First National Bank** and as such have access to the records and data maintained by this division in the regular course of its business.

I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

I hereby certify that the attached documents are true and correct copies of all records described in the legal order that are in my possession or control as a custodian of such records.

I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

I hereby declare under penalty of perjury under the laws of the State of **Utah** that the foregoing is true and correct.

_____
AFFIANT

SUBSCRIBED AND SWORN to before me on August 31, 2023 by Tevin Caddle

_____
Notary Public   Trisha Holmes

Commission No. 714922

Notary Public

State of Utah

My commission expires 11/4/2024