IN THE SECOND JUDICIAL DISTRICT COURT
IN AND DAVIS COUNTY, STATE OF UTAH

| IN THE MATTER OF THE ESTATE OF | RECEIPT AND RELEASE BY SWORN STATEMENT OF KENT PAUL WILLIAMS |
|---|---|
| Hugh Lee Williams Deceased. | Probate No. 193700250 Judge John Morris |

The undersigned, Kent Paul Williams, as distributee of the above estate hereby:

1. Acknowledges receipt from Scott Williams, the Personal Representative of the above-named decedent.

2. Accepts such property as partial payment of $351,747.71.

3. A detailed final accounting of the estate and trust will be available at final settlement between August 31, 2019 to September 30, 2019.

DATED this 27 day of June, 2019.

_____
Kent Paul Williams

EXHIBIT 101