IN THE SECOND JUDICIAL DISTRICT COURT
IN AND DAVIS COUNTY, STATE OF UTAH

| IN THE MATTER OF THE ESTATE OF<br><br>Hugh Lee Williams<br>Deceased. | RECEIPT AND RELEASE BY SWORN STATEMENT OF BRENDA LEE HARBERS<br><br>Probate No. 193700250<br>Judge John Morris |
|---|---|

The undersigned, Brenda Lee Harbers, as distributee of the above estate hereby:

1. Acknowledges receipt from Scott Williams, the Personal Representative of the above-named decedent, of the property set forth in the schedule attached hereto as Exhibit A.

2. Accepts such property in full payment and satisfaction of the undersigned's interest in the estate.

3. Accepts such property subject to possible liability in the nature of taxes that may be required to be paid.

4. Waives any accounting required under the Utah Uniform Probate Code.

5. Releases the Personal Representative of the estate from any and all liability in connection with the undersigned's interest in the estate.

DATED this 28 day of June, 2019.

*Brenda Lee Harbers* (signature)
Brenda Lee Harbers

EXHIBIT 103

# Exhibit A

| | |
|---|---:|
| Property Sale Proceeds | 2,131,104.29 |
| Sale Deposit | 150,000.00 |
| Payments from Trust | |
|     Hugh's RV (Mortgage) | 45,934.74 |
|     (Includes $7382.73 to Brenda and $5,000 to Karen) | |
|     Tithing | 2,400.00 |
|     Ted Kanell | 3,320.00 |
|     Bountiful Power | 383.66 |
|     Dominion Energy | 329.51 |
| **Total** | **$ 2,225,674.38** |
|     Dodge Truck Sale (Mary) | 2500.00 |
|     Ford Tractor Sale (Duffy) | 1200.00 |
| **Total** | **$ 2,229,374.38** |
|     Held for Creditors | 43,888.33 |
|     Scott's Severance | 75,000.00 |
| **Total Initial Distribution** | **$ 2,110,486.25** |
| Total Each:  /6 = $ 351,747.71 | |
|     Mary Carter (-$2500.00/Truck) | $ 349,247.71 |
|     Scott Williams (+75,000.00) | $ 426,747.71 |
|     Kent Williams | $ 351,747.71 |
|     Karen Priest | $ 351,747.71 |
|     Brenda Harbers | $ 351,747.71 |
|     Duffy Williams (-$1200/Tractor) | $ 350,547.71 |

Int____