STATE OF MONTANA, COUNTY OF LAKE
Recorded 09/30/2019 11:29
Microfilm 572599 Paula A. Holle Recorder
Fees $14.00 by JM Deputy

Return to:
Snyder Law Office
PO Box 717
Bigfork, MT 59911
Order No. 857444-BT

Taxes to Grantee

# PERSONAL REPRESENTATIVE'S DEED

The undersigned personal representative of the estate of David S. Robins, AKA David Snyder Robins, deceased, under Probate No. DP-19-143A, Montana Eleventh District Court, Flathead County, Montana and under the authority of his/her appointment by the District Court and by the Montana Uniform Probate Code, hereby grants unto Viking Investments, LLC of 11423 Spotted Fawn Lane, Bigfork, MT 59911 and to their heirs and assigns forever, the following described real estate situated in Lake County, Montana:

A portion of the N1/2SW1/4NE1/4 of Section 1, Township 26 North, Range 19 West,
P.M.M., Lake County, Montana, further shown and described as being Tract-A on Certificate of Survey No. 4662 on file in the office of the Clerk and Recorder of Lake County, Montana.

TO HAVE AND TO HOLD unto the Grantees and their successors and assigns, subject, however, to:
    (a) All reservations and exceptions in patents from the United States and the State of Montana and all zoning, building and land use restrictions imposed by the County, the State of Montana, or the United States;
    (b) Real Property taxes for the year 2019
    (c) Covenants and land use restrictions of record;
    (d) Easements and rights of way of record; and
    (e) All other encumbrances or exceptions of record.

TOGETHER WITH all tenements, hereditaments and appurtenances and Grantor's covenant that the Grantor is seized in fee simple of the property granted, that the property is free of all encumbrances except for the above items (a) through (d), and that the Grantor will defend title to the property against all lawful claims whatsoever.





EXHIBIT 104

Estate of David S. Robins, Deceased

*Abraham D. Serrato* (signature)

By: Abraham Serrato, Personal Representative
AKA Abraham D. Serrato

STATE OF MONTANA

County of Flathead

This instrument was acknowledged before me on September 27 2019 by Abraham Serrato, Personal Representative of the estate of David S. Robins.

Print name: _____
Notary Public for the State of Montana
Residing at: _____
My commission expires: _____

ELIZABETH PIPER WITCHER
NOTARY PUBLIC for the
State of Montana
Residing at Kalispell, Montana
My Commission Expires
February 07, 2020

Personal Representative's Deed - 2