



49 Commons Loop
Kalispell, MT 59901

```
*********AUTO**SCH 5-DIGIT 59937
29594 0.6002 AV 0.383   76 1 304

VIKING INVESTMENTS LLC
CANDY WILLIAMS
PO BOX 3223
COLUMBIA FALLS MT  59912-5223
```

****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 1 |
| Account Number | XXXXXXXXXXXX0302 | Statement Dates   7/25/19 thru 7/31/19 | |
| Previous Balance | .00 | Days in the statement period | 7 |
| 1 Deposits/Credits | 100.00 | Average Ledger | 100.00 |
| Checks/Debits | .00 | Average Collected | 100.00 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 100.00 | | |

------------------------------ Activity in Date Order ------------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 7/25 | DDA Regular Deposit | .00 | 100.00 | 100.00 |

EXHIBIT
108



GLACIER
FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

```
********AUTO**SCH 5-DIGIT 59937
29689 0.6002 AV 0.383    76 1 303

VIKING INVESTMENTS LLC
CANDY WILLIAMS
PO BOX 3223
COLUMBIA FALLS MT  59912-5223
```

****************************** CHECKING ACCOUNTS ******************************

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0302 | Statement Dates   8/01/19 thru  9/02/19 | |
| Previous Balance | 100.00 | Days in the statement period | 33 |
| 1 Deposits/Credits | 400,000.00 | Average Ledger | 349,190.90 |
| 1 Checks/Debits | 10,000.00 | Average Collected | 349,190.90 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 390,100.00 | | |

------------------------------ Activity in Date Order ----------------------------

| Date | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 8/05 | DDA Regular Deposit | | .00 | 400,000.00 | 400,100.00 |
| 8/26 | CHECK | 1009 | 10,000.00- | .00 | 390,100.00 |

--------------------------- Summary by Check Number ---------------------------

| Date | Check No | Amount |
|---|---|---|
| 8/26 | 1009 | 10,000.00 |

* Denotes missing check numbers





**Account Statement**

**Member FDIC**

49 Commons Loop
Kalispell, MT 59901

```
***********PRSRT**MIXED AADC 594
151726 0.6002 FP 0.459 362 31 95

VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT  59911
```

******************************* CHECKING ACCOUNTS *******************************

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 2 |
| Account Number | XXXXXXXXXXX0302 | Statement Dates   9/03/19 thru  9/30/19 | |
| Previous Balance | 390,100.00 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Average Ledger | 376,002.98 |
| 2 Checks/Debits | 352,216.48 | Average Collected | 376,002.98 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 37,883.52 | | |

------------------------------ Activity in Date Order ----------------------------

| Date | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 9/13 | CHECK | 1011 | 2,500.00- | .00 | 387,600.00 |
| 9/30 | CHECK | | 349,716.48- | .00 | 37,883.52 |

-------------------------- Summary by Check Number ----------------------------

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 9/30 | | 349,716.48 | 9/13 | 1011* | 2,500.00 |

* Denotes missing check numbers



**Account Statement**

**Member FDIC**

49 Commons Loop
Kalispell, MT 59901

Date 10/31/19          Page     1
Primary Account   XXXXXXXXXXXX0302

```
*********PRSRT**ALL FOR AADC 598
79818 0.6002 FP 0.459   222 2 47

VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT  59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

```
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING      Number of Enclosures            1
Account Number      XXXXXXXXXXXX0302  Statement Dates  10/01/19 thru 10/31/19
Previous Balance           37,883.52  Days in the statement period      31
        Deposits/Credits        .00  Average Ledger            32,296.43
   2 Checks/Debits        9,599.97  Average Collected         32,296.43
Service Charge                  .00
Interest Paid                   .00
Ending Balance           28,283.55
```

```
------------------------------ Activity in Date Order ------------------------------
Date  Description              Withdrawals       Deposits         Balance
10/11 CHECK           1012        2,500.00-           .00       35,383.52
10/15 AMEX EPAYMENT    ACH PMT    7,099.97-           .00       28,283.55
      091000014179950
      WEB
```

```
-------------------------- Summary by Check Number --------------------------
Date    Check No          Amount
10/11    1012            2,500.00
* Denotes missing check numbers
```



```
*******************EXCLUDE-Email
100893 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | XXXXXXXXXXX0302 | Statement Dates  11/01/19 thru 12/01/19 | |
| Previous Balance | 28,283.55 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 21,209.38 |
| 5 Checks/Debits | 12,163.68 | Average Collected | 21,209.38 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 16,119.87 | | |

```
------------------------- Activity in Date Order --------------------------
Date  Description                  Withdrawals      Deposits        Balance
11/07 Flathead Electri  WEB PMTS        39.00-           .00      28,244.55
        CCD     NKCVGC
      111924682473650
11/08 CHECK          1006            2,500.00-          .00      25,744.55
11/12 Flathead Electri  WEB PMTS        40.00-           .00      25,704.55
        CCD     D6Q8HC
      111924682871155
11/14 AMEX EPAYMENT    ACH PMT       7,084.68-          .00      18,619.87
        091000017430412
        WEB
11/20 CHECK          1007            2,500.00-          .00      16,119.87
```

```
------------------------- Summary by Check Number --------------------------
Date  Check No           Amount Date   Check No                    Amount
11/08    1006          2,500.00 11/20     1007                   2,500.00
* Denotes missing check numbers
```


49 Commons Loop
Kalispell, MT 59901

```
*******************EXCLUDE-Email
184169 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
***************************** CHECKING ACCOUNTS *****************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0302 | Statement Dates  12/02/19 thru 12/31/19 | |
| Previous Balance | 16,119.87 | Days in the statement period | 30 |
| 1 Deposits/Credits | 100.00 | Average Ledger | 3,653.16 |
| 4 Checks/Debits | 14,530.71 | Average Collected | 3,653.16 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,689.16 | | |

```
---------------------------- Activity in Date Order ----------------------------
```

| Date | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 12/02 | AMEX EPAYMENT       ACH PMT | | 9,498.71- | .00 | 6,621.16 |
| | 091000010532397 | | | | |
| | WEB | | | | |
| 12/10 | CHECK              1001 | | 2,500.00- | .00 | 4,121.16 |
| 12/12 | Flathead Electri   WEB PMTS | | 32.00- | .00 | 4,089.16 |
| | CCD      V50NMC | | | | |
| | 111924686901572 | | | | |
| 12/16 | Remote Deposit | | .00 | 100.00 | 4,189.16 |
| 12/18 | CHECK              1002 | | 2,500.00- | .00 | 1,689.16 |

```
---------------------------- Summary by Check Number ----------------------------
```

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 12/10 | 1001 | 2,500.00 | 12/18 | 1002 | 2,500.00 |

* Denotes missing check numbers



```
********************EXCLUDE-Email
97659 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
******************************** CHECKING ACCOUNTS ********************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number      XXXXXXXXXXXX0302  Statement Dates   1/01/20 thru  2/02/20
Previous Balance            1,689.16  Days in the statement period       33
     Deposits/Credits            .00  Average Ledger             1,670.37
    1 Checks/Debits          31.00    Average Collected          1,670.37
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,658.16


------------------------------ Activity in Date Order ---------------------------
Date  Description                    Withdrawals    Deposits        Balance
 1/14 Flathead Electri  WEB PMTS          31.00-        .00       1,658.16
       CCD     C6QZRC
       111924681060572
```



**GLACIER** 49 Commons Loop
FAMILY OF BANKS Kalispell, MT 59901

```
********************EXCLUDE-Email
110201 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

           Account Title: VIKING INVESTMENTS LLC
                          CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              0
Account Number        XXXXXXXXXXX0302   Statement Dates  2/03/20 thru  3/01/20
Previous Balance             1,658.16   Days in the statement period      28
     Deposits/Credits             .00   Average Ledger             1,658.16
     Checks/Debits                .00   Average Collected          1,658.16
Service Charge                    .00
Interest Paid                     .00
Ending Balance               1,658.16
```


**GLACIER** FAMILY OF BANKS · 49 Commons Loop · Kalispell, MT 59901



```
******************EXCLUDE-Email
192520 1.0213 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures            0
Account Number        XXXXXXXXXXXX0302  Statement Dates  3/02/20 thru  3/31/20
Previous Balance             1,658.16   Days in the statement period      30
     Deposits/Credits             .00   Average Ledger             1,658.16
     Checks/Debits                .00   Average Collected          1,658.16
Service Charge                    .00
Interest Paid                     .00
Ending Balance               1,658.16
```

 49 Commons Loop
Kalispell, MT 59901



*******************EXCLUDE-Email
106791 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911

****************************** CHECKING ACCOUNTS ******************************

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING            Number of Enclosures            0
Account Number         XXXXXXXXXXXX0302   Statement Dates  4/01/20 thru  4/30/20
Previous Balance              1,658.16    Days in the statement period        30
      Deposits/Credits             .00    Average Ledger              1,658.16
      Checks/Debits               .00    Average Collected           1,658.16
Service Charge                    .00
Interest Paid                     .00
Ending Balance               1,658.16
```




```
********************EXCLUDE-Email
112535 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

            Account Title: VIKING INVESTMENTS LLC
                           CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures            0
Account Number      XXXXXXXXXXXX0302  Statement Dates   5/01/20 thru  5/31/20
Previous Balance            1,658.16  Days in the statement period        31
     Deposits/Credits            .00  Average Ledger              1,658.16
     Checks/Debits               .00  Average Collected           1,658.16
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,658.16
```



# GLACIER
## FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901


```
********************EXCLUDE-Email
202219 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

To benefit you, on 7/1/2020 our Funds Availability Disclosure will be adjusted
for inflation. All other components remain the same. The minimum next day
availability will increase from $200 to $225, large deposit thresholds from
$5000 to $5525 and new account hold amount from $5000 to $5525. The Funds
Availability Disclosure is available upon request.

```
TOTALLY FREE BUSINESS CHECKING              Number of Enclosures            0
Account Number        XXXXXXXXXXXX0302      Statement Dates   6/01/20 thru  6/30/20
Previous Balance             1,658.16       Days in the statement period       30
        Deposits/Credits          .00       Average Ledger              1,658.16
        Checks/Debits             .00       Average Collected           1,658.16
Service Charge                    .00
Interest Paid                     .00
Ending Balance               1,658.16
```



49 Commons Loop
Kalispell, MT 59901

Date  7/31/20          Page      1
Primary Account   XXXXXXXXXXXX0302

```
*******************EXCLUDE-Email
112454 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0302 | Statement Dates  7/01/20 thru  8/02/20 | |
| Previous Balance | 1,658.16 | Days in the statement period | 33 |
| Deposits/Credits | .00 | Average Ledger | 1,270.85 |
| 8 Checks/Debits | 975.96 | Average Collected | 1,270.85 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 682.20 | | |

```
----------------------------- Activity in Date Order -----------------------------
Date  Description                    Withdrawals     Deposits        Balance
 7/13 DBT CRD 1412 07/12/20 58641021     18.49-          .00       1,639.67
         SUBWAY        03481553
         KALISPELL       MT
         Card# 2883
 7/13 DBT CRD 1412 07/12/20 65191309     40.00-          .00       1,599.67
         PICKS BOWLING ALLEY
         MISSOULA        MT
         Card# 2883
 7/14 DBT CRD 1057 07/14/20 83214625     13.74-          .00       1,585.93
         SUBWAY        03481553
         KALISPELL       MT
         Card# 2883
 7/17 ATM W/D 2024 07/16/20 00000653     60.00-          .00       1,525.93
         8251 HWY 35 1
         BIGFORK         MT
         Card# 2883
 7/17 ATM W/D 2026 07/16/20 00000654    400.00-          .00       1,125.93
         8251 HWY 35 1
         BIGFORK         MT
         Card# 2883
 7/20 DBT CRD 1121 07/20/20 58246737     82.37-          .00       1,043.56
         GLACIER NTL PARK FUND
```



49 Commons Loop
Kalispell, MT 59901

Date  8/31/20          Page      1
Primary Account  XXXXXXXXXXXX0302

```
*******************EXCLUDE-Email
112280 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number        XXXXXXXXXXXX0302  Statement Dates  8/03/20 thru  8/31/20
Previous Balance              682.20  Days in the statement period       29
    Deposits/Credits             .00  Average Ledger                 297.89
    2 Checks/Debits           434.99  Average Collected              297.89
Service Charge                   .00
Interest Paid                    .00
Ending Balance                247.21
```

```
------------------------------ Activity in Date Order -----------------------
Date  Description                   Withdrawals    Deposits        Balance
 8/03 POS DEB 1819 08/02/20 00599220     225.00-        .00         457.20
      COLUMBIA FALLS SUPER 1
      COLUMBIA FLS MT
      Card# 2883
 8/10 POS DEB 1555 08/08/20 00932820     209.99-        .00         247.21
      HOBBYLOBBY 2260 HI
      KALISPELL     MT
      Card# 2883
```



49 Commons Loop
Kalispell, MT 59901

```
********************EXCLUDE-Email
203412 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number        XXXXXXXXXXXX0302 Statement Dates  9/01/20 thru  9/30/20
Previous Balance              247.21   Days in the statement period       30
    Deposits/Credits             .00   Average Ledger                 130.76
   2 Checks/Debits            205.50   Average Collected              130.76
Service Charge                   .00
Interest Paid                    .00
Ending Balance                 41.71
```

```
---------------------------- Activity in Date Order ---------------------------
Date  Description                   Withdrawals      Deposits       Balance
 9/14 W/D SVC 1823 09/11/20 00002691        2.00-         .00        245.21
      49708 US 93
      POLSON       MT
      Card# 2883
 9/14 ATM W/D 1823 09/11/20 00002691      203.50-         .00         41.71
      49708 US 93
      POLSON       MT
      Card# 2883
```




49 Commons Loop
Kalispell, MT 59901

Date 10/30/20          Page      1
Primary Account   XXXXXXXXXXX0302

```
*******************EXCLUDE-Email
111788 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              0
Account Number       XXXXXXXXXXX0302    Statement Dates  10/01/20 thru 11/01/20
Previous Balance               41.71    Days in the statement period     32
     Deposits/Credits            .00    Average Ledger                41.71
     Checks/Debits               .00    Average Collected             41.71
Service Charge                   .00
Interest Paid                    .00
Ending Balance                 41.71
```

 **49 Commons Loop**
Kalispell, MT 59901


```
*******************EXCLUDE-Email
111716 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0302 | | |
| Previous Balance | 41.71 | | |
| Deposits/Credits | .00 | | |
| Checks/Debits | .00 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 41.71 | | |

```
Number of Enclosures                    0
Statement Dates  11/02/20 thru 11/30/20
Days in the statement period           29
Average Ledger                      41.71
Average Collected                   41.71
```





```
********************EXCLUDE-Email
204110 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

Effective December 7th we have updated our policy to allow funds from deposits
made by a mobile device available to you on the same day you make the deposit
under normal circumstances.

```
TOTALLY FREE BUSINESS CHECKING       Number of Enclosures            0
Account Number       XXXXXXXXXXX0302 Statement Dates  12/01/20 thru 12/31/20
Previous Balance           41.71     Days in the statement period    31
     Deposits/Credits        .00     Average Ledger               41.71
     Checks/Debits           .00     Average Collected            41.71
Service Charge               .00
Interest Paid                .00
Ending Balance             41.71
```


# GLACIER
## FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

Date  1/29/21          Page     1
Primary Account   XXXXXXXXXXX0302

```
********************EXCLUDE-Email
117049 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING      Number of Enclosures            0
Account Number       XXXXXXXXXXX0302 Statement Dates   1/01/21 thru  1/31/21
Previous Balance            41.71    Days in the statement period        31
    Deposits/Credits          .00    Average Ledger              10.60-
  7 Checks/Debits          115.10    Average Collected           10.60-
Service Charge               .00
Interest Paid                .00
Ending Balance            73.39-
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $55.00 | $55.00 |
| Total Nonsufficient Funds Fees | $.00 | $.00 |

```
------------------------------ Activity in Date Order ---------------------------
Date  Description                    Withdrawals    Deposits      Balance
1/15 DBT CRD 1051 01/15/21 12010011    60.10-         .00        18.39-
       THYMES
       WWW.THYMES.COMN
       Card# 2883
1/15 Overdraft Fee                     30.00-         .00        48.39-
1/25 Continuous Overdraft Fee           5.00-         .00        53.39-
1/26 Continuous Overdraft Fee           5.00-         .00        58.39-
1/27 Continuous Overdraft Fee           5.00-         .00        63.39-
1/28 Continuous Overdraft Fee           5.00-         .00        68.39-
1/29 Continuous Overdraft Fee           5.00-         .00        73.39-
```



GLACIER
FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

```
*******************EXCLUDE-Email
134025 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING           Number of Enclosures              0
Account Number        XXXXXXXXXXXX0302   Statement Dates   2/01/21 thru  2/28/21
Previous Balance                73.39-   Days in the statement period        28
   3 Deposits/Credits           155.00   Average Ledger                   81.61
     Checks/Debits                 .00   Average Collected                81.61
Service Charge                     .00
Interest Paid                      .00
Ending Balance                   81.61
```

```
--------------------- Activity in Date Order ---------------------------
Date  Description                 Withdrawals    Deposits        Balance
 2/01 Overdraft Fee Reversal             .00       30.00          43.39-
 2/01 Cont Overdraft Fee Reversal        .00       25.00          18.39-
 2/01 Requested by: Candy Williams       .00      100.00          81.61
```

 49 Commons Loop
Kalispell, MT 59901


```
*******************EXCLUDE-Email
205668 0.6303 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0302 | Number of Enclosures | 0 |
| Previous Balance | 81.61 | Statement Dates   3/01/21 thru  3/31/21 | |
| Deposits/Credits | .00 | Days in the statement period | 31 |
| Checks/Debits | .00 | Average Ledger | 81.61 |
| Service Charge | .00 | Average Collected | 81.61 |
| Interest Paid | .00 | | |
| Ending Balance | 81.61 | | |

 49 Commons Loop
Kalispell, MT 59901


```
*******************EXCLUDE-Email
112433 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures            0
Account Number      XXXXXXXXXXXX0302    Statement Dates   4/01/21 thru  5/02/21
Previous Balance              81.61     Days in the statement period       32
     Deposits/Credits           .00     Average Ledger                  81.61
     Checks/Debits              .00     Average Collected               81.61
Service Charge                  .00
Interest Paid                   .00
Ending Balance                81.61
```



49 Commons Loop
Kalispell, MT 59901

```
*******************EXCLUDE-Email
124413 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

            Account Title: VIKING INVESTMENTS LLC
                           CANDY WILLIAMS

  Add the convenience of receiving tax documents and other account notices
  electronically. Simply log in to Online Banking and under the eStatements tab
  select Sign up/Changes. Click on the plus sign next to your account and choose
  the notices you'd like to receive. It's that easy! Contact your local branch
  with any questions.

```
TOTALLY FREE BUSINESS CHECKING        Number of Enclosures            0
Account Number       XXXXXXXXXXXX0302 Statement Dates   5/03/21 thru 5/31/21
Previous Balance               81.61  Days in the statement period     29
  1 Deposits/Credits        1,000.00  Average Ledger             1,081.61
    Checks/Debits                .00  Average Collected          1,081.61
Service Charge                   .00
Interest Paid                    .00
Ending Balance             1,081.61
```

```
------------------------------ Activity in Date Order ----------------------------
Date  Description                  Withdrawals    Deposits       Balance
 5/03 Trsf from TOT FREE     0002          .00    1,000.00      1,081.61
          Confirmation number  503211416
```



49 Commons Loop
Kalispell, MT 59901

```
*******************EXCLUDE-Email
207208 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

    Due to the pandemic, Money Market and Savings account transaction limitations
    and excess debit fees were temporarily removed. Effective 8/1/2021 both will be
    reinstated. Transfers from the account to another account or to third parties
    by means of preauthorized, automatic, telephonic, transfers are limited to six
    per calendar month. No more than six by check, draft or debit card. A $1.00 fee
    will be assessed if you exceed more than six transactions listed above.

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              0
Account Number       XXXXXXXXXXXX0302   Statement Dates  6/01/21 thru  6/30/21
Previous Balance            1,081.61    Days in the statement period     30
     Deposits/Credits            .00    Average Ledger             1,081.61
     Checks/Debits               .00    Average Collected          1,081.61
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,081.61
```



**GLACIER** 49 Commons Loop
FAMILY OF BANKS  Kalispell, MT 59901


```
*******************EXCLUDE-Email
112557 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              0
Account Number       XXXXXXXXXXX0302    Statement Dates  7/01/21 thru  8/01/21
Previous Balance            1,081.61    Days in the statement period     32
     Deposits/Credits            .00    Average Ledger            1,081.61
     Checks/Debits               .00    Average Collected         1,081.61
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,081.61
```



49 Commons Loop
Kalispell, MT 59901

Date  8/31/21        Page    1
Primary Account   XXXXXXXXXXXX0302

```
*******************EXCLUDE-Email
112600 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              1
Account Number       XXXXXXXXXXXX0302 Statement Dates  8/02/21 thru  8/31/21
Previous Balance           1,081.61   Days in the statement period      30
   1 Deposits/Credits      2,956.76   Average Ledger              3,939.81
     Checks/Debits              .00   Average Collected           3,939.81
Service Charge                  .00
Interest Paid                   .00
Ending Balance             4,038.37
```

```
----------------------------- Activity in Date Order -----------------------------
Date  Description             Withdrawals    Deposits        Balance
 8/03 Remote Deposit                  .00    2,956.76       4,038.37
```



49 Commons Loop
Kalispell, MT 59901

Date  9/30/21        Page      1
Primary Account  XXXXXXXXXXXX0302

```
*******************EXCLUDE-Email
209257 0.7904 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
***************************** CHECKING ACCOUNTS *****************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING      Number of Enclosures              0
Account Number      XXXXXXXXXXXX0302  Statement Dates  9/01/21 thru  9/30/21
Previous Balance         4,038.37    Days in the statement period     30
   1 Deposits/Credits       71.99    Average Ledger             3,990.14
   9 Checks/Debits         231.51    Average Collected         3,990.14
Service Charge               .00
Interest Paid                .00
Ending Balance          3,878.85
```

```
----------------------------- Activity in Date Order -----------------------------
Date  Description                 withdrawals     Deposits        Balance
 9/13 DBT CRD 1358 09/12/21 46685002    33.35-         .00       4,005.02
      SQ *MOUNTAIN BERRY BOW
      kalispell      MT
      Card# 2883
 9/20 DBT CRD 1406 09/19/21 64248762    14.50-         .00       3,990.52
      DAIRY QUEEN #15161
      BIGFORK        MT
      Card# 2883
 9/20 DBT CRD 1406 09/19/21 16338237    20.67-         .00       3,969.85
      DOMINO S 7011
      KALISPELL      MT
      Card# 2883
 9/22 DBT CRD 1131 09/22/21 37321705    32.78-         .00       3,937.07
      SQ *MOUNTAIN BERRY BOW
      kalispell      MT
      Card# 2883
 9/27 DBT CRD 1442 09/26/21 06854838    71.99-         .00       3,865.08
      HOBBY LOBBY #748
      KALISPELL      MT
      Card# 2883
 9/28 CREDIT 1133 09/28/21 78446715       .00        71.99       3,937.07
      HOBBY LOBBY #748
```

```
TOTALLY FREE BUSINESS CHECKING     XXXXXXXXXXXX0302  (Continued)
------------------------------ Activity in Date Order -------------------------
Date  Description                    Withdrawals    Deposits       Balance
                KALISPELL     MT
                Card# 2883
    9/28 DBT CRD 1524 09/27/21 91062581     17.25-        .00      3,919.82
                SQ *COPPER MOUNTAIN CO
                Kalispell     MT
                Card# 2883
    9/30 DBT CRD 1158 09/30/21 35207961      9.00-        .00      3,910.82
                THE APPLE BARREL
                KALISPELL     MT
                Card# 2883
    9/30 DBT CRD 1158 09/30/21 70096832     14.78-        .00      3,896.04
                KRISPY KREME #0581
                KALISPELL     MT
                Card# 2883
    9/30 DBT CRD 1158 09/30/21 84974651     17.19-        .00      3,878.85
                SQ *COPPER MOUNTAIN CO
                Kalispell     MT
                Card# 2883
```


49 Commons Loop
Kalispell, MT 59901

**Account Statement**
FDIC

Date 10/29/21        Page      1
Primary Account   XXXXXXXXXXXX0302

```
********************EXCLUDE-Email
116720 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING      Number of Enclosures                0
Account Number      XXXXXXXXXXXX0302  Statement Dates  10/01/21 thru 10/31/21
Previous Balance          3,878.85   Days in the statement period       31
   1 Deposits/Credits        74.98   Average Ledger               2,998.79
  12 Checks/Debits         1,098.27   Average Collected            2,998.79
Service Charge                 .00
Interest Paid                  .00
Ending Balance            2,855.56
```

```
----------------------------- Activity in Date Order ----------------------------
Date  Description                    withdrawals    Deposits       Balance
10/01 DBT CRD 1224 10/01/21 01837163        93.99-       .00      3,784.86
      bathbodyworks.com
      Reynoldsburg OH
      Card# 2883
10/04 DBT CRD 1604 10/03/21 33080181       346.95-       .00      3,437.91
      REI #191 KALISPELL
      KALISPELL    MT
      Card# 2883
10/04 DBT CRD 1232 10/04/21 59917625        81.73-       .00      3,356.18
      SPORTSMAN AND SKI HAUS
      406-7556484  MT
      Card# 2883
10/05 DBT CRD 1208 10/05/21 47100003       330.29-       .00      3,025.89
      PONDEROSA VETERINARY H
      KALISPELL    MT
      Card# 2883
10/06 DBT CRD 1132 10/06/21 17493976        55.39-       .00      2,970.50
      CONOCO - KALISPELL 5 1
      KALISPELL    MT
      Card# 2883
10/07 DBT CRD 1115 10/07/21 09091293        52.85-       .00      2,917.65
      CASAMEXICO
```

TOTALLY FREE BUSINESS CHECKING     XXXXXXXXXXXX0302  (Continued)

```
------------------------------ Activity in Date Order -----------------------------
Date  Description                  Withdrawals    Deposits      Balance
             KALISPELL     MT
             Card# 2883
10/08 POS DEB 1227 10/08/21 73360293    12.76-        .00      2,904.89
             Wal-Mart Super Center
             KALISPELL     MT
             Card# 2883
10/12 CREDIT 1340 10/10/21 42014447       .00      74.98      2,979.87
             SPORTSMAN AND SKI HAUS
             KALISPELL     MT
             Card# 2883
10/12 DBT CRD 1340 10/10/21 49234977    18.72-        .00      2,961.15
             SMITHS FOOD #4172
             KALISPELL     MT
             Card# 2883
10/12 DBT CRD 1340 10/10/21 77567547    27.12-        .00      2,934.03
             SQ *COPPER MOUNTAIN CO
             Kalispell     MT
             Card# 2883
10/12 DBT CRD 1340 10/10/21 25089972    28.99-        .00      2,905.04
             PETCO 1211    63512115
             KALISPELL     MT
             Card# 2883
10/18 DBT CRD 1207 10/18/21 18169212    15.00-        .00      2,890.04
             DEE-O-GEE KALISPELL
             KALISPELL     MT
             Card# 2883
10/27 DBT CRD 1103 10/27/21 64749923    34.48-        .00      2,855.56
             WALGREENS #9242
             KALISPELL     MT
             Card# 2883
```



49 Commons Loop
Kalispell, MT 59901

```
*******************EXCLUDE-Email
112563 0.6002 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
*****************************  CHECKING ACCOUNTS  *****************************
```

```
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING       Number of Enclosures            0
Account Number        XXXXXXXXXXXX0302  Statement Dates 11/01/21 thru 11/30/21
Previous Balance            2,855.56   Days in the statement period   30
     Deposits/Credits            .00   Average Ledger          2,261.92
   9 Checks/Debits         1,464.73    Average Collected       2,261.92
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,390.83
```

```
-----------------------------  Activity in Date Order  ----------------------------
Date  Description                   Withdrawals    Deposits       Balance
11/08 POS DEB 1642 11/06/21 00082724      44.46-        .00      2,811.10
         TARGET T-1540
         Kalispell    MT
         Card# 2883
11/10 DBT CRD 1117 11/10/21 13581425     135.00-        .00      2,676.10
         BIG SKY FAMILY MEDICIN
         KALISPELL    MT
         Card# 2883
11/15 AMEX EPAYMENT    ACH PMT          397.73-        .00      2,278.37
         CCD    W0976
         091000011342073
11/22 POS DEB 1448 11/20/21 00893488     191.20-        .00      2,087.17
         SMRTFOODSVC202
         1029 E US HIGHWAY
         KALISPELL    MT C# 2883
11/22 POS DEB 1512 11/20/21 00619920      46.22-        .00      2,040.95
         WALGREENS STORE 40 W IDAH
         KALISPELL    MT
         Card# 2883
11/22 POS DEB 1537 11/20/21 00322756      57.18-        .00      1,983.77
         SALLY BEAUTY 105 2385 HWY
```

```
TOTALLY FREE BUSINESS CHECKING     XXXXXXXXXXX0302  (Continued)
------------------------------ Activity in Date Order ----------------------------
Date  Description                    Withdrawals    Deposits      Balance
             KALISPELL     MT
             Card# 2883
11/22 POS DEB 1614 11/20/21 00156625    124.96-         .00      1,858.81
             BEDBATH&BEYOND# 2411 High
             KALISPELL     MT
             Card# 2883
11/22 DBT CRD 1121 11/22/21 37139560     67.98-         .00      1,790.83
             BIGFORK LIQUOR BARN

             BIGFORK       MT C# 2883
11/23 ATM W/D 1149 11/23/21 00002532    400.00-         .00      1,390.83
             Glacier Family of Banks
             8251 HWY 35 1
             BIGFORK       MT C# 2883
```



# GLACIER
FAMILY OF BANKS

49 Commons Loop
Kalispell, MT 59901

Date 12/31/21          Page     1
Primary Account   XXXXXXXXXXX0302

```
********************EXCLUDE-Email
209089 0.6303 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number        XXXXXXXXXXX0302 Statement Dates  12/01/21 thru 12/31/21
Previous Balance            1,390.83  Days in the statement period      31
    2 Deposits/Credits      4,700.00  Average Ledger              1,547.69
    2 Checks/Debits         1,702.06  Average Collected           1,547.69
Service Charge                   .00
Interest Paid                    .00
Ending Balance              4,388.77
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $30.00 | $30.00 |
| Total Nonsufficient Funds Fees | $.00 | $.00 |

```
----------------------------- Activity in Date Order ----------------------------
Date  Description                    Withdrawals      Deposits        Balance
12/14 AMEX EPAYMENT     ACH PMT        1,672.06-          .00         281.23-
          CCD     W1432
          091000012625011
12/14 Overdraft Fee                       30.00-         .00         311.23-
12/15 Trsf from TOT FREE     0002           .00      1,000.00        688.77
          Confirmation number 1215219952
12/27 Trsf from TOT FREE     0002           .00      3,700.00      4,388.77
          Confirmation number 1227214310
```



**GLACIER** 49 Commons Loop
FAMILY OF BANKS Kalispell, MT 59901

```
*******************EXCLUDE-Email
111172 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number       XXXXXXXXXXXX0302 Statement Dates   1/01/22 thru  1/31/22
Previous Balance            4,388.77  Days in the statement period       31
    1 Deposits/Credits        650.00  Average Ledger                2,776.81
    1 Checks/Debits          3,462.25  Average Collected            2,776.81
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,576.52
```

```
----------------------------- Activity in Date Order -----------------------------
Date  Description              Withdrawals       Deposits        Balance
 1/13 Trsf from TOT FREE     0002     .00         650.00       5,038.77
         Confirmation number  113221712
 1/14 AMEX EPAYMENT    ACH PMT     3,462.25-         .00       1,576.52
         091000010226630
         WEB
```



```
*******************EXCLUDE-Email
120798 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              0
Account Number        XXXXXXXXXXXX0302  Statement Dates   2/01/22 thru  2/28/22
Previous Balance            1,576.52    Days in the statement period       28
     Deposits/Credits            .00    Average Ledger              1,576.52
     Checks/Debits               .00    Average Collected           1,576.52
Service Charge                   .00
Interest Paid                    .00
Ending Balance              1,576.52
```



GLACIER 49 Commons Loop
FAMILY OF BANKS Kalispell, MT 59901

Account Statement
FDIC

```
Date   3/31/22        Page      1
Primary Account   XXXXXXXXXXX0302
```

```
*******************EXCLUDE-Email
213549 0.6303 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING       Number of Enclosures              0
Account Number        XXXXXXXXXXX0302 Statement Dates  3/01/22 thru  3/31/22
Previous Balance            1,576.52  Days in the statement period       31
   1 Deposits/Credits        250.00   Average Ledger              1,584.58
     Checks/Debits              .00   Average Collected           1,584.58
Service Charge                  .00
Interest Paid                   .00
Ending Balance            1,826.52


------------------------- Activity in Date Order -------------------------
Date  Description              Withdrawals      Deposits         Balance
 3/31 Trsf from SAVINGS        0004      .00      250.00        1,826.52
        Confirmation number   331229140
```

GLACIER FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

**Account Statement**
FDIC

```
Date   3/31/22        Page      1
Primary Account   XXXXXXXXXXX0302
```

```
*******************EXCLUDE-Email
213549 0.6303 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING       Number of Enclosures              0
Account Number        XXXXXXXXXXX0302 Statement Dates  3/01/22 thru  3/31/22
Previous Balance            1,576.52  Days in the statement period       31
   1 Deposits/Credits        250.00   Average Ledger              1,584.58
     Checks/Debits              .00   Average Collected           1,584.58
Service Charge                  .00
Interest Paid                   .00
Ending Balance            1,826.52


------------------------- Activity in Date Order -------------------------
Date  Description              Withdrawals      Deposits         Balance
 3/31 Trsf from SAVINGS        0004      .00      250.00        1,826.52
        Confirmation number   331229140
```

9:23-ap-09001-BPH   Doc#: 35-26   Filed: 11/15/23   Page 36 of 53


49 Commons Loop
Kalispell, MT 59901

```
********************EXCLUDE-Email
117070 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number       XXXXXXXXXXXX0302  Statement Dates  4/01/22 thru  5/01/22
Previous Balance           1,826.52    Days in the statement period        31
     Deposits/Credits           .00    Average Ledger               1,225.61
   3 Checks/Debits           801.50    Average Collected            1,225.61
Service Charge                  .00
Interest Paid                   .00
Ending Balance             1,025.02
```

```
------------------------ Activity in Date Order ------------------------
Date  Description                      Withdrawals    Deposits        Balance
 4/04 DBT CRD 1805 04/03/22 76663968      644.46-         .00       1,182.06
      LAKE COUNTY MT DMV

      POLSON        MT C# 2883
 4/25 DBT CRD 2037 04/24/22 84293625       28.04-         .00       1,154.02
      CNK*CINEMARK.COM 1119

      800-246-3627 MT C# 2883
 4/29 DBT CRD 1258 04/29/22 16512480      129.00-         .00       1,025.02
      SEPHORA.COM

      877-SEPHORA   CA C# 2883
```



**GLACIER** FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

Date  5/31/22        Page     1
Primary Account   XXXXXXXXXXX0302

```
********************EXCLUDE-Email
112548 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

Account Title: VIKING INVESTMENTS LLC
CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING       Number of Enclosures              0
Account Number        XXXXXXXXXXX0302 Statement Dates   5/02/22 thru  5/31/22
Previous Balance            1,025.02  Days in the statement period        30
    1 Deposits/Credits        500.00  Average Ledger               1,437.10
    1 Checks/Debits            87.92  Average Collected            1,437.10
Service Charge                   .00
Interest Paid                    .00
Ending Balance             1,437.10
```

```
----------------------------- Activity in Date Order -----------------------------
Date  Description              Withdrawals       Deposits        Balance
 5/02 Trsf from SAVINGS      0004       .00        500.00       1,525.02
         Confirmation number  502223612
 5/02 DBT CRD 1509 04/30/22 87740146   87.92-         .00       1,437.10
         SP TODAY SHOW NBC

         HTTPSDEALS.TOCT C# 2883
```


```
********************EXCLUDE-Email
210692 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING        Number of Enclosures              0
Account Number       XXXXXXXXXXXX0302 Statement Dates   6/01/22 thru  6/30/22
Previous Balance            1,437.10  Days in the statement period        30
   1 Deposits/Credits         500.00  Average Ledger                   770.17
   1 Checks/Debits          1,676.93  Average Collected                770.17
Service Charge                   .00
Interest Paid                    .00
Ending Balance               260.17
```

```
----------------------------- Activity in Date Order -----------------------------
Date  Description             Withdrawals      Deposits       Balance
 6/14 Trsf from SAVINGS     0004     .00        500.00      1,937.10
        Confirmation number  614221723
 6/14 AMEX EPAYMENT    ACH PMT    1,676.93-         .00        260.17
        CCD      W0258
        091000013992921
```

 49 Commons Loop
Kalispell, MT 59901


**Account Statement**

```
********************EXCLUDE-Email
115842 0.4401 EX 0.000
VIKING INVESTMENTS LLC
CANDY WILLIAMS
11423 SPOTTED FAWN LANE
BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures             0
Account Number        XXXXXXXXXXX0302   Statement Dates   7/01/22 thru  7/31/22
Previous Balance             260.17     Days in the statement period       31
     Deposits/Credits           .00     Average Ledger                 260.17
     Checks/Debits              .00     Average Collected              260.17
Service Charge                  .00
Interest Paid                   .00
Ending Balance               260.17
```

```
          VIKING INVESTMENTS LLC
          CANDY WILLIAMS
          11423 SPOTTED FAWN LANE
          BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING        Number of Enclosures                 0
Account Number        @XXXXXXXXXX@0302   Statement Dates   8/01/22 thru  8/31/22
Previous Balance              260.17   Days in the statement period       31
      Deposits/Credits          .00   Average Ledger                 260.17
      Checks/Debits             .00   Average Collected              260.17
Service Charge                  .00
Interest Paid                   .00
Ending Balance               260.17
```

```
          VIKING INVESTMENTS LLC
          CANDY WILLIAMS
          11423 SPOTTED FAWN LANE
          BIGFORK MT 59911
```

****************************** CHECKING ACCOUNTS ******************************

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0302 | Statement Dates   9/01/22 thru 10/02/22 | |
| Previous Balance | 260.17 | Days in the statement period | 32 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

****************************** CHECKING ACCOUNTS ******************************

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS
```

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | @XXXXXXXXXX@0302 | Statement Dates  10/03/22 thru 10/31/22 | |
| Previous Balance | 260.17 | Days in the statement period | 29 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

******************************* CHECKING ACCOUNTS *******************************

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS
```

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | @XXXXXXXXXX@0302 | Statement Dates  11/01/22 thru 11/30/22 | |
| Previous Balance | 260.17 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
          VIKING INVESTMENTS LLC
          CANDY WILLIAMS
          11423 SPOTTED FAWN LANE
          BIGFORK MT 59911
```

******************************* CHECKING ACCOUNTS *******************************

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0302 | Statement Dates  12/01/22 thru 12/31/22 | |
| Previous Balance | 260.17 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
     VIKING INVESTMENTS LLC
     CANDY WILLIAMS
     11423 SPOTTED FAWN LANE
     BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS *******************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0302 | Statement Dates   1/01/23 thru   1/31/23 | |
| Previous Balance | 260.17 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
    VIKING INVESTMENTS LLC
    CANDY WILLIAMS
    11423 SPOTTED FAWN LANE
    BIGFORK MT 59911
```

****************************** CHECKING ACCOUNTS ******************************

```
        Account Title: VIKING INVESTMENTS LLC
                       CANDY WILLIAMS
```

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | @XXXXXXXXXX@0302 | Statement Dates  2/01/23 thru  2/28/23 | |
| Previous Balance | 260.17 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Average Ledger | 260.17 |
| Checks/Debits | .00 | Average Collected | 260.17 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.17 | | |

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

******************************* CHECKING ACCOUNTS *******************************

```
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING             Number of Enclosures            0
Account Number        @XXXXXXXXXX@0302     Statement Dates  3/01/23 thru  4/02/23
Previous Balance               260.17      Days in the statement period        33
     Deposits/Credits             .00      Average Ledger                  222.74
  2 Checks/Debits               60.00      Average Collected               222.74
Service Charge                    .00
Interest Paid                     .00
Ending Balance                 200.17
```

```
----------------------------- Activity in Date Order ---------------------------
Date  Description                    Withdrawals     Deposits        Balance
3/13 DBT CRD 1213 03/12/23 50858744     35.00-          .00           225.17
        SQ *GO FIGURE KALISPEL

        KALISPELL    MT C# 2883
3/14 Flathead Electri  WEB PMTS         25.00-          .00           200.17
        CCD      W4817L
        111924688167752
```

                                    Date   4/28/23        Page     1
                                    Primary Account   @XXXXXXXXXX@0302
```

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************

          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              2
Account Number        @XXXXXXXXXX@0302  Statement Dates   4/03/23 thru  4/30/23
Previous Balance                200.17  Days in the statement period         28
   2 Deposits/Credits           135.47  Average Ledger                   287.64
   1 Checks/Debits               20.00  Average Collected                287.64
Service Charge                     .00
Interest Paid                      .00
Ending Balance                  315.64
```

```
----------------------------- Activity in Date Order ------------------------------
Date   Description                    Withdrawals      Deposits       Balance
 4/11 Remote Deposit                          .00         65.47        265.64
 4/11 Remote Deposit                          .00         70.00        335.64
 4/18 DBT CRD 1041 04/17/23 64316917      20.00-            .00        315.64
          MONTANA SECRETARY STAT

        406-4443665  MT C# 2883
```

                                   Date  5/31/23        Page     1
                                   Primary Account  @XXXXXXXXXX@0302
```

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

```
TOTALLY FREE BUSINESS CHECKING           Number of Enclosures              0
Account Number        @XXXXXXXXXX@0302   Statement Dates  5/01/23 thru  5/31/23
Previous Balance               315.64    Days in the statement period        31
       Deposits/Credits           .00    Average Ledger                  167.25
    1 Checks/Debits            200.00    Average Collected               167.25
Service Charge                    .00
Interest Paid                     .00
Ending Balance                 115.64
```

```
----------------------------- Activity in Date Order ---------------------------
Date  Description                     Withdrawals      Deposits        Balance
 5/09 Transf to TOT FREE      0002       200.00-           .00         115.64
       Confirmation number  509236108
```

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
         Account Title: VIKING INVESTMENTS LLC
                        CANDY WILLIAMS

TOTALLY FREE BUSINESS CHECKING          Number of Enclosures                1
Account Number       @XXXXXXXXXX@0302   Statement Dates   6/01/23 thru  7/02/23
Previous Balance                115.64  Days in the statement period       32
    1 Deposits/Credits           15.00  Average Ledger                  121.26
       Checks/Debits               .00  Average Collected               121.26
Service Charge                     .00
Interest Paid                      .00
Ending Balance                  130.64


------------------------------ Activity in Date Order --------------------------
Date  Description                    Withdrawals      Deposits       Balance
 6/21 Remote Deposit                        .00         15.00        130.64
```

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

```
******************************* CHECKING ACCOUNTS ******************************
```

Account Title: VIKING INVESTMENTS LLC
                CANDY WILLIAMS

```
TOTALLY FREE BUSINESS CHECKING           Number of Enclosures              1
Account Number       @XXXXXXXXXX@0302    Statement Dates   7/03/23 thru  7/31/23
Previous Balance              130.64     Days in the statement period      29
    1 Deposits/Credits      1,250.00     Average Ledger                294.43
    1 Checks/Debits         1,000.00     Average Collected             294.43
Service Charge                   .00
Interest Paid                    .00
Ending Balance                380.64
```

```
----------------------------- Activity in Date Order ---------------------------
Date  Description                 Withdrawals     Deposits      Balance
 7/17 Remote Deposit                      .00     1,250.00     1,380.64
 7/18 Transf to TOT FREE    0002    1,000.00-          .00       380.64
         Confirmation number  718232893
```

```
        VIKING INVESTMENTS LLC
        CANDY WILLIAMS
        11423 SPOTTED FAWN LANE
        BIGFORK MT 59911
```

```
****************************** CHECKING ACCOUNTS ******************************
```

```
          Account Title: VIKING INVESTMENTS LLC
                         CANDY WILLIAMS
```

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0302 | Statement Dates 8/01/23 thru 8/31/23 | |
| Previous Balance | 380.64 | Days in the statement period | 31 |
| 1 Deposits/Credits | 147.85 | Average Ledger | 490.33 |
| Checks/Debits | .00 | Average Collected | 490.33 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 528.49 | | |

```
----------------------------- Activity in Date Order ----------------------------
```

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 8/09 | Remote Deposit | .00 | 147.85 | 528.49 |