**Beneficiary 2**

# Schedule K-1
## (Form 1041)
Department of the Treasury
Internal Revenue Service

**NO TAXABLE INCOME**

**2019**
For calendar year 2019, or tax year

beginning _____ ending _____

## Beneficiary's Share of Income, Deductions, Credits, etc.

▶ See back of form and instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0092

**661117**

### Part II — Beneficiary's Share of Current Year Income Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Interest income | |
| 2a | Ordinary dividends | |
| 2b | Qualified dividends | |
| 3 | Net short-term capital gain | |
| 4a | Net long-term capital gain | |
| 4b | 28% rate gain | |
| 4c | Unrecaptured section 1250 gain | |
| 5 | Other portfolio and nonbusiness income | |
| 6 | Ordinary business income | |
| 7 | Net rental real estate income | |
| 8 | Other rental income | |
| 9 | Directly apportioned deductions | |
| 10 | Estate tax deduction | |
| 11 | Final year deductions | |
| 12 | Alternative minimum tax adjustment | |
| 13 | Credits and credit recapture | |
| 14 | Other information | |

### Part I — Information About the Estate or Trust

**A** Estate's or trust's employer identification number

XX-XXX8069

**B** Estate's or trust's name

**Hugh Williams Family Trust**

**C** Fiduciary's name, address, city, state, and ZIP code

Scott Williams
Trustee
11423 Spotted Fawn Lane
Bigfork            MT  59911

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed

**E** ☐ Check if this is the final Form 1041 for the estate or trust

### Part II — Information About the Beneficiary

**F** Beneficiary's identifying number

XXX-XX-0922

**G** Beneficiary's name, address, city, state, and ZIP code

Scott K Williams
11423 Spotted Fawn Ln
Bigfork            MT  59911

*See attached statement for additional information.

**Note:** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

**H** ☒ Domestic beneficiary   ☐ Foreign beneficiary

For IRS Use Only

**EXHIBIT 110**

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.   www.irs.gov/Form1041   Schedule K-1 (Form 1041) 2019
DAA

Schedule K-1 (Form 1041) 2019     Page **2**

**This list identifies the codes used on Schedule K-1 for beneficiaries and provides summarized reporting information for beneficiaries who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the Instructions for Schedule K-1 (Form 1041) for a Beneficiary Filing Form 1040 or 1040-SR and the instructions for your income tax return.**

| | | *Report on* |
|---|---|---|
| 1. | Interest income | Form 1040 or 1040-SR, line 2b |
| 2a. | Ordinary dividends | Form 1040 or 1040-SR, line 3b |
| 2b. | Qualified dividends | Form 1040 or 1040-SR, line 3a |
| 3. | Net short-term capital gain | Schedule D, line 5 |
| 4a. | Net long-term capital gain | Schedule D, line 12 |
| 4b. | 28% rate gain | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 4c. | Unrecaptured section 1250 gain | Unrecaptured Section 1250 Gain Worksheet, line 11 (Schedule D Instructions) |
| 5. | Other portfolio and nonbusiness income | Schedule E, line 33, column (f) |
| 6. | Ordinary business income | Schedule E, line 33, column (d) or (f) |
| 7. | Net rental real estate income | Schedule E, line 33, column (d) or (f) |
| 8. | Other rental income | Schedule E, line 33, column (d) or (f) |
| 9. | Directly apportioned deductions | |
| | *Code* | |
| | A Depreciation | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | B Depletion | Form 8582 or Schedule E, line 33, column (c) or (e) |
| | C Amortization | Form 8582 or Schedule E, line 33, column (c) or (e) |
| 10. | Estate tax deduction | Schedule A, line 16 |
| 11. | Final year deductions | |
| | A Excess deductions | See the beneficiary's instructions |
| | B Short-term capital loss carryover | Schedule D, line 5 |
| | C Long-term capital loss carryover | Schedule D, line 12; line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| | D Net operating loss carryover — regular tax | Form 1040 or 1040-SR, Schedule 1, line 8 |
| | E Net operating loss carryover — minimum tax | Form 6251, line 2f |
| 12. | Alternative minimum tax (AMT) items | |
| | A Adjustment for minimum tax purposes | Form 6251, line 2j |
| | B AMT adjustment attributable to qualified dividends | |
| | C AMT adjustment attributable to net short-term capital gain | |
| | D AMT adjustment attributable to net long-term capital gain | See the beneficiary's instructions and the Instructions for Form 6251 |
| | E AMT adjustment attributable to unrecaptured section 1250 gain | |
| | F AMT adjustment attributable to 28% rate gain | |
| | G Accelerated depreciation | |
| | H Depletion | |
| | I Amortization | |
| | J Exclusion items | 2020 Form 8801 |

| | | |
|---|---|---|
| 13. | **Credits and credit recapture** | |
| | *Code* | *Report on* |
| | A Credit for estimated taxes | Form 1040 or 1040-SR, Schedule 3, line 8 |
| | B Credit for backup withholding | Form 1040 or 1040-SR, line 17 |
| | C Low-income housing credit | |
| | D Rehabilitation credit and energy credit | |
| | E Other qualifying investment credit | |
| | F Work opportunity credit | |
| | G Credit for small employer health insurance premiums | |
| | H Biofuel producer credit | |
| | I Credit for increasing research activities | |
| | J Renewable electricity, refined coal, and Indian coal production credit | |
| | K Empowerment zone employment credit | See the beneficiary's instructions |
| | L Indian employment credit | |
| | M Orphan drug credit | |
| | N Credit for employer-provided child care and facilities | |
| | O Biodiesel and renewable diesel fuels credit | |
| | P Credit to holders of tax credit bonds | |
| | Q Credit for employer differential wage payments | |
| | R Recapture of credits | |
| | Z Other credits | |
| 14. | **Other information** | |
| | A Tax-exempt interest | Form 1040 or 1040-SR, line 2a |
| | B Foreign taxes | Form 1040 or 1040-SR, Schedule 3, line 1 or Sch. A, line 6 |
| | C Reserved | |
| | D Reserved | |
| | E Net investment income | Form 4952, line 4a |
| | F Gross farm and fishing income | Schedule E, line 42 |
| | G Foreign trading gross receipts (IRC 942(a)) | See the Instructions for Form 8873 |
| | H Adjustment for section 1411 net investment income or deductions | Form 8960, line 7 (also see the beneficiary's instructions) |
| | I Section 199A information | See the beneficiary's instructions |
| | Z Other information | See the beneficiary's instructions |

**Note:** If you are a beneficiary who does not file a Form 1040 or 1040-SR, see instructions for the type of income tax return you are filing.

# Schedule K-1 - Beneficiary's Share of Income, Deductions and Credits

TC-41K-1  
1022  
2019

41909  EIN or SSN **836708069**   Estate/trust name **Hugh Williams Family**

**Beneficiary 2**

## Estate or Trust Information

A  Estate or trust EIN or SSN: ████8069

B  Estate or trust name

   **Hugh Williams Family Trust**

## Fiduciary Information

C  Fiduciary name, address, city, state, and ZIP code  
   **Scott Williams**  
   **Trustee**  
   **11423 Spotted Fawn Lane**  
   **Bigfork         MT 59911**

## Beneficiary Information

D  Beneficiary's EIN or SSN  ████0922

E  Beneficiary's name, address, city, state, and ZIP code

   **Scott K Williams**  
   **11423 Spotted Fawn Ln**  
   **Bigfork         MT 59911**

F  Beneficiary's phone number

G  Percent of Utah income distributed to the beneficiary

H  Dependent Beneficiary - enter "X"  
   "Statement of Dependent Beneficiary Income" on file with trustee  
   (See Schedule N instructions for definition of *dependent beneficiary*.)

## Other Information

## Tax Commission Use Only:

## Beneficiary's Share of Utah Income, Deductions and Credits

1a  Utah U.S. government interest income  
1b  Utah taxable municipal bond interest income  
1c  Utah other interest income  
2   Utah ordinary dividends  
3   Utah net short-term capital gain  
4   Utah net long-term capital gain  
5   Utah portfolio and nonbusiness income  
6   Utah ordinary business income  
7   Utah net rental real estate income  
8   Utah other rental income  
9   Utah directly apportioned deductions (describe)  

10  Estate tax deduction  
11  Final year Utah deductions (describe)  

12  Other Utah information  

13  Utah nonrefundable credits distributed to beneficiary  
    **Name of credit              Code    Amount**

14  Utah refundable credits distributed to beneficiary  
    **Name of Credit              Code    Amount**

15  Utah tax withheld on behalf of beneficiary  
    "X" if withholding waiver applied for