# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

cja456

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA4879312 | 2018 | Forest River | Rockwood Lite | | TL | TL | 5000 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | | | Vehicle Nbr |
|---|---|---|---|---|---|---|---|
| 4X4FRLF23J1880885 | | | | | | | 4707187 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 04/06/2020 | 03/03/2020 | OOS Title Transfer | | | |

**Owner Name and Address**

Viking Investments LLC
11423 Spotted Fawn Ln
Bigfork MT 59911-7335
Customer Number: 4028734

This vehicle/vessel is subject to the following security interest(s):

Mail To:
**Viking Investments LLC**
**11423 Spotted Fawn Ln**
**Bigfork MT 59911-7335**

The vehicle/vessel may be subject to other security interests.

---

As the Registered Owner of the above vehicle, I transfer all right, title and interest to the vehicle to the following person, as of the date below:

**SELLER COMPLETES IN INK**

Print name of buyer, whether individual or business | Date of Transfer (delivery of vehicle)

Buyer's Street Address | City | State | Zip

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

DO NOT CHECK UNLESS APPLICABLE:
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN.**

Signature of First Owner or Agent of Owner (Transferor) X | Printed name - must be the same as signature (do not type)

Signature of Additional Owner or Agent of Owner (if more than one) X | Printed name - must be the same as signature (do not type)

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

**NOTARY**

State of _____ County of _____ Signed before me on (date) _____ Notary Stamp/Seal

by (Clearly print name of person requesting notary service) _____

Notary signature _____

**BUYER**

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

Signature of Buyer - only one signature is required X | Printed name - must be the same as signature (do not type)

---



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. **16045675**
(This is not a title number)

(REV. 11/2017)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CE...



EXHIBIT
115