**EXHIBIT 116**

# STATE OF MONTANA
## DEPARTMENT OF JUSTICE – MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

17393161
cjb639

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5966146 | 2006 | FGB | ZZZ | | BT | BT | Fiberglass |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | Vehicle Nbr |
|---|---|---|---|---|---|
| FGBB0213C606 | MT5713AX | In Board | 121 Miles Actual as of 03/31/2022 | | 2042777 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 04/11/2022 | 02/09/2022 | Cancel - Voluntary | | | |

**Owner Name and Address**
Williams, Candy Lynn
11423 Spotted Fawn Ln
Bigfork MT 59911-7335
Customer Number: 4308591

**This vehicle/vessel is subject to the following security interest(s):**
USAA Federal Savings Bank
PO Box 25145
Lehigh Valley, PA 180025145
02/22/2022
Customer Number: 1530297

**Mail To:**
Williams, Candy Lynn
11423 Spotted Fawn Ln
Bigfork MT 59911-7335

The vehicle/vessel may be subject to other security interests.

As the Registered Owner of the above vehicle, I transfer all right, title and interest to the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business

Date of Transfer (delivery of vehicle)

Buyer's Street Address | City | State | Zip

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

**DO NOT CHECK UNLESS APPLICABLE:**
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN.**
Signature of First Owner or Agent of Owner (Transferor) X
Printed name - must be the same as signature (do not type)

Signature of Additional Owner or Agent of Owner (if more than one) X
Printed name - must be the same as signature (do not type)

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

**NOTARY**
State of | County of | Signed before me on (date) | Notary Stamp/Seal
by (Clearly print name of person requesting notary service)
Notary signature

**BUYER**
ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.
Signature of Buyer - only one signature is required X
Printed name - must be the same as signature (do not type)



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. **17055848**
(This is not a title number)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.
(REV. 11/2017)


9:23-ap-09001-BPH   Doc#: 35-34   Filed: 11/15/23   Page 1 of 1