# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

PJ5753

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA4907342 | 2015 | Subaru | Outback 3.6r L | | UT | LL | 3810 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | Vehicle Nbr |
|---|---|---|---|---|---|
| 4S4BSENC8F3278201 | | | 61759 Miles Actual as of 03/26/2020 | | 4707175 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| Rebuilt Salvage (09)/UT | 04/08/2020 | 03/03/2020 | OOS Title Transfer | | | |

**Owner Name and Address**
Viking Investments LLC
11423 Spotted Fawn Ln
Bigfork MT 59911-7335
Customer Number: 4028734

This vehicle/vessel is subject to the following security interest(s):

**Mail To:**
Viking Investments LLC
11423 Spotted Fawn Ln
Bigfork MT 59911-7335

The vehicle/vessel may be subject to other security interests.

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

**SELLER COMPLETES IN INK**

As the Registered Owner of the above vehicle, I transfer all right, title and interest to the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business / Date of Transfer (delivery of vehicle)

Buyer's Street Address / City / State / Zip

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

**DO NOT CHECK UNLESS APPLICABLE:**
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

**ALL OWNERS MUST SIGN** - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN.**

Signature of First Owner or Agent of Owner (Transferor) / Printed name - must be the same as signature (do not type)
X

Signature of Additional Owner or Agent of Owner (if more than one) / Printed name - must be the same as signature (do not type)
X

**NOTARY**

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

State of / County of / Signed before me on (date) / Notary Stamp/Seal

by (Clearly print name of person requesting notary service)

Notary signature

**BUYER**

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

Signature of Buyer - only one signature is required / Printed name - must be the same as signature (do not type)
X



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. **16047783**
(This is not a title number)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CER...



EXHIBIT 118