

# Account Statement
Member FDIC



Date  5/18/21    Page    1
Primary Account  XXXXXXXXXXXX7151

```
*********AUTO**SCH 5-DIGIT 59923
5718 0.9204 AV 0.398     19 1 42

CANDY WILLIAMS
11423 SPOTTED FAWN LN
BIGFORK MT   59911-7335
```

****************************** CHECKING ACCOUNTS ******************************

Account Title: CANDY WILLIAMS

Add the convenience of receiving tax documents and other account notices electronically. Simply log in to Online Banking and under the eStatements tab select Sign up/Changes. Click on the plus sign next to your account and choose the notices you'd like to receive. It's that easy! Contact your local branch with any questions.

```
TOTALLY FREE CHECKING                          Number of Enclosures                      1
Account Number         XXXXXXXXXXXX7151        Statement Dates    4/19/21 thru  5/18/21
Previous Balance                   448.41      Days in the statement period            30
     5 Deposits/Credits         83,241.44      Average Ledger                   38,975.79
    36 Checks/Debits            36,090.86      Average Collected                38,975.79
Service Charge                         .00
Interest Paid                          .00
Ending Balance                  47,598.99
```

```
-------------------------------- Activity in Date Order ----------------------------
Date  Description                             Withdrawals        Deposits          Balance
 4/19 DBT CRD 1122 04/18/21 77717409               27.40-             .00           421.01
      SP * HAPPY HOUNDS PETS
      140-64202806 MT
      Card# 0834
 4/23 PRIMARY RESIDEN    PAYROLL                     .00          300.00            721.01
      124000058523790
      PPD
 4/30 DDA Regular Deposit                            .00       82,641.37         83,362.38
 5/03 DBT CRD 1533 05/02/21 71654362               23.86-            .00         83,338.52
      SQ *CUP O  SOUL, LLC
      Kalispell      MT
      Card# 0834
 5/03 Transf to SAVINGS        0003             5,000.00-            .00         78,338.52
      Confirmation number     503211404
 5/03 Transf to SAVINGS        0004             1,000.00-            .00         77,338.52
      Confirmation number     503211412
 5/03 Transf to FREE BUS       0001             1,000.00-            .00         76,338.52
```



## How to Balance Your Account

Reconciling your account statement is an important step to ensure that all transactions are correct and accounted for. Reconciling involves comparing the items in your checkbook which the bank has not processed and those on the bank statement but not recorded in your checkbook. Use the steps below to reconcile your checkbook to the bank statement. Glacier Family of Banks also offers an online checkbook reconciliation on each division's website. Type "checkbook" in the Search option to access it.

- Mark off each item against your checkbook. Those not marked will be outstanding items.
- Note any bank or other charges or automatic deposits on the statement, not in your checkbook.
- Fill in the following form to complete reconcilement.

| Outstanding Items (ATM/Debit Card withdrawals, checks written but not yet charged to your account) | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Subtotal** | | **Subtotal** | |

| Checkbook Balance | $ |
|---|---|
| Add any deposits including automatic deposits not yet entered in your checkbook (be sure to enter them) | + |
| | + |
| | + |
| | + |
| **Subtotal** | $ |
| Subtract Service Charge (here and in your checkbook) | - |
| Subtract any automatic loan payments or other automatic charges not yet entered in your checkbook (be sure to subtract from checkbook) | - |
| | - |
| | - |
| | - |
| **Adjusted Checkbook Balance** | $ |

| Checking Balance (shown on the statement) | $ |
|---|---|
| Add deposits outstanding not yet credited to your account (include any automatic deposits expected, not yet credited) | + |
| | + |
| | + |
| | + |
| | + |
| **Subtotal** | $ |
| Subtract Outstanding Items (use the subtotal amount) | - |
| | - |
| | - |
| | - |
| | - |
| **Adjusted Statement Balance** | $ |

**Adjusted Checkbook Balance and Adjusted Statement Balance Should Agree**

### Important Information Concerning Your Account

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT

Telephone us or write us at the phone number and address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1) Tell us your name and account number (if any)
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HOW FINANCE CHARGES ARE CALCULATED ON OVERDRAFT CHECKING AND LINES OF CREDIT
A. Finance charges are imposed on principal advances under your line and begin to accrue on the day an advance is posted to your line: THERE IS NO GRACE PERIOD. We figure (a portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/loans), and subtract any payments or credits (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".
B. New Balance Calculation
The New Balance shown on the face of this statement is calculated by (1) Starting with the "Beginning Balance" (the New Balance from the previous month's statement) (2) subtracting total payments and (3) adding total advances (including, if applicable, Credit Life premiums, check printing charges, returned check charges, or any other

miscellaneous charges outlined in your loan agreement) and (4) adding total Finance Charges.
C. Payments
The minimum periodic payment shown on the front of this statement:
1) will, in the case of OVERDRAFT PROTECTION LINE OF CREDIT, be automatically deducted from your checking account at the end of each billing cycle normally thirty (30) days
or
2) must, in the case of LINE OF CREDIT ACCCOUNTS, be delivered or mailed with the coupon section of this statement and check, money order or cash to the bank of account.
Payments shall be applied first to any unpaid Finance Charges and second to the principal balance outstanding.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL
If you think your bill is wrong or if you need more information about a transaction on your bill, write us (on a separate sheet) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
Your name and account number
The dollar amount of suspected error
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

REPURCHASE AGREEMENT AND FDIC INSURANCE
Customer funds held in a Repurchase Agreement are not a deposit and therefore not insured by the FDIC. Such funds are subject to the terms and limitations of the Sweep Account Master Repurchase Agreement.

Rev: 12/2021

```
TOTALLY FREE CHECKING                    XXXXXXXXXXXX7151   (Continued)

------------------------------ Activity in Date Order ----------------------------
Date   Description                       Withdrawals        Deposits         Balance
            Confirmation number   503211416
5/04  DBT CRD 1014 05/04/21 05435749         83.42-              .00       76,255.10
            WWW COSTCO COM
            800-955-2292 WA
            Card# 0834
5/04  FLATHEAD ELECTRI  FEC BILL             55.00-              .00       76,200.10
            092970820000615
            WEB
5/05  DBT CRD 1011 05/05/21 09299289         25.99-              .00       76,174.11
            WWW COSTCO COM
            800-955-2292 WA
            Card# 0834
5/05  CAPITAL ONE       MOBILE PMT          754.02-              .00       75,420.09
            051405510829179
            WEB
5/05  TARGET CARD SRVC  BILL PAY            864.68-              .00       74,555.41
            091000010050464
            WEB
5/05  CHASE CREDIT CRD  EPAY              1,659.54-              .00       72,895.87
            021000028185022
            WEB
5/05  WELLS FARGO CARD  CCPYMT            2,587.93-              .00       70,307.94
            091000016022389
            WEB
5/05  CHASE CREDIT CRD  EPAY              3,246.28-              .00       67,061.66
            021000028231394
            WEB
5/05  DISCOVER          E-PAYMENT         3,657.56-              .00       63,404.10
            091000015862222
            WEB
5/06  PAYPAL            VERIFYBANK              .00              .03       63,404.13
            091000011050803
            PPD
5/06  PAYPAL            VERIFYBANK              .00              .04       63,404.17
            091000011050804
            PPD
5/06  DBT CRD 1049 05/06/21 47453697         46.99-              .00       63,357.18
            WWW COSTCO COM
            800-955-2292 WA
            Card# 0834
5/06  PAYPAL            VERIFYBANK              .07-             .00       63,357.11
            091000011068605
            PPD
5/06  CenturyLink       SPEEDPAY             49.00-              .00       63,308.11
            021000026787753
```

```
TOTALLY FREE CHECKING                XXXXXXXXXXXX7151   (Continued)

------------------------------ Activity in Date Order ----------------------------
 Date  Description                   Withdrawals        Deposits          Balance
            WEB
 5/06 CenturyLink        SPEEDPAY          49.99-            .00        63,258.12
            021000026791959
            WEB
 5/06 COMENITY PAY OH    WEB PYMT         307.77-            .00        62,950.35
            242071750672963
            WEB
 5/06 COMENITY PAY IL    WEB PYMT       1,519.19-            .00        61,431.16
            242071750843822
            WEB
 5/06 PAYPAL             INST XFER     1,638.98-            .00        59,792.18
            091000013476570
            WEB
 5/06 PAYPAL             INST XFER     1,878.31-            .00        57,913.87
            091000010240969
            WEB
 5/07 PRIMARY RESIDEN    PAYROLL             .00         300.00        58,213.87
            124000059962323
            PPD
 5/10 POS  DEB 1539 05/08/21 00293252     174.57-            .00        58,039.30
            ROSAUERS #37
            KALISPELL     MT
            Card# 0834
 5/10 DBT  CRD 1146 05/10/21 45286775       8.94-            .00        58,030.36
            KRISPY KREME #0581
            KALISPELL     MT
            Card# 0834
 5/10 VENMO              PAYMENT           20.00-            .00        58,010.36
            091000017025507
            WEB
 5/11 DBT  CRD 1037 05/11/21 53488870      24.92-            .00        57,985.44
            TACO JOHNS 3041
            HAVRE         MT
            Card# 0834
 5/11 VENMO              PAYMENT           50.00-            .00        57,935.44
            091000017876284
            WEB
 5/11 VENMO              PAYMENT          500.00-            .00        57,435.44
            091000017886988
            WEB
 5/11 VENMO              PAYMENT          500.00-            .00        56,935.44
            091000017890162
            WEB
 5/11 VENMO              PAYMENT          500.00-            .00        56,435.44
            091000017890545
```

```
TOTALLY FREE CHECKING              XXXXXXXXXXXX7151   (Continued)

------------------------------ Activity in Date Order ----------------------------
Date   Description                        Withdrawals        Deposits           Balance
       WEB
 5/11  VENMO              PAYMENT            500.00-             .00         55,935.44
          091000012399072
       WEB
 5/13  CAPITAL ONE        MOBILE PMT          14.05-             .00         55,921.39
          051405511822410
       WEB
 5/13  R.C. WILLEY HOME   PAYMENT            212.00-             .00         55,709.39
          091000011530003
       WEB
 5/14  AMEX EPAYMENT      ACH PMT          7,999.95-             .00         47,709.44
          091000017209652
       WEB
 5/17  DBT CRD 1615 05/16/21 69639522         70.00-             .00         47,639.44
          1 FOR MY NAILS
          MIDVALE         UT
          Card# 0834
 5/18  WELLS FARGO CARD   CCPYMT              40.45-             .00         47,598.99
          091000014920610
       WEB
```