

```
*********AUTO**SCH 5-DIGIT 59923
17279 0.7603 AV 0.398    47 1 176

CANDY WILLIAMS
11423 SPOTTED FAWN LN
BIGFORK MT   59911-7335
```



EXHIBIT 120

******************************* CHECKING ACCOUNTS *******************************

            Account Title: CANDY WILLIAMS

Due to the pandemic, Money Market and Savings account transaction limitations and excess debit fees were temporarily removed. Effective 8/1/2021 both will be reinstated. Transfers from the account to another account or to third parties by means of preauthorized, automatic, telephonic, transfers are limited to six per calendar month. No more than six by check, draft or debit card. A $1.00 fee will be assessed if you exceed more than six transactions listed above.

```
TOTALLY FREE CHECKING                    Number of Enclosures                 1
Account Number          XXXXXXXXXXXX7151 Statement Dates    5/19/21 thru  6/20/21
Previous Balance               47,598.99 Days in the statement period         33
     3 Deposits/Credits           750.00 Average Ledger                 44,918.72
    23 Checks/Debits             9,587.50 Average Collected             44,918.72
Service Charge                       .00
Interest Paid                        .00
Ending Balance                 38,761.49
```

```
------------------------------ Activity in Date Order ---------------------------
Date   Description                           Withdrawals     Deposits      Balance
 5/20  COMENITY PAY IL    WEB PYMT                19.04-         .00    47,579.95
       242071751542540
       WEB
 5/20  CHASE CREDIT CRD   EPAY                   731.24-         .00    46,848.71
       021000024363316
       WEB
 5/21  PRIMARY RESIDEN    PAYROLL                   .00       300.00    47,148.71
       124000050036049
       PPD
 5/21  DBT CRD 1108 05/21/21 99817645             135.05-         .00    47,013.66
       WWW COSTCO COM
       800-955-2292 WA
       Card# 0834
 5/24  POS DEB 1337 05/22/21 00809358             225.57-         .00    46,788.09
       COSTCO WHSE #0745
```



## How to Balance Your Account

Reconciling your account statement is an important step to ensure that all transactions are correct and accounted for. Reconciling involves comparing the items in your checkbook which the bank has not processed and those on the bank statement but not recorded in your checkbook. Use the steps below to reconcile your checkbook to the bank statement. Glacier Family of Banks also offers an online checkbook reconciliation on each division's website. Type "checkbook" in the Search option to access it.

- Mark off each item against your checkbook. Those not marked will be outstanding items.
- Note any bank or other charges or automatic deposits on the statement, not in your checkbook.
- Fill in the following form to complete reconcilement.

**Outstanding Items**
(ATM/Debit Card withdrawals, checks written but not yet charged to your account)

| Check No. | Amount | Check No. | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Subtotal** |  | **Subtotal** |  |

| | | | | | |
|---|---|---|---|---|---|
| **Checkbook Balance** | $ | | **Checking Balance (shown on the statement)** | $ | |
| Add any deposits including automatic deposits not yet entered in your checkbook (be sure to enter them) | + | | Add deposits outstanding not yet credited to your account (include any automatic deposits expected, not yet credited) | + | |
| | + | | | + | |
| | + | | | + | |
| | + | | | + | |
| **Subtotal** | $ | | | + | |
| Subtract Service Charge (here and in your checkbook) | - | | **Subtotal** | $ | |
| Subtract any automatic loan payments or other automatic charges not yet entered in your checkbook (be sure to subtract from checkbook) | - | | Subtract Outstanding Items (use the subtotal amount) | - | |
| | - | | | - | |
| | - | | | - | |
| | - | | | - | |
| **Adjusted Checkbook Balance** | $ | | **Adjusted Statement Balance** | $ | |

**Adjusted Checkbook Balance and Adjusted Statement Balance Should Agree**

### Important Information Concerning Your Account

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT

Telephone us or write us at the phone number and address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1) Tell us your name and account number (if any)
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HOW FINANCE CHARGES ARE CALCULATED ON OVERDRAFT CHECKING AND LINES OF CREDIT
A. Finance charges are imposed on principal advances under your line and begin to accrue on the day an advance is posted to your line: THERE IS NO GRACE PERIOD. We figure (a portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/loans), and subtract any payments or credits (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".
B. New Balance Calculation
The New Balance shown on the face of this statement is calculated by (1) Starting with the "Beginning Balance" (the New Balance from the previous month's statement) (2) subtracting total payments and (3) adding total advances (including, if applicable, Credit Life premiums, check printing charges, returned check charges, or any other

miscellaneous charges outlined in your loan agreement) and (4) adding total Finance Charges.
C. Payments
The minimum periodic payment shown on the front of this statement:
1) will, in the case of OVERDRAFT PROTECTION LINE OF CREDIT, be automatically deducted from your checking account at the end of each billing cycle normally thirty (30) days
or
2) must, in the case of LINE OF CREDIT ACCCOUNTS, be delivered or mailed with the coupon section of this statement and check, money order or cash to the bank of account.

Payments shall be applied first to any unpaid Finance Charges and second to the principal balance outstanding.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL
If you think your bill is wrong or if you need more information about a transaction on your bill, write us (on a separate sheet) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
Your name and account number
The dollar amount of suspected error
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

REPURCHASE AGREEMENT AND FDIC INSURANCE
Customer funds held in a Repurchase Agreement are not a deposit and therefore not insured by the FDIC. Such funds are subject to the terms and limitations of the Sweep Account Master Repurchase Agreement.

Rev: 12/2021

TOTALLY FREE CHECKING                XXXXXXXXXXXX7151   (Continued)

------------------------------ Activity in Date Order ----------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 5/24 | DBT CRD 1433 05/23/21 60204559 | 13.00- | .00 | 46,775.09 |
| | BLUE COW ENT | | | |
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 5/26 | VENMO           PAYMENT | 100.00- | .00 | 46,675.09 |
| | 091000015975630 | | | |
| | WEB | | | |
| 6/02 | FLATHEAD ELECTRI  FEC BILL | 63.00- | .00 | 46,612.09 |
| | 092970820000618 | | | |
| | WEB | | | |
| 6/04 | PRIMARY RESIDEN   PAYROLL | .00 | 300.00 | 46,912.09 |
| | 124000050557619 | | | |
| | PPD | | | |
| 6/04 | CHASE CREDIT CRD  EPAY | 11.67- | .00 | 46,900.42 |
| | 021000027409980 | | | |
| | WEB | | | |
| 6/04 | CenturyLink       SPEEDPAY | 36.00- | .00 | 46,864.42 |
| | 021000024076326 | | | |
| | WEB | | | |
| 6/04 | CenturyLink       SPEEDPAY | 49.99- | .00 | 46,814.43 |
| | 021000024079837 | | | |
| | WEB | | | |
| 6/04 | CHASE CREDIT CRD  EPAY | 216.58- | .00 | 46,597.85 |
| | 021000027457482 | | | |
| | WEB | | | |
| 6/07 | POS DEB 1452 06/05/21 00894535 | 239.72- | .00 | 46,358.13 |
| | COSTCO WHSE #0745 | | | |
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 6/07 | POS DEB 1453 06/05/21 00896076 | 15.93- | .00 | 46,342.20 |
| | COSTCO WHSE #0745 | | | |
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 6/07 | DBT CRD 1442 06/06/21 88509077 | 9.00- | .00 | 46,333.20 |
| | HOOPERS GARDEN CENTER | | | |
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 6/07 | DBT CRD 1442 06/06/21 47155600 | 19.99- | .00 | 46,313.21 |
| | COSTCO WHSE #0745 | | | |
| | KALISPELL    MT | | | |
| | Card# 0834 | | | |
| 6/07 | DISCOVER         E-PAYMENT | 94.37- | .00 | 46,218.84 |
| | 091000010844878 | | | |

```
TOTALLY FREE CHECKING                XXXXXXXXXXXX7151  (Continued)
------------------------------- Activity in Date Order ---------------------------
 Date   Description                    Withdrawals        Deposits          Balance
            WEB
 6/08  COMENITY PAY OH    WEB PYMT         201.66-            .00         46,017.18
            242071755442185
            WEB
 6/08  CHECK                                20.00-            .00         45,997.18
 6/09  VENMO              PAYMENT           45.00-            .00         45,952.18
            091000018777308
            WEB
 6/14  POS DEB 1424 06/12/21 00265908      165.73-            .00         45,786.45
            COSTCO WHSE #0745
            KALISPELL     MT
            Card# 0834
 6/14  AMEX EPAYMENT      ACH PMT        6,918.39-            .00         38,868.06
            091000017512345
            WEB
 6/17  DISCOVER           E-PAYMENT        198.00-            .00         38,670.06
            091000017648387
            WEB
 6/18  PRIMARY RESIDEN    PAYROLL             .00          150.00         38,820.06
            124000051115799
            PPD
 6/18  PAYPAL             INST XFER         58.57-            .00         38,761.49
            091000014495430
            WEB

-------------------------- Summary by Check Number ----------------------------
Date    Check No              Amount
 6/08                           20.00
* Denotes missing check numbers
```