

# STATEMENT



America First Federal Credit Union · 1-800-999-3961 · americafirst.com
P.O. Box 9199, Ogden, UT 84409



#BWNCHFQ
#141CANDY00726625#
CANDY WILLIAMS
1898 E RICH WAY
COTTONWOOD HTS UT 84121

Statement Date: February 01, 2020
Account Number: ▇▇▇614-1

Page Number 1 of 4

## — fyi — for your information

Transfer your high-interest balances to a low-rate America First Visa® and claim your 3% cash-back bonus! Plus, you'll benefit from one convenient payment, no annual fees, and exclusive perks & features. To apply and learn more, visit **americafirst.com**.

### A Summary of Your Accounts

|                | Ending Balance | 2020 Dividends |
|----------------|---------------:|---------------:|
| Share Savings  | 9,284.38       | 0.69           |
| Checking       | 48,615.75      | 2.80           |
| **Total:**     | **57,900.13**  | **3.49**       |

### A Summary of Your Loans

|              | Ending Balance | Total Amount Due | Next Payment | 2020 Interest |
|--------------|---------------:|-----------------:|-------------:|--------------:|
| Visa Classic | 0.00           | 0.00             | 0.00         | 0.00          |

## Share Savings

Statement Period: January 01, 2020 - February 01, 2020

| Post Date | Effective Date | Transaction Description | Transaction Amount | Account Balance |
|-----------|----------------|-------------------------|-------------------:|----------------:|
|           |                | BEGINNING BALANCE       |                    | 5,033.72        |
| 01/02     | 01/03          | AUTOMATIC DEPOSIT, PRIMARY RESIDEN PAYROLL      PPD | 50.00 | 5,083.72 |
| 01/03     |                | MOBILE BANKING SHARE TRANSFER FROM CHECKING | 2,300.00 | 7,383.72 |
| 01/17     |                | MOBILE BANKING SHARE TRANSFER FROM CHECKING | 900.00 | 8,283.72 |
| 01/30     |                | MOBILE BANKING SHARE TRANSFER FROM CHECKING | 1,000.00 | 9,283.72 |
| 01/31     | 02/01          | DIVIDEND EARNED FOR PERIOD OF 01/01/2020 THROUGH 01/31/2020 | | |
|           |                | ANNUAL PERCENTAGE YIELD EARNED IS   0.10% | .66 | 9,284.38 |
|           |                | ENDING BALANCE          |                    | 9,284.38        |

## Checking

Statement Period: January 01, 2020 - February 01, 2020

| Post Date | Effective Date | Transaction Description | Check Number | Transaction Amount | Account Balance |
|-----------|----------------|-------------------------|--------------|-------------------:|----------------:|
|           |                | BEGINNING BALANCE       |              |                    | 108,671.54      |
| 01/02     | 01/01          | MOBILE BANKING FUNDS TRANSFER TO VISA CREDIT | | .91- | 108,670.63 |
| 01/02     | 01/03          | AUTOMATIC DEPOSIT, PRIMARY RESIDEN PAYROLL      PPD | | 2,397.51 | 111,068.14 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, GAP CC          GAP EPAY    WEB(S ) | | 102.99- | 110,965.15 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, PAYPAL          INST XFER   WEB(S ) | | 1,129.73- | 109,835.42 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, HSN             HSN EPAY    WEB(S ) | | 1,548.65- | 108,286.77 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, OLD NAVY VISA   OLDN EPAY   WEB(S ) | | 1,607.84- | 106,678.93 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, COMENITY PAY OH WEB PYMT    WEB(S ) | | 2,017.46- | 104,661.47 |
| 01/02     |                | AUTOMATIC WITHDRAWAL, VENMO           PAYMENT     WEB(S ) | | 40.00- | 104,621.47 |
| 01/02     | 12/31          | AUTOMATIC WITHDRAWAL, CREDIT ONE BANK PAYMENT     WEB(S ) | | 374.45- | 104,247.02 |



## Checking, Continued

Statement Period: January 01, 2020 - February 01, 2020

| Post Date | Effective Date | Transaction Description | Check Number | Transaction Amount | Account Balance |
|---|---|---|---|---|---|
| 01/02 | 01/01 | AUTOMATIC WITHDRAWAL, FPB CR CARD     INTERNET    WEB(S ) | | 476.37- | 103,770.65 |
| 01/02 | 01/01 | AUTOMATIC WITHDRAWAL, FPB CR CARD     INTERNET    WEB(S ) | | 658.80- | 103,111.85 |
| 01/02 | | AUTOMATIC WITHDRAWAL, MASTERCARD      PAYMENT     WEB(S ) | | 728.26- | 102,383.59 |
| 01/02 | 12/31 | AUTOMATIC WITHDRAWAL, CREDIT ONE BANK PAYMENT     WEB(S ) | | 812.42- | 101,571.17 |
| 01/02 | 01/01 | AUTOMATIC WITHDRAWAL, FPB CR CARD     INTERNET    WEB(S ) | | 935.04- | 100,636.13 |
| 01/02 | | AUTOMATIC WITHDRAWAL, MERRICK BANK CORONLINEPYMT  WEB(S ) | | 991.38- | 99,644.75 |
| 01/02 | 12/31 | AUTOMATIC WITHDRAWAL, CREDIT ONE BANK PAYMENT     WEB(S ) | | 1,322.06- | 98,322.69 |
| 01/02 | 12/31 | AUTOMATIC WITHDRAWAL, CARDMEMBER SERV WEB PYMT    WEB(S ) | | 1,350.78- | 96,971.91 |
| 01/02 | 12/31 | AUTOMATIC WITHDRAWAL, CREDIT ONE BANK PAYMENT     WEB(S ) | | 1,449.82- | 95,522.09 |
| 01/02 | | AUTOMATIC WITHDRAWAL, PAYPAL          INST XFER   WEB(S ) | | 1,567.09- | 93,955.00 |
| 01/02 | | AUTOMATIC WITHDRAWAL, CHASE CREDIT CRDEPAY        WEB(S ) | | 2,344.48- | 91,610.52 |
| 01/02 | | AUTOMATIC WITHDRAWAL, CHEVRON CC      CHVTX EPAY  WEB(S ) | | 2,351.89- | 89,258.63 |
| 01/02 | 12/31 | AUTOMATIC WITHDRAWAL, CAPITAL ONE     ONLINE PMT  WEB(S ) | | 2,732.25- | 86,526.38 |
| 01/02 | | AUTOMATIC WITHDRAWAL, BARCLAYCARD US  CREDITCARD  WEB(S ) | | 2,801.28- | 83,725.10 |
| 01/02 | | CHECK | 117 | 3,000.00- | 80,725.10 |
| 01/03 | | AUTOMATIC WITHDRAWAL, COMENITY PAY CP WEB PYMT    WEB(S ) | | 184.59- | 80,540.51 |
| 01/03 | | AUTOMATIC WITHDRAWAL, COMENITY PAY IL WEB PYMT    WEB(S ) | | 500.98- | 80,039.53 |
| 01/03 | | AUTOMATIC WITHDRAWAL, COMENITY PAY VI WEB PYMT    WEB(S ) | | 2,711.95- | 77,327.58 |
| 01/03 | | MOBILE BANKING FUNDS TRANSFER TO SHARE SAVINGS | | 2,300.00- | 75,027.58 |
| 01/03 | 01/02 | AUTOMATIC WITHDRAWAL, CAPITAL ONE     ONLINE PMT WEB(S ) | | 50.00- | 74,977.58 |
| 01/04 | 01/03 | VISA - 01/02 PALM BEACH TAN SLC801- EF 214-373-0202 TX 00 | | 7.88- | 74,969.70 |
| 01/04 | 01/03 | VISA - 01/01 CENTURY THEATRES 431 SALT LAKE CTY UT 001418 | | 32.88- | 74,936.82 |
| 01/04 | 01/03 | VISA - 01/02 MISTER CAR WASH #531 COTTONWOOD HE UT 002874 | | 35.38- | 74,901.44 |
| 01/06 | | AUTOMATIC WITHDRAWAL, PAYPAL          INST XFER   WEB(S ) | | 100.00- | 74,801.44 |
| 01/07 | | AUTOMATIC WITHDRAWAL, COMENITY PAY OH WEB PYMT    WEB(S ) | | 306.90- | 74,494.54 |
| 01/09 | 01/08 | VISA - 01/06 CHICK-FIL-A #02360 MIDVALE UT 006740 | | 31.34- | 74,463.20 |
| 01/09 | 01/08 | ZELLE TO: GLACIER BANK | | 200.00- | 74,263.20 |
| 01/09 | | POINT OF SALE PURCHASE  US   UT HOLLADAY, SPROUTS FARMERS MKT#  1785 E MURRAY | | 72.60- | 74,190.60 |
| 01/09 | | OFFICIAL CHECK 047142857 TO DUBS AUTO | | 17,400.00- | 56,790.60 |
| 01/10 | 01/09 | ZELLE TO: GLACIER BANK | | 2,000.00- | 54,790.60 |
| 01/11 | 01/10 | VISA - 01/09 SQ *MOUNTAIN VIEW M SALT LAKE CIT UT 009447 | | 134.00- | 54,656.60 |
| 01/13 | 01/12 | POINT OF SALE PURCHASE US   UT MURRAY, COSTCO WHSE #0764 | | 55.15- | 54,601.45 |
| 01/13 | | AUTOMATIC DEPOSIT, VENMO          CASHOUT    PPD | | 15.00 | 54,616.45 |
| 01/13 | | AUTOMATIC DEPOSIT, VENMO          CASHOUT    PPD | | 20.00 | 54,636.45 |
| 01/13 | | AUTOMATIC WITHDRAWAL, PAYPAL          INST XFER   WEB(S ) | | 159.80- | 54,476.65 |
| 01/13 | | AUTOMATIC WITHDRAWAL, WELLS FARGO CARDCCPYMT      WEB(S ) | | 226.08- | 54,250.57 |
| 01/13 | | AUTOMATIC WITHDRAWAL, CHASE CREDIT CRDEPAY        WEB(S ) | | 1,044.74- | 53,205.83 |
| 01/13 | | AUTOMATIC WITHDRAWAL, AMEX EPAYMENT   ACH PMT     WEB(S ) | | 2,448.29- | 50,757.54 |
| 01/14 | | POINT OF SALE PURCHASE  US   UT SALT LAKE CIT, DAN'S FOODS #05  2029 E-7000 S | | 52.87- | 50,704.67 |
| 01/15 | 01/14 | AUTOMATIC WITHDRAWAL, CREDIT ONE BANK PAYMENT     WEB(S ) | | 25.04- | 50,679.63 |
| 01/15 | | AUTOMATIC WITHDRAWAL, VENMO          PAYMENT     WEB(S ) | | 500.00- | 50,179.63 |
| 01/15 | | CHECK | 120 | 236.39- | 49,943.24 |
| 01/15 | | CHECK | 119 | 980.19- | 48,963.05 |
| 01/16 | 01/17 | AUTOMATIC DEPOSIT, PRIMARY RESIDEN PAYROLL    PPD | | 1,285.03 | 50,248.08 |
| 01/17 | 01/16 | VISA - 01/15 MCDONALD'S F22179 SALT LAKE CIT UT 015701 | | 17.83- | 50,230.25 |
| 01/17 | | MOBILE BANKING FUNDS TRANSFER TO SHARE SAVINGS | | 900.00- | 49,330.25 |
| 01/18 | | POINT OF SALE PURCHASE  US   UT MIDVALE, HOME AGAIN 2  HOME AGAIN 2 | | 19.31- | 49,310.94 |
| 01/21 | 01/19 | VISA - 01/16 CHICK-FIL-A #02360 MIDVALE UT 016610 | | 3.41- | 49,307.53 |
| 01/21 | 01/20 | VISA - 01/18 AUNT ELSIES TRINKETS & TR WEST JORDAN UT 018 | | 12.87- | 49,294.66 |
| 01/21 | 01/19 | VISA - 01/17 CENTURY THEATRES 487 SANDY UT 017459 | | 12.92- | 49,281.74 |
| 01/21 | | AUTOMATIC WITHDRAWAL, CHASE CREDIT CRDEPAY        WEB(S ) | | 171.04- | 49,110.70 |
| 01/22 | 01/21 | AUTOMATIC WITHDRAWAL, FPB CR CARD     INTERNET    WEB(S ) | | 12.00- | 49,098.70 |
| 01/22 | 01/21 | AUTOMATIC WITHDRAWAL, FPB CR CARD     INTERNET    WEB(S ) | | 12.00- | 49,086.70 |
| 01/23 | 01/22 | VISA - 01/21 SPDPY*CONTFINCO  NEWARK DE 020132 | | 68.00- | 49,018.70 |
| 01/23 | | AUTOMATIC WITHDRAWAL, COMENITY PAY IL WEB PYMT    WEB(S ) | | 249.02- | 48,769.68 |
| 01/23 | | AUTOMATIC WITHDRAWAL, COMENITY PAY VI WEB PYMT    WEB(S ) | | 289.83- | 48,479.85 |
| 01/24 | 01/23 | VISA - 01/21 CHICK-FIL-A #02360 MIDVALE UT 021254 | | 21.91- | 48,457.94 |
| 01/27 | 01/26 | POINT OF SALE PURCHASE US   UT SANDY, NORDSTROM #0071 10379 S | | 176.75- | 48,281.19 |



# STATEMENT

CANDY WILLIAMS  Account Number - ████614-1  February 01, 2020  Page - 3 of 4

## Checking, Continued

Statement Period: January 01, 2020 - February 01, 2020

| Post Date | Effective Date | Transaction Description | Check Number | Transaction Amount | Account Balance |
|---|---|---|---|---|---|
| 01/27 | 01/26 | POINT OF SALE REVERSAL US UT SANDY, NORDSTROM #0071 10379 S STATE ST | | 42.87 | 48,324.06 |
| 01/27 | 01/26 | POINT OF SALE PURCHASE US UT SANDY, NORDSTROM #0071 10379 S | | 12.86- | 48,311.20 |
| 01/27 | 01/26 | VISA - 01/24 DEL TACO #736 Q16 MURRAY UT 024255 | | 17.14- | 48,294.06 |
| 01/29 | 01/28 | VISA - 01/26 OLYMPUS BURGER MURRAY UT 026034 | | 11.75- | 48,282.31 |
| 01/30 | 01/31 | AUTOMATIC DEPOSIT, PRIMARY RESIDEN PAYROLL PPD | | 1,566.83 | 49,849.14 |
| 01/30 | | AUTOMATIC WITHDRAWAL, CHASE CREDIT CRDEPAY WEB(S ) | | 18.59- | 49,830.55 |
| 01/30 | | AUTOMATIC WITHDRAWAL, CHASE CREDIT CRDEPAY WEB(S ) | | 197.99- | 49,632.56 |
| 01/30 | | MOBILE BANKING FUNDS TRANSFER TO SHARE SAVINGS | | 1,000.00- | 48,632.56 |
| 01/31 | 01/30 | VISA - 01/29 MCDONALD'S F22179 SALT LAKE CIT UT 029430 | | 19.24- | 48,613.32 |
| 01/31 | 02/01 | DIVIDEND EARNED FOR PERIOD OF 01/01/2020 THROUGH 01/31/2020 ANNUAL PERCENTAGE YIELD EARNED IS 0.05% | | 2.43 | 48,615.75 |
| | | ENDING BALANCE | | | 48,615.75 |

## Checking Summary

| Item | Amount | | Item | Amount | | Item | Amount | | Item | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| VISA | 32.88 | : | VISA | 17.83 | : | VISA | 68.00 | : | 119 | 980.19 |
| VISA | 7.88 | : | VISA | 3.41 | : | VISA | 17.14 | : | 120 | 236.39 |
| VISA | 35.38 | : | VISA | 12.92 | : | VISA | 11.75 | | | |
| VISA | 31.34 | : | VISA | 12.87 | : | VISA | 19.24 | | | |
| VISA | 134.00 | : | VISA | 21.91 | : | 117 | 3,000.00 | | | |

**Total Checks and Visa Checking:** 4,643.13  **Total Withdrawals:** 60,742.33  **Total Deposits:** 5,329.67

## Visa Classic Rewards

Statement Period: January 01, 2020 - February 01, 2020

| BEGINNING BALANCE | - PAYMENTS | - OTHER CREDITS | + PURCHASES | + CASH ADVANCES | + OTHER DEBITS | + TOTAL INTEREST CHARGE | = ENDING BALANCE |
|---|---|---|---|---|---|---|---|
| .91 | .91 | .00 | .00 | .00 | .00 | .00 | .00 |

| PAYMENT DUE DATE | SCHEDULED PAYMENT | PAST DUE AMOUNT | TOTAL AMOUNT DUE | CREDIT LIMIT | DAILY PERIODIC RATE | VARIABLE ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | 500.00 | .04452% | 16.250% |

| | EXPIRING REWARDS | EXPIRATION DATE | REDEEMABLE REWARDS POINTS |
|---|---|---|---|
| Visa Rewards points are displayed as of the end of the previous month and may not reflect your actual current balance. | 0 | | 0 |

**Late Payment Warning:** if we do not receive your minimum payment by the due date listed above, you may have to pay up to $35.00.

Pay the ending balance on or before the Due Date to avoid future interest charges.

If you would like information about credit counseling services, call 1-888-733-9407

| Effective Date | Purchase Date | Transaction Description | Transaction Amount | Loan Balance** |
|---|---|---|---|---|
| | | BEGINNING BALANCE | | .91 |
| 01/01 | | MOBILE BANKING PAYMENT FROM CHECKING | 0.91- | .00 |
| 02/01 | | **INTEREST CHARGE** | 0.00 | .00 |
| | | ENDING BALANCE | | .00 |



*\*\* Balance Subject to Interest Rate: The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.*

 — **for your information** —

Let America First ease some tax season stress with a discount on the web's #1 preparation software. TurboTax® is easy to use, double-checks your work, gets the most accurate results, and generates the best possible refund. Learn more at **americafirst.com**.

SEND CORRESPONDENCE TO: P.O. BOX 9199, OGDEN, UT 84409 • AMERICAFIRST.COM • TOLL-FREE: 1-800-999-3961
THOSE WITH HEARING OR SPEECH IMPAIRMENTS CAN DIAL 711 FOR PREFERRED TELECOMMUNICATIONS RELAY SERVICES.

9:23-ap-09001-BPH Doc#: 35-40 Filed: 11/15/23 Page 4 of 4

americafirst.com • f ▸ ⊙ ▶           Federally insured by NCUA. Equal Opportunity Lender.