Matt Shimanek (I.D. #6605)
Shimanek Law PLLC
317 East Spruce St.
Missoula, MT 59802
Phone: (406) 544-8049
matt@shimaneklaw.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | |
| SCOTT K. WILLIAMS, | ) | Case No. 22-90147-BPH |
| | ) | |
| Debtor. | ) | |
| | ) | |

WAIVER OF DISCHARGE UNDER 11 U.S.C. § 727(a)(10)

Pursuant to 11 U.S.C. § 727(a)(10), I Scott K. Williams, the debtor in the above captioned case, hereby freely and knowingly waive any Chapter 7 discharge in the above-entitled case. I hereby irrevocably waive any right to set aside, vacate or otherwise nullify this waiver of discharge. If at any time I file a motion or take action to set aside, vacate or nullify this waiver of discharge, the United States Trustee, the Chapter 7 Panel Trustee and/or my Creditors shall have the right to file a complaint objecting to my discharge regardless of the amount of time that has passed. I understand that my debts which were or could have been listed or scheduled in the above-entitled bankruptcy case will not be discharge in this or any later Chapter 7 bankruptcy case. See 11 U.S.C. § 523(a)(10). I respectfully request the Court enter an Order approving this waiver of discharge and denying my discharge.

DATED this 30th day of August, 2023

_____
Scott K. Williams, Debtor

**EXHIBIT 125**