UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:           ) | |
|              ) | |
| SCOTT K. WILLIAMS,    ) | |
|              ) | |
|     Debtor.   ) | CAUSE NO. |
| _____ ) | 9:22-bk-90147-BPH |

IN RE:           )

SCOTT K. WILLIAMS,    )

    Debtor.   ) CAUSE NO.
_____ ) 9:22-bk-90147-BPH

RICHARD J. SAMSON, AS   )
CHAPTER 7 TRUSTEE OF THE  )
ESTATE OF SCOTT K. WILLIAMS, )

    Plaintiff,  )

   -vs-     )

CANDY WILLIAMS AND VIKING  )
INVESTMENTS, LLC,    )

    Defendants.  )


Taken at 310 West Spruce Street
Missoula, Montana
Thursday, September 14, 2023 - 2:56 P.M.


D E P O S I T I O N

OF

CANDY WILLIAMS


Reported by Terra Rohlfs, RPR, Jeffries Court Reporting,
Inc., 1015 Mount Avenue, Suite B, Missoula, Montana
59801, (406)721-1143, Freelance Court Reporter and
Notary Public for the State of Montana, residing in
Hamilton, Montana, jcrcourt@montana.com

EXHIBIT
133

Page 2

A P P E A R A N C E S

1
2
3  Trent M. Gardner, Esq.
   Hannah S. Willstein, Esq.
4  Goetz, Geddes & Gardner, P.C.
   The Ketterer Building, 35 North Grand
5  P.O. Box 6580
   Bozeman, Montana  59771-6580
6  tgardner@goetzlawfirm.com
   Associated Staff:
7  hwillstein@goetzlawfirm.com
     appearing on behalf of Plaintiff, Richard J.
8    Samson, as Chapter 7 Trustee of the Estate of
     Scott K. Williams.
9
10
   Edward "Rusty" A. Murphy, Esq.
11 Murphy Law Offices, PLLC
   127 North Higgins, Suite 310
12 Missoula, Montana  59802
   rusty@murphylawoffices.net
13   appearing on behalf of Defendant Candy Williams
     and Viking Investments, LLC.
14
15
16 Also appearing:  Richard J. Samson and Scott
   Williams.
17
18
19
20
21
22
23
24
25

Page 3

I N D E X

1
2
3  WITNESS:                           PAGE:
4  CANDY WILLIAMS
5  Examination by Mr. Gardner           6
   Examination by Mr. Murphy           80
6  Examination by Mr. Gardner          82
7
   Stipulations                         5
8
9  EXHIBITS:
10 Deposition Exhibit Number 13
     Articles of Organization for Viking
11   Investments LLC                   14
   Deposition Exhibit Number 14
12   Operating Agreement of Viking Investments
     LLC                              23
13 Deposition Exhibit Number 15
     Settlement Statement for purchase of
14   Spotted Fawn Lane property         29
   Deposition Exhibit Number 16
15   Quitclaim Deed for Spotted Fawn Lane
     property                          37
16 Deposition Exhibit Number 17
     Uniform Residential Loan Application  40
17 Deposition Exhibit Number 18
     American Express Statement 7/19/19   43
18 Deposition Exhibit Number 19
     Settlement Statement for refinance of
19   Spotted Fawn Lane property         47
   Deposition Exhibit Number 20
20   Deed of Trust for Spotted Fawn Lane
     property                          51
21 Deposition Exhibit Number 21
     Glacier Bank Statement 7/31/19     57
22 Deposition Exhibit Number 22
     Glacier Bank Statement 8/30/19     63
23 Deposition Exhibit Number 23
     Spreadsheet of payments made by Candy or
24   Viking on behalf of Scott          66
   Deposition Exhibit Number 24
25   Deed of Trust for second refinance of
     Spotted Fawn Lane property         70

Page 4

I N D E X (continued)

1
2  EXHIBITS:                         PAGE:
3  Deposition Exhibit Number 25
     Google photo of Spotted Fawn Lane property  71
4  Deposition Exhibit Number 26
     Viking Investments' Responses to
5    Plaintiff's First Discovery Requests    78
   Deposition Exhibit Number 27
6    Candy Williams' Responses to Plaintiff's
     First Discovery Requests          79
7  Deposition Exhibit Number 28
     America First Credit Union Statement
8    2/1/20                           79
9
10 Certificate of Witness              83
11 Certificate of Court Reporter       84
12 Read and Sign Letter                85
13 Release Letter                      86
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

S T I P U L A T I O N S

1
2
3      It was stipulated by and between counsel for
4  the respective parties that the deposition be taken
5  by Terra Rohlfs, RPR, Freelance Court Reporter and
6  Notary Public for the State of Montana, residing in
7  Hamilton, Montana.
8
9      It was further stipulated and agreed by and
10 between counsel for the respective parties that the
11 deposition be taken in accordance with the Montana
12 Rules of Civil Procedure.
13
14     It was further stipulated and agreed by and
15 between counsel for the respective parties that all
16 objections except as to form would be reserved
17 until time of trial, and that said objections would
18 have the same force and effect as if interposed at
19 the time of taking the deposition.
20
21     It was further stipulated and agreed by and
22 between counsel for the respective parties and the
23 witness that the reading and signing of the
24 deposition would be expressly reserved.
25

Page 6

1 THURSDAY, SEPTEMBER 14, 2023
2 Thereupon,
3 CANDY WILLIAMS,
4 a witness of lawful age, having been first duly
5 sworn to tell the truth, the whole truth and
6 nothing but the truth, testified upon her oath as
7 follows:
8 EXAMINATION
9 BY MR. GARDNER:
10 Q. Could you state your name and address for
11 the record.
12 A. Candy Williams, 11423 Spotted Fawn Lane,
13 Bigfork, Montana.
14 Q. And Ms. Williams, I'm Trent Gardner, as
15 you know, and I represent the trustee of your
16 husband Scott's bankruptcy estate, okay?
17 A. Okay.
18 Q. Have you ever been deposed before?
19 A. No.
20 Q. You just sat through your husband Scott's
21 deposition, do you have any questions about the
22 process or how it works?
23 A. No.
24 Q. Okay. And as I told Mr. Williams, please
25 wait for me to finish asking the question before

Page 7

1 you start your answer. And if you can, give verbal
2 answers, okay?
3 A. Okay.
4 Q. Could you briefly tell me your
5 educational background.
6 A. High school.
7 Q. Okay. And are you currently employed?
8 A. Yes.
9 Q. How are you employed?
10 A. I'm employed -- like how am I employed
11 like --
12 Q. What is your job?
13 A. Payroll, I do payroll for a mortgage
14 company.
15 Q. What's the name of that company?
16 A. Primary Residential Mortgage.
17 COURT REPORTER: Sorry?
18 THE WITNESS: Primary Residential
19 Mortgage.
20 Q. (BY MR. GARDNER) How long have you been
21 with Primary Residential Mortgage?
22 A. Going on 14 years.
23 Q. Did you start working with them in Salt
24 Lake?
25 A. Yes.

Page 8

1 Q. Do you work remotely for that company
2 now?
3 A. Yes.
4 Q. How long have you worked remotely?
5 A. Since May of 2020, when I moved to
6 Montana.
7 Q. So COVID fixed the no-remote policy your
8 company had?
9 A. No, actually, I gave notice in January
10 and they were like, yeah, we don't want to lose you
11 so work remotely.
12 Q. Oh, good.
13 A. Winning. {Laughter.} They're the
14 company that's no remote, so...
15 Q. What did you do before you worked for the
16 mortgage company?
17 A. I worked for Kalispell Electric.
18 Q. What years did you work for Kalispell
19 Electric?
20 A. I don't have -- I don't recall the dates
21 off the top of my head.
22 Q. Roughly?
23 A. I worked there for three years, and I
24 left in 2011.
25 Q. So you lived in the Flathead up until

Page 9

1 2011?
2 A. I lived in the Flathead back and -- I've
3 been back and forth, but I lived there for a couple
4 years and I moved to Salt Lake because my dad got
5 sick.
6 Q. Okay. So you moved to Salt Lake in 2011?
7 A. Yes, I believe it was 2011.
8 Q. And then you lived there until 2020, when
9 you moved back to the Flathead?
10 A. Correct.
11 Q. Okay. Have you ever filed bankruptcy?
12 A. Medical bankruptcy?
13 Q. Any kind of bankruptcy.
14 A. Okay, yes.
15 Q. When was that?
16 A. Roughly '94/'95.
17 Q. And what is it that led to that
18 bankruptcy?
19 A. My daughter got really sick and I had a
20 lot of medical bills.
21 Q. Sorry.
22 Tell me about how Viking Investments came
23 about.
24 A. Living in the Flathead and being from the
25 Flathead, I know that the way to make money is to

Page 10

1  own your own business, you can't make it there
2  working for someone else.  So I had -- I have
3  family in the Flathead, so we talked many times, my
4  daughter, my mother, about doing coffee shops, even
5  my aunt, it was a big deal at that time, so that's
6  why I created Viking Investments.
7      Q.  And Viking Investments was created in
8  late July of 2019; right?
9      A.  Yes, but I did the emails and all of
10 that, set up the email and all of that stuff like
11 in April of 2020.
12     Q.  The email for what?
13     A.  For Viking Investments.
14     Q.  Viking Investments has an email?
15     A.  Yes.
16     Q.  What's the URL or the address for Viking
17 Investments?
18     A.  It's vikinginvestmentsllc@outlook.com.
19     Q.  When did you set that up?
20     A.  I believe it was April.  I cannot read
21 this.
22     Q.  Are you looking at --
23     A.  April 10th of 2019.
24     Q.  Are you looking at Exhibit 10, the
25 timeline?

Page 11

1      A.  Yes, the timeline.
2      Q.  I don't know if that's actually -- It's
3  actually Exhibit 6, sorry.  So why was it that you
4  didn't set up the LLC at that time?
5      A.  I was still trying to figure out who was
6  going to be part of it and what we were going to
7  do.
8      Q.  Okay.  And in July were you still
9  planning on going forward with the business
10 venture?
11     A.  Yes.
12     Q.  And still planning on going forward with
13 the coffee shop?
14     A.  In July?
15     Q.  Yes.
16     A.  Yes.
17     Q.  How were you going to fund the coffee
18 shop?
19     A.  I was going to get a small business loan.
20     Q.  Okay.  Did Viking Investments ever
21 start a coffee shop?
22     A.  No.
23     Q.  Did it ever apply for an SBA loan?
24     A.  No.
25     Q.  Okay.  Had you ever been a member of an

Page 12

1  LLC before?
2      A.  Yes.
3      Q.  What was the name of that LLC?
4      A.  That was western travel Explorer, it's
5  WET so Western Explorer Travel.
6      Q.  When was that?
7      A.  Around 2011, when I moved back to Salt
8  Lake.
9      Q.  Did you form that LLC?
10     A.  I did with my mother.
11     Q.  Was that a Montana LLC or a Utah LLC?
12     A.  I think it was Nevada.
13     Q.  And did that LLC actually do business?
14     A.  No, we never got anywhere after setting
15 it up.
16     Q.  Never what?
17     A.  After setting it up we never did
18 anything.
19     Q.  Is it still active?
20     A.  No.
21     Q.  Did you do the paperwork to set up Viking
22 Investments?
23     A.  I did.
24     Q.  Okay.  And so you say that you set up the
25 email regarding Viking Investments in April,

Page 13

1  what -- do you have documentation regarding that?
2      A.  I have the welcome email, yes.
3      Q.  Okay.  What was the contact that you had
4  with Legal Zoom on how to create an LLC?
5      A.  I just looked up how to set up an LLC.
6      Q.  Oh, okay.  So you just went to Legal
7  Zoom's website?
8      A.  Yeah, uh-huh.
9      Q.  Okay.  And you set up a -- or contacted
10 USPS to set up a P.O. Box in Montana under Viking
11 Investments LLC?
12     A.  Correct.
13     Q.  Did you ever set up that post office box?
14     A.  I did.
15     Q.  In the name of Viking Investments LLC?
16     A.  I think it was Viking Investments LLC and
17 myself.
18     Q.  When did you set up that P.O. Box?
19     A.  I don't have the exact date, but I can
20 provide that.
21     Q.  On your timeline it says April 8th of
22 2009 -- or 2019 that you contacted the United
23 States Post Office to set up the P.O. Box in
24 Montana.
25     A.  It must've been an email, Viking

Page 14

1 Investments, because that's what they're all dated
2 for -- yeah, Viking Investments -- so yes, sorry.
3      Q.  Okay.  But if Viking Investments wasn't
4 formed, you couldn't get a P.O. Box in Viking
5 Investments' name, could've you?
6      A.  I thought I did.
7      Q.  Okay.  What is that P.O. Box?
8      A.  It was in Columbia Falls, I don't have
9 the P.O. Box anymore.
10     Q.  Okay.  I'm going to hand you what we'll
11 mark as Exhibit 13.
12          (Discussion held off the record.)
13 EXHIBITS:
14          (Deposition Exhibit Number 13 marked for
15 identification.)
16     Q.  (BY MR. GARDNER)  Would you agree with me
17 that that is the Articles of Organization for
18 Viking Investments LLC?
19     A.  Yes.
20     Q.  Okay.  So you applied for one-hour
21 expedited handling; correct?
22     A.  Yes.
23     Q.  And you had set up the email address and
24 everything months before, what was the urgency of
25 having one-hour handling on July 26th of -- or July

Page 15

1 25th of 2019?
2      A.  I was already up here for my daughter's
3 wedding, and I just wanted to get something set up
4 so I could start building credit and applying for
5 credit for the company.  And I opened a bank
6 account the same day.
7      Q.  Okay.  Opening a bank account doesn't
8 build credit for a company.
9      A.  I know.  Obviously I know that, I'm
10 not --
11     Q.  Okay.  And you had to have it formed to
12 open a bank account, but what was urgent that was
13 happening where you needed one-hour expedited
14 handling?
15     A.  I was here for my daughter's wedding.
16     Q.  Okay.  You did this online; right?
17     A.  I did.  But I wanted to also open the
18 bank account.
19     Q.  Okay.
20     A.  And it was with Glacier Bank.
21     Q.  Okay.  You used the street address of 238
22 North Hilltop Road, Columbia Falls, what is that?
23     A.  That's my mother's address.
24     Q.  And the postal address, P.O. Box 3223, is
25 that the P.O. Box you were talking about?

Page 16

1      A.  Yep.
2      Q.  You said you wanted to build credit for
3 Viking Investments LLC, did you go get credit cards
4 in the name of Viking Investments LLC?
5      A.  No, I tried, but...
6      Q.  Okay.  Did you go apply for any business
7 loans?
8      A.  No.
9      Q.  Did you pursue opening a coffee shop that
10 you said was the purpose for forming Viking
11 Investments LLC?
12     A.  I don't think I understood the question.
13     Q.  You said you formed Viking Investments
14 LLC for the purpose of doing a coffee shop.
15     A.  Correct.
16     Q.  Did you -- after you formed Viking
17 Investments LLC, did you pursue opening that coffee
18 shop?
19     A.  No, but I did look at coffee shops.
20     Q.  Before you formed Viking Investments LLC;
21 right?
22     A.  No, all around the same time.
23     Q.  Okay.  But you never took any steps
24 towards opening one?
25     A.  Correct.

Page 17

1      Q.  And you, despite the urgency to build
2 credit and that, you never applied for any loans
3 with Viking Investments?
4      A.  Correct.
5      Q.  Okay.  Has Viking Investments LLC ever
6 engaged in any business activity?
7      A.  No.
8      Q.  Has it ever engaged in any investment
9 activity?
10     A.  Well, the house.
11     Q.  So the house, the residence you live in
12 now --
13     A.  Yes.
14     Q.  -- that was an investment activity for
15 Viking Investments LLC?
16     A.  Initially, yes.
17     Q.  Okay.  And Viking Investments LLC paid
18 roughly 360-some-thousand-dollars for that house;
19 correct?
20     A.  I don't have the exact number off my
21 head -- off hand.
22     Q.  Okay.  How was that an investment for
23 Viking Investments LLC?
24     A.  Because the intention was to flip the
25 house.

IN RE: WILLIAMS, DEBTOR                9/14/2023                CANDY WILLIAMS

Page 18

1    Q.  Okay.  And how quickly did you expect to
2  flip the house?
3    A. Quickly, before the end of the year.
4    Q.  While you were still living in Salt Lake?
5    A. Correct.
6    Q.  Okay.  What changed?
7    A. I got to keep my job, and that's really
8  the only thing that changed.  And the house was a
9  lot more work than we initially thought.
10    Q.  Okay.  So as of January of 2020, you
11  testified that you gave your notice in January of
12  2020 that you were going to quit your job; correct?
13    A. Correct.
14    Q.  Okay.  And so up until that point you
15  believed you were going to quit your job, and the
16  purpose was for Viking Investments LLC to flip the
17  house as an investment?
18    A. Correct.
19    Q.  Okay.  And so then in January of 2020,
20  you gave your company notice that you were going to
21  resign; correct?
22    A. Correct.
23    Q.  And your company told you, no, we want to
24  keep you, you can work remotely; correct?
25    A. Correct.

Page 19

1    Q.  And it was at that time when the idea of
2  Viking Investments LLC buying the house as an
3  investment turned to we might use it as our
4  residence; correct?
5    A. Not initially, still, no, we weren't
6  planning on living there.
7    Q.  Okay.  So you were still thinking about
8  using it --
9    A. Yes.
10    Q.  -- as an investment?
11    Okay.  For Viking Investments LLC?
12    A. No, at this time it was in my name.
13    Q.  Okay.  So Viking Investments LLC never
14  did any real investment activity, then; correct?
15    A. No.
16    Q.  Okay.  And nothing had really changed in
17  your plans before January of 2020 from when Viking
18  Investments LLC bought the house until January of
19  2020, nothing had really changed because you still
20  thought you were quitting your job; right?
21    A. Correct.
22    Q.  Okay.  And so Viking Investments LLC
23  bought the house in September and quitclaimed it to
24  you in December?
25    A. Yes.

Page 20

1    Q.  So was the intent all along just to
2  purchase the house in Viking Investments' name and
3  then quitclaim it to you?
4    A. No.
5    Q.  Well, you just testified that nothing had
6  changed in that time, yet Viking Investments bought
7  it and then quitclaimed it to you three months
8  later, what changed?
9    A. Money.
10    Q.  How so?
11    A. Because I needed money, I had to pay
12  Scott back, I had to pay off some bills.
13    Q.  What did you have to pay Scott back?
14    A. Scott and I agreed that I would pay all
15  of his credit card debts and bills.
16    Q.  Okay.  And all of that was in place when
17  Viking Investments bought the house in September?
18    A. That's correct.
19    Q.  What changed between September and
20  December, you knew the amount of money and you knew
21  the bills you had and all of that, what changed to
22  make you quitclaim it to you individually?
23    A. Because I needed to get a loan on the
24  house, and they wouldn't do it in Viking
25  Investments' name.

Page 21

1    Q.  Okay.  How much money did you put into
2  Viking Investments?
3    A. I have a couple vehicles in Viking
4  Investments, I don't know if that counts.  I don't
5  know.  So you're asking how much money I put into
6  Viking Investments?
7    Q.  Yeah, how much of your own money did you
8  put into Viking Investments?
9    A. The cost of my vehicles,
10  20-something-thousand dollars.
11    Q.  When did you put vehicles into Viking
12  Investments?
13    A. I don't know the exact date.  I don't
14  know the --
15    Q.  Recently?
16    A. No, it's been years ago.
17    Q.  Okay.  Why did you put vehicles into
18  Viking Investments?
19    A. Because they were company vehicles.
20    Q.  Company vehicles for what?
21    A. For business, I was -- I still intend to
22  use it as a business.
23    Q.  You just testified Viking Investments has
24  never done any business.
25    A. That's correct.

Page 22

1    Q. Okay. So what business were the vehicles
2 put in there for?
3    A. My intention was and still is to use the
4 company as a business.
5    Q. Okay. What vehicles were put into Viking
6 Investments?
7    A. A Subaru, a Cadillac.
8    Q. Anything else?
9    A. I'm not sure if my fifth wheel is in
10 Viking Investments, I know it's registered to them.
11    Q. The fifth wheel is registered to Viking
12 Investments LLC?
13    A. (Witness nods head.)
14    Q. Okay. When -- any idea when those
15 vehicles were put in there?
16    A. I don't have the exact date in front of
17 me.
18    Q. Okay. I'm going to hand you what we'll
19 mark as Exhibit 14. Well, do you have any idea the
20 year they were put in there?
21    A. No, 2019 or 2020, I just can't remember
22 what exact date.
23    Q. Who did the work -- who did the work to
24 put them into Viking Investments?
25    A. I did.

Page 23

1    Q. Okay. I'm going to hand you what we'll
2 mark as Exhibit 14.
3 EXHIBITS:
4    (Deposition Exhibit Number 14 marked for
5 identification.)
6    A. Where do I put this one?
7    Q. (BY MR. GARDNER) Just right in the pile.
8    A. Okay.
9    Q. What is that document?
10    A. Operating Agreement.
11    Q. Of what?
12    A. Viking Investments.
13    Q. Who put this agreement together?
14    A. It was just a standard form that I filled
15 in the blanks.
16    Q. Who put this agreement together?
17    A. I believe I did.
18    Q. Do you know for certain?
19    A. I do not know for certain.
20    Q. Okay. Could your husband Scott have put
21 this together?
22    A. He could have.
23    Q. So as of July 25th, 2019, when Viking
24 Investments was formed, was the intent to use it to
25 purchase the house?

Page 24

1    A. No.
2    Q. Was the intent to use it to put Scott's
3 $400,000 from the trust into?
4    A. Say the question gain.
5    Q. Was Viking Investments LLC formed for the
6 purpose of having a place to put Scott's $400,000?
7    A. No.
8    Q. No?
9    A. No.
10    Q. It was formed on July 25th of 2019;
11 correct?
12    A. Correct.
13    Q. And Scott's 400,000 was deposited into
14 its bank account on August 2nd, 2019; correct?
15    A. Correct.
16    Q. But the purpose of forming it, doing the
17 expedited formation of the entity and getting a
18 bank account while you were in up there -- while
19 you were in Columbia Falls and Kalispell was not to
20 have a place to put Scott's $400,000?
21    A. No.
22    Q. Okay. What was the purpose?
23    A. To open a gas station -- or sorry, a
24 coffee shop. Scott was opening a gas station.
25    Q. That was the purpose of Viking

Page 25

1 Investments LLC?
2    A. No, mine was a coffee shop. Scott was --
3 with his $400,000, he was opening a gas station.
4    Q. Through Viking Investments?
5    A. No.
6    Q. Okay. So my question was the purpose of
7 Viking Investments.
8    A. Coffee shop.
9    Q. Okay. That was never formed; correct?
10    A. Correct.
11    Q. And never really pursued after Viking
12 Investments LLC was formed; correct?
13    A. I don't believe that's correct because
14 when we were up here, Montana Coffee Traders was
15 for sale, and I looked at that.
16    Q. When you were up here right around the
17 time --
18    A. Yes.
19    Q. You looked at Montana Coffee Traders, you
20 never pursued it; correct?
21    A. Correct.
22    Q. So it was formed on the 25th, you opened
23 a bank account the next day, and seven or eight
24 days later Scott's $400,000 was in there. But
25 you're telling me when Viking Investments LLC was

Page 26

1 formed, the intent was not to put the $400,000 in
2 there?
3    A. Correct.
4    Q. Scott testified that he decided not to do
5 the gas station, based on your timeline, on
6 July 24th or 25th, so he decided not to do that
7 before the LLC was formed, so what was his -- what
8 was going to be done with the 400,000?
9    A. I don't know.
10    Q. Okay. So your testimony is that when you
11 formed Viking Investments LLC on July 25th of 2019,
12 on an expedited basis so that you could open a bank
13 account while you were in Kalispell, no part of the
14 intention in doing that was to have somewhere to
15 put Scott's $400,000?
16    A. No, at that time we had not talked about
17 that, no.
18    Q. Okay. So what changed between July
19 25th -- or July 25th or 26th, when you opened the
20 bank account, and August 2nd, when the $400,000
21 went in there?
22    A. Scott and I talked about different
23 options, after the gas station fell through, on our
24 way home from my daughter's wedding.
25    Q. All right. So before July 25th,

Page 27

1 absolutely no intention to put Scott's money into
2 Viking Investments LLC, in the next seven days it
3 switched to the $400,000 is going into Viking
4 Investments LLC; correct?
5    A. Correct.
6    Q. Okay. Why wasn't Scott a member of
7 Viking Investments LLC?
8    A. Scott and I don't share anything.
9    Q. Okay. So you -- you don't share anything
10 except for the $400,000 he gave to you?
11    A. Correct.
12    Q. Okay. So what was the discussion in
13 between when you formed this LLC on an expedited
14 basis to get a bank account with no intention of
15 the $400,000 going in there and August 2nd, when it
16 went in there, what was the discussion that you and
17 Scott had that made you decide to do that?
18    A. Instead of getting a small business loan,
19 borrowing the money from Scott.
20    Q. To start your coffee shop?
21    A. Yes.
22    Q. And so the $400,000 -- and to be clear,
23 $400,000 of Scott's money went into Viking
24 Investments' bank account; correct?
25    A. Correct.

Page 28

1    Q. And your testimony is that was a loan
2 from Scott?
3    A. Yes.
4    Q. Okay. So Viking Investments -- whatever
5 hasn't been repaid, Viking Investments owes Scott
6 that money; correct?
7    A. Correct.
8    Q. Okay. But Viking Investments doesn't
9 have the money to repay Scott because it used that
10 $400,000 to buy a house; correct?
11    A. Correct.
12    Q. Okay. I want to back up. So this
13 conversation between July 26th and August 2nd was,
14 okay, I'm going to borrow $400,000 from you and so
15 you're going to put your money into Viking
16 Investments so I don't have to get an SBA loan so I
17 can start my coffee company; correct?
18    A. It wasn't just a coffee company, that was
19 my goal at the time, but it was any investment that
20 I could earn money on, yes.
21    Q. And after the $400,000 went into your
22 account, Viking's account, you did zero to try and
23 pursue a coffee shop; correct?
24    A. No, I don't believe that's true.
25    Q. What did you do after the $400,000 went

Page 29

1 into there to pursue a coffee shop?
2    A. I looked at tons of different options to
3 invest the money.
4    Q. When?
5    A. I don't have the dates in front of me.
6    Q. What options did you look at?
7    A. We -- I looked at houses, I looked at
8 other coffee shops, I looked at rental properties.
9    Q. Okay. When did you look at those
10 properties?
11    A. When about I found the house, September
12 something.
13    Q. You didn't find the house until
14 September?
15    A. Correct.
16    Q. Okay. So up until September there was a
17 couple months when the money was in Viking's
18 account when you were looking at coffee shops and
19 investments and things?
20    A. Correct.
21    Q. Okay. So I'm going to hand you
22 Exhibit 15.
23 EXHIBITS:
24    (Deposition Exhibit Number 15 marked for
25 identification.)

IN RE: WILLIAMS, DEBTOR          9/14/2023          CANDY WILLIAMS

Page 30

1    Q.  (BY MR. GARDNER)  Exhibit 15 is the
2  closing statement from Viking Investments' purchase
3  of the house at 11423 Spotted Fawn Lane, Bigfork;
4  correct?
5    A.  Correct.
6    Q.  Okay.  And the purchase price was
7  $358,000; correct?
8    A.  Correct.
9    Q.  And Viking Investments put a $10,000
10  deposit on the house that was received by the title
11  company on August 26th of 2019; correct?
12    A.  Correct.
13    Q.  Okay.  August 2nd, Viking gets the money
14  with the intent of buying a coffee shop, then looks
15  at other investments and the money's a loan from
16  Scott; right?
17    A.  Essentially, yes.
18    Q.  Okay.  And -- well, I mean, I assume you
19  looked at the house before Viking Investments put a
20  deposit on it; correct?
21    A.  Yes, I believe -- I don't know the exact
22  date, but it was really quick because of the price.
23  I looked at it when I was here for my daughter's
24  wedding.
25    Q.  And that was in late July?

Page 31

1    A.  No.
2    Q.  When was that?
3    A.  I don't have that date in front of me.
4    Q.  You don't know?
5    A.  I don't -- no, I don't.  Off the top of
6  my head I don't know what day she got married.  I
7  want to say -- I don't know.  She's divorced now,
8  so it's hard to keep track.
9    Q.  Early August?
10    A.  I don't know.  I don't recall.
11    Q.  On a break can you check and find out
12  when your daughter was married?
13    A.  Absolutely.
14    Q.  Okay.  When you were up here, how long
15  were you up here for your daughter's wedding?
16    A.  The first time we were up here looking at
17  venues in July.
18    Q.  Okay.
19    A.  And then the second time we were up here
20  probably a week --
21    Q.  Okay.
22    A.  -- for her actual wedding week.
23    Q.  So whenever you -- did you look at this
24  house in Bigfork when you were up here looking for
25  wedding venues or the week of her wedding?

Page 32

1    A.  The week of her wedding.
2    Q.  Okay.  So you were up here for a week,
3  and most of that would've been before her wedding,
4  getting ready for the wedding; correct?
5    A.  That's correct.
6    Q.  And so you would've looked at this house
7  in Bigfork sometime before your daughter's wedding?
8    A.  I don't know if it was before or after,
9  but the same week, yes.
10    Q.  And before you went and looked at the
11  house, you would've had to have made a decision
12  that, oh, we're not gonna do a coffee shop, we're
13  going to look for a house instead; correct?
14    A.  No, I was looking at a lot of different
15  options.
16    Q.  Okay.  In any event, by August 26th you
17  had put a $10,000 down payment down on the house --
18  or Viking Investments LLC had put the down payment
19  down, and that's the same house that you and your
20  husband live in now; correct?
21    A.  Correct.
22    Q.  Okay.  And that $10,000 that was put down
23  on the house came from the money that, according to
24  Scott, he transferred to Viking Investments, I
25  believe your testimony is that was a loan that had

Page 33

1  to be repaid?
2    A.  I'm saying loan because there were
3  intentions behind it, but it's not like an actual
4  written loan agreement, but there were conditions,
5  I guess.
6    Q.  Okay.  So it was Scott's $400,000, and he
7  transferred it to Viking on 8/2/19; agreed?
8    A.  Agreed.
9    Q.  And when Scott transferred that to
10  Viking, Viking gave him nothing in return at that
11  time; correct?
12    A.  On the day of the transfer?
13    Q.  Yes.
14    A.  No.
15    Q.  And Viking did not enter into any loan
16  agreement or promissory note with Scott; correct?
17    A.  Correct.
18    Q.  And there was nothing in writing
19  requiring Viking Investments to ever give that
20  money -- any of that money back to Scott; correct?
21    A.  Correct.
22    Q.  And in fact, within a couple months,
23  Viking Investments had spent 368 -- or $359,000 of
24  that money buying a house which it titled in Viking
25  Investments LLC; correct?

9:23-ap-09001-BPH   Doc 36-7   Filed 11/15/23   Page 9 of 36

IN RE: WILLIAMS, DEBTOR          9/14/2023          CANDY WILLIAMS

Page 34

1  A. Correct.
2  Q. And after it bought the house, Viking
3  Investments didn't give Scott a mortgage on it or
4  anything to evidence that it owed Scott a lot of
5  money; correct?
6  A. I did start -- Viking Investments
7  actually paid Scott I think a couple days after
8  that.
9  Q. There are a few times in there Viking
10  Investments gave $2500 --
11  A. Yes.
12  Q. -- correct?
13  A. Yes.
14  Q. And if Scott hadn't given all of his
15  money to Viking Investments, there would've been no
16  reason to ask Viking Investments for money;
17  correct?
18  A. Correct.
19  Q. And likewise, if Scott hadn't given all
20  of his money to Viking Investments, he could've
21  paid his own bills; correct?
22  A. Correct.
23  Q. He could've paid off his credit cards;
24  correct?
25  A. (Witness nods head.)

Page 35

1  Q. He could've done whatever he wanted with
2  it; correct?
3  A. Yes.
4  Q. He could have, for example, bought a
5  house; correct?
6  A. He could've.
7  Q. There was nothing preventing Scott from
8  using that $400,000 to buy the house that was
9  bought a month after the money was transferred and
10  put into Viking Investments' name, he could've
11  bought it with his $400,000; correct?
12  A. Correct.
13  Q. And instead, Viking Investments bought it
14  with Scott's $400,000; correct?
15  A. Correct.
16  Q. Okay. So help me with this. Because of
17  that, the fact that Scott could've bought the house
18  in his name, Scott wouldn't have needed Viking
19  Investments to give him $2500, if he hadn't
20  transferred the money, Scott could've paid off his
21  own credit cards. I'm confused as to what the
22  possible purpose of doing it that way was, can you
23  explain that to me?
24  A. So part of our conversation was Scott had
25  worked his butt off and had a heart attack and was

Page 36

1  completely stressed from his dad's divorce
2  situation, and he wanted to take a break and not do
3  anything for awhile. So he was going to buy the
4  gas station, he was very committed to it, he didn't
5  want me to buy the house, so...
6  Q. I get all of that, but none of that
7  explains why he had to get the money out of his
8  name.
9  A. Yeah, I understand the question. I don't
10  have an answer.
11  Q. What was the urgency to get the money out
12  of Scott's name?
13  A. There wasn't -- to my knowledge there's
14  not an urgency, other than we found this property.
15  Q. Which Scott could've bought in his own
16  name?
17  A. He could have.
18  Q. But neither you nor Scott wanted the
19  house to be in Scott's name, did you?
20  A. I don't think we talked about it being in
21  his name.
22  Q. So in December the house -- Viking
23  Investments, who you're the sole member of;
24  correct?
25  A. Correct.

Page 37

1  Q. Quitclaimed the house to you
2  individually; correct?
3  A. Correct.
4  Q. What did you give Viking Investments for
5  that transfer?
6  A. I did not give Viking Investments
7  anything.
8  Q. Okay. I'm going to hand you what we'll
9  mark as Deposition Exhibit 16.
10  EXHIBITS:
11  (Deposition Exhibit Number 16 marked for
12  identification.)
13  A. Yeah.
14  Q. (BY MR. GARDNER) That's a copy of the
15  quitclaim deed from Viking Investments to you;
16  correct?
17  A. Correct.
18  Q. And it says For Value Received, but in
19  reality there was no value exchanged between you
20  and Viking; correct?
21  A. Correct.
22  Q. And this was dated December 27 of 2019;
23  correct?
24  A. 26th.
25  Q. Oh, I'm sorry, I was looking at the

IN RE: WILLIAMS, DEBTOR                    9/14/2023                    CANDY WILLIAMS

Page 38

1 recorded date. Yeah, the date that -- and by the
2 way, you signed it on behalf of Viking Investments
3 LLC; correct?
4     A. Yes.
5     Q. And so you signed it on December 26th, it
6 just wasn't recorded until December 27th.
7     A. Okay.
8     Q. Okay. So the house was quitclaimed from
9 Viking to you before the stuff in January about you
10 giving up your job and then finding out you could
11 keep the job, which you said changed what the plans
12 were; correct?
13    A. Correct.
14    Q. So why was it, again, that the house was
15 transferred to your name individually?
16    A. Money.
17    Q. Explain that to me.
18    A. I needed to get money to fix the house.
19 I needed to get money to pay off Scott's credit
20 cards. And they wouldn't do it in Viking
21 Investments' name, that's the only reason it's
22 still not in Viking Investments' name.
23    Q. Okay. And so the two reasons you needed
24 money were to fix the house and pay off Scott's
25 credit cards; correct?

Page 39

1     A. Correct.
2     Q. You didn't use any of that money to pay
3 off your credit card debt?
4     A. Yes, I did.
5     Q. So another reason was to pay off your
6 credit card debt; correct?
7     A. Yes.
8     Q. You had a very large amount of credit
9 card debt, didn't you?
10    A. No.
11    Q. No? More than 10,000?
12    A. Yes.
13    Q. More than 20,000?
14    A. Not in credit cards, no.
15    Q. What other debt did you have in December
16 2019?
17    A. I had a payment on my fifth wheel.
18    Q. Okay. How much?
19    A. And my car.
20    Q. Okay. You had quite a bit on the fifth
21 wheel and on the car; correct?
22    A. Correct.
23    Q. And so you had credit card debt, fifth
24 wheel debt and your car debt; correct?
25    A. Correct.

Page 40

1     Q. But the reason for the refinance was
2 primarily to fix up the house and pay off Scott's
3 credit card debt?
4     A. And mine, too.
5     Q. Okay. I'm going to hand you what we'll
6 mark as Exhibit 17.
7 EXHIBITS:
8          (Deposition Exhibit Number 17 marked for
9 identification.)
10    Q. (BY MR. GARDNER) And this is the loan
11 application you filed -- you filled out in December
12 of 2019 to apply for the $200,000 mortgage you
13 wanted to get on the home; correct?
14    A. Correct.
15    Q. Okay. And do you see a date on this
16 application, it looks like you signed it on
17 December 26th, 2019; correct?
18    A. Yes.
19    Q. Okay. And starting on page 2 there's a
20 list of your various debt; do you see that?
21    A. Yes.
22    Q. Okay. And the first one is America First
23 Credit, and there's a balance of $41,975; do you
24 see that?
25    A. Yep.

Page 41

1     Q. What is that debt for?
2     A. Fifth wheel.
3     Q. And whose name is that fifth wheel in?
4     A. Mine.
5     Q. Okay. The next one is Wells Fargo Dealer
6 Services for 13,671; do you see that?
7     A. Yes.
8     Q. And what is that for?
9     A. That's my car.
10    Q. Okay. And whose name is that car in?
11    A. Mine.
12    Q. Okay. Is that the Cadillac?
13    A. Yes.
14    Q. So at that time those cars were in your
15 name individually?
16    A. Yes.
17    Q. Okay. So when was that they were
18 transferred into Viking?
19    A. I'd have to find a date for you.
20    Q. Okay. The next one is American Express
21 of 9,677; correct?
22    A. Correct.
23    Q. Is that a solely your American Express
24 account?
25    A. No, that's solely Scott's.

**JEFFRIES COURT REPORTING, INC.**
**(406) 721-1143**

Page 42

1   Q.   Solely Scott's?
2   A.   Yes.
3   Q.   Is that an American Express that's in
4   Scott's name that you also have a card for that you
5   spend money on?
6   A.   I have a -- what is it called, spouse
7   card.
8   Q.   Okay.  So that's an American Express that
9   you charged things to and you spend money on;
10  correct?
11  A.   Occasionally.
12  Q.   Yeah.  And so you're on that account as
13  well and you have a card on that account?
14  A.   I do not any longer.
15  Q.   Okay.  At that time you did?
16  A.   Yes.
17  Q.   And the $17,000 -- Remember Scott
18  testifying about the $25,000 --
19  A.   Yes.
20  Q.   -- from the trust that went to -- $17,000
21  of that went to pay down an American Express
22  account?
23  A.   Yes.
24  Q.   That went to pay down an American Express
25  that you had a card on, and a lot of the money

Page 43

1   owing was money you had charged; correct?
2   A.   No, I don't believe that's true.
3   Q.   I'm going to mark this as Exhibit 18.
4   EXHIBITS:
5        (Deposition Exhibit Number 18 marked for
6   identification.)
7   Q.   (BY MR. GARDNER)  And this is an American
8   Express Platinum card in Scott Williams' name;
9   correct?
10  A.   Correct.
11  Q.   And if you look on the third page there's
12  a payment of $17,992; correct?
13  A.   The second page?
14  Q.   Yes, top of Payments and Credits.
15  A.   Yep.
16  Q.   And if you look at Exhibit 1, I can't
17  find my copy of Exhibit 1, but Exhibit 1 is an
18  American Express statement, and do you agree
19  there's a payment to American Express for $17,992
20  on it, if you --
21  A.   Yes.
22  Q.   Okay.  So do you agree with me this is
23  the account that the payment -- the American
24  Express account that the payment was made on from
25  when Scott transferred the $25,000 to the U.S. Bank

Page 44

1   account?
2   A.   Yes.
3   Q.   And do you agree with me that you also
4   had a card on this account and charged money to
5   this account?
6   A.   Yes.
7   Q.   Okay.  And by the way, looking back at
8   Exhibit 17 --
9   A.   Which one is that?
10  Q.   That is your application for your credit.
11  A.   Uh-huh.
12  Q.   You are signing that under penalty of
13  perjury; correct?
14  A.   What?
15  Q.   An application for credit to a bank,
16  you're declaring that your statements are true and
17  correct; right?
18  A.   Yes.
19  Q.   Okay.  And the only creditor, the only
20  person applying for a loan here is you, Candy
21  Williams; correct?
22  A.   Correct.
23  Q.   And so on page 2, when it starts the list
24  of liabilities of the creditor, you are telling the
25  bank that you are liable for every one of these

Page 45

1   debts you've listed; correct?
2   A.   Yes.
3   Q.   Okay.  So on page 3, the next four,
4   there's a JPMCB - Card Service, there's a JPMCB
5   card, there's a Comenitybank/Victoria, a Chevron
6   PLLC, then there's 4,000, 3,000, 2,000, 2,000,
7   you're telling the bank that you owe that money;
8   correct?
9   A.   Where does that say that?  Because I
10  thought these were just a list of things on my
11  credit record.
12  Q.   It says Assets and Liabilities, list of
13  creditors, name -- well, you're doing a credit app,
14  if you're not responsible for the liabilities that
15  you're listing, why would you put them on an
16  application?
17  A.   I didn't put them on this application,
18  this was done by the mortgage company.
19  Q.   Okay.  So let's start on the top of
20  page 3, the JPMCB Card Service for $4,256, is that
21  you?
22  A.   I do not know if that's mine or Scott's.
23  Q.   Okay.  Well, if your name is not at least
24  on the account, it won't show up on your credit
25  report, would it?

Page 46

1    A. I was a cardholder.
2    Q. Okay. So you were -- at minimum you were
3 a cardholder on that account?
4    A. Correct.
5    Q. Next one, the next JPMCB Card?
6    A. Same, I think that's Scott's, but I'm not
7 positive.
8    Q. But you would've been a cardholder?
9    A. Yes.
10   Q. Okay. The next one, the Comenitybank?
11   A. Yeah, that's mine.
12   Q. Okay. The Chevron one?
13   A. Scott's, cardholder.
14   Q. You were a cardholder as well?
15      All right. Let's go back two pages,
16 another JPMCB card for 2,200?
17   A. Yeah, I don't know if that one's mine or
18 Scott's.
19   Q. Okay. Ulta card?
20   A. Mine.
21   Q. Old Navy?
22   A. Mine. Mine.
23   Q. Okay. Just tell me if any of those below
24 that are not yours.
25   A. I'm not sure about the Wells Fargo one or

Page 47

1 the First Premier one.
2    Q. Okay.
3    A. Or the JP Morgan.
4    Q. So Wells Fargo was $1,100, the JPMCB with
5 700, or which other one did you say?
6    A. The Wells Fargo, the First Premier.
7    Q. Okay.
8    A. Some of these we both had accounts, so I
9 don't -- I don't know off the top of my head which
10 ones were which.
11   Q. Okay. I'm going to hand you what we'll
12 mark as Exhibit 19.
13 EXHIBITS:
14      (Deposition Exhibit Number 19 marked for
15 identification.)
16      (Discussion held off the record.)
17   Q. (BY MR. GARDNER) So you have Exhibit 19
18 in front of you; correct?
19   A. Correct.
20   Q. And Exhibit 19 is the closing statement
21 from when you took out the loan and had a mortgage
22 placed on the Bigfork property; correct?
23   A. Correct.
24   Q. And you took out a $200,000 loan;
25 correct?

Page 48

1    A. Correct.
2    Q. And then if you look at page 2, the
3 amounts that were paid directly from the title
4 company from the proceeds of that loan, there was
5 41,975 to American First Credit Union; correct?
6    A. That's mine, yes.
7    Q. And that was for your fifth wheel that's
8 titled in your name; correct?
9    A. Correct.
10   Q. And there was 13,671 to American First
11 Credit Union; correct?
12   A. Correct.
13   Q. Or to Wells Fargo Dealer Services.
14   A. Yeah, sorry, yes.
15   Q. And that is for the Cadillac, to pay that
16 off; correct?
17   A. Correct.
18   Q. And so that was paid off with funds from
19 this mortgage, and that is in your name; correct?
20   A. Correct.
21   Q. The payoff to American Express of $9,677,
22 whose American Express account was that?
23   A. That's Scott's.
24   Q. That you also had a card and spent money
25 on; correct?

Page 49

1    A. Correct.
2    Q. Okay. Payoff to JPMCB?
3    A. Scott's.
4    Q. That you also had a card?
5    A. I've had a card but I didn't charge on
6 it.
7    Q. Okay. Do you know whether you are liable
8 for those funds?
9    A. No, none of these, they've all been
10 removed off my credit.
11   Q. So your testimony is -- Well, let me ask
12 you this.
13      In order to get this loan, the mortgage
14 company required you to pay down some of your debt
15 out of the proceeds in order to qualify for the
16 loan?
17   A. Correct.
18   Q. Okay. So they required you to pay off
19 the American First Credit Union for your fifth
20 wheel; correct?
21   A. Yes.
22   Q. And they required you to pay off Wells
23 Fargo for your Cadillac; correct?
24   A. Correct.
25   Q. And that was for the purpose of getting

Page 50

1  your other debt down low enough so that you
2  qualified for the loan?
3      A.  Correct.
4      Q.  So you believe that you weren't liable on
5  those two accounts, even though they were paid off
6  out of closing, which to me indicates that was
7  liability of yours that had to be paid off to bring
8  down your debt to income ratio?
9      MR. MURPHY:  I'll object as
10  argumentative.  Take your best shot at answering
11  the question.
12     MR. GARDNER:  It was a very bad question.
13  I sustain your objection.  {Laughter.}
14     THE WITNESS:  So do I answer or no?
15     MR. GARDNER:  No, you don't, no you
16  don't.
17     THE WITNESS:  Okay.  It's confusing for
18  me, too.
19     Q.  (BY MR. GARDNER)  Yeah, to me that
20  indicated that you must've been liable for them,
21  also, but if you don't know, that's fine.
22     A.  Okay.
23     Q.  I'm just going to mark this really quick
24  and then we'll let you take a break.
25     A.  Okay.

Page 51

1      Q.  Just so we have it in the list documents,
2  I'm handing you Exhibit 20.
3  EXHIBITS:
4      (Deposition Exhibit Number 20 marked for
5  identification.)
6      Q.  (BY MR. GARDNER)  Can you just confirm
7  for me that that is a copy of the trust indenture
8  that was placed on the property as part of this
9  $200,000 loan in December of 2019?
10     A.  Correct.
11     MR. GARDNER:  Okay.  Let's go off the
12  record and take a ten-minute break.
13     (Whereupon, the proceedings were in
14  recess at 3:51 p.m. and subsequently reconvened at
15  4:06 p.m., and the following proceedings were
16  entered of record.)
17     Q.  (BY MR. GARDNER)  So just to be clear,
18  when Viking Investments LLC was formed, you didn't
19  have a plan to buy a house; correct?
20     A.  Correct.
21     Q.  When you were looking at coffee shops and
22  you said you looked at Montana Coffee Traders and
23  things like that, were you using a business broker
24  or a Realtor or anything?
25     A.  No.

Page 52

1      Q.  Did you contact anybody about those
2  coffee shops?
3      A.  No.
4      Q.  So what did your investigation consist
5  of?
6      A.  I just was looking at like buying one of
7  those little -- I did look at Montana Coffee
8  Traders, but that went quick because it was super
9  cheap.  I looked at wholesalers.
10     Q.  Let me interrupt you.  When you say you
11  looked at Montana Coffee Traders, what did you do?
12     A.  I looked at the -- there was a business
13  website kind of like Realtor.com, but it's a
14  business website, I looked through that, but that
15  was already really quickly under contract.
16     Q.  Okay.  So Montana Coffee Traders, you
17  looked at an ad?
18     A.  Yes.
19     Q.  Okay.  What else did you do in
20  investigating this coffee business?
21     A.  I put menus together.  I put different
22  flavors.  We were going -- my daughter and I were
23  going back and forth with names.  In Salt Lake we
24  went to the wholesalers place and looked at costs.
25  I looked at trailers, too, to do like the pop-up --

Page 53

1  I don't know what they're called, like where you
2  park a trailer and they serve you coffee, those.
3      Q.  In Salt Lake?
4      A.  No, online, I looked at those online.
5      Q.  You looked at those online?
6      A.  Yes, and just different properties and
7  opportunities online of the area where I could do
8  it.
9      Q.  Okay.  You never actually talked to
10  somebody about the coffee business or --
11     A.  No.
12     Q.  -- hired a consultant or went and visited
13  actual businesses and met with the owners or
14  anything like that; correct?
15     A.  Correct.
16     Q.  And in Kalispell, Columbia Falls,
17  Bigfork, you never met with anybody about a coffee
18  business there; correct?
19     A.  Correct.
20     Q.  You never talked to any landowners about
21  placing a coffee business on their property;
22  correct?
23     A.  Correct.
24     Q.  You never looked at sheds or buildings
25  for coffee businesses; correct?

Page 54

1    A.  Correct.
2    Q.  Okay.  And so you never had a Realtor for
3  the purpose of the coffee business; correct?
4    A.  Correct.
5    Q.  Did -- did you -- when you bought the
6  house, who was your Realtor?
7    A.  I didn't have a Realtor, I just called an
8  ad online, and whoever answered the phone -- it was
9  Chuck Olson's -- somebody at their office in
10  Kalispell.
11    Q.  So you called whoever had the listing?
12    A.  Yes.
13    Q.  Did they act as a dual broker for you --
14  for Viking on the closing of the property?
15    A.  Dual broker?
16    Q.  Did they represent the buyer and the
17  seller?
18    A.  No.
19    Q.  Okay.  So you didn't call the person who
20  had the Bigfork home listed; correct?
21    A.  Like individually?
22    Q.  Yeah.
23    A.  No.  You know how they -- like Chuck
24  Olson will list a million properties, I just called
25  the number on that property and whoever answered

Page 55

1  the phone is who we dealt with to purchase the
2  property.
3    Q.  Okay.  And when you say that property,
4  you found the ad for the property that Viking ended
5  up purchasing online; correct?
6    A.  Correct.
7    Q.  And you looked at the Realtor who had
8  that property listed and called that Realtor?
9    A.  Correct.
10    Q.  Okay.  So you -- and you hired somebody
11  at Chuck Olson to be your broker for closing it, or
12  did you use a broker?
13    A.  I didn't use a broker.
14    Q.  Okay.  How many times did you look at the
15  house in Bigfork before --
16    A.  One time.
17    Q.  -- before Viking bought it?
18        And who went to look at it?
19    A.  Me and Scott did.
20    Q.  Okay.  And who did you go -- what Realtor
21  did you go with to look at it?
22    A.  The person from Chuck Olson --
23    Q.  Chuck Olson?
24    A.  -- met us there, yes.
25    Q.  It was a she, the Realtor at Chuck Olson?

Page 56

1    A.  It was.
2    Q.  What was her name?
3    A.  I want to say it's Joyce.
4    Q.  Oh, it's probably on the documents;
5  right?  I can look later.
6        Okay.  And how long do you think it was
7  between when you looked at -- Let me back up.
8        At the end of July, when you were -- you
9  said you were up here looking for venues for your
10  daughter's wedding?
11    A.  Correct.
12    Q.  Okay.  Was -- and your daughter got
13  married in August; right?
14    A.  Correct.
15        MR. MURPHY:  We figured out the date, by
16  the way.
17    Q.  (BY MR. GARDNER)  Oh, I'll ask you, what
18  was the date of your daughter's wedding?
19    A.  August 10th.
20    Q.  August 10th, okay.  So at the end of
21  July, like July -- so were you up here from
22  July 24th through August 10th?
23    A.  Oh, no.
24    Q.  No?  So at the end of July was Scott up
25  here with you?

Page 57

1    A.  Yes.
2    Q.  Did Scott go into Glacier Bank with you
3  to open up Viking Investments' account?
4    A.  Yes.
5    Q.  Why?
6        MR. WILLIAMS:  It was hot outside.
7    A.  I don't know why.
8    Q.  (BY MR. GARDNER)  Who chose Glacier Bank?
9    A.  Me, I banked with them before.
10    Q.  And when did you open up that account, do
11  you remember?
12    A.  July 25th.
13    Q.  I'm going to hand you what we'll mark as
14  Exhibit 21.
15  EXHIBITS:
16        (Deposition Exhibit Number 21 marked for
17  identification.)
18    Q.  (BY MR. GARDNER)  And that is a bank
19  account statement for the Glacier Bank account for
20  Viking Investments LLC; correct?
21    A.  Yes.
22    Q.  And it looks like the opening deposit was
23  made on July 25th; correct?
24    A.  Correct.
25    Q.  Okay.  And $100 was put in there;

Page 58

1 correct?
2     A. That's correct.
3     Q. Other than that -- well, whose hundred
4 dollars was that?
5     A. It was my hundred dollars.
6     Q. Other than that hundred dollars did you
7 ever put any other cash or money into Viking
8 Investments' bank account?
9     A. Since then?
10    Q. Yes.
11    A. Yes.
12    Q. When?
13    A. Recently.
14    Q. How recently?
15    A. A week ago. I keep looking for my phone.
16    Q. Okay. So you put some money in Viking
17 Investments' account a week ago?
18    A. Yeah.
19    Q. Prior to that you had never put any --
20    A. No.
21    Q. -- money in --
22        In fact, the bank account had never been
23 used for anything other than the hundred dollars
24 and the $400,000 of Scott's money that was put in
25 there; correct?

Page 59

1     A. No, it was my main account for a long
2 time, for awhile.
3     Q. Viking Investments' account was?
4     A. Yes.
5     Q. You just told me that you never put any
6 money into Viking Investments' account other than
7 this hundred dollars.
8     A. No, I said a couple of weeks ago I put
9 money in there. I have put money in there since
10 then, multiple times; the account's still open.
11    Q. When have you put money in it?
12    A. Multiple times.
13    Q. I've asked you in discovery for all of
14 Viking Investments' bank accounts and I was given
15 certain ones --
16    A. Okay.
17    Q. -- and I was given no others.
18        So what else have you used Viking
19 Investments' bank account for?
20    A. That -- here -- what happens is, because
21 that was originally my account online, when I
22 deposit a check online, it goes into Viking's
23 account.
24    Q. Since when?
25    A. Since I merged my two accounts. I'd have

Page 60

1 to find a date, I don't know off the top of my
2 head.
3     Q. You merged what two accounts?
4     A. Online, I'm talking about online. So I
5 had to log into Viking Investments separately
6 versus my own personal account, they merged them
7 together online, now online when I make a deposit
8 online, it automatically goes into Viking's
9 account, then I have to take it back out of Viking
10 Investments.
11    Q. At Glacier Bank?
12    A. Yes, yes.
13    Q. Is Glacier Bank your only bank now?
14    A. No.
15    Q. Do you still have the American --
16    A. Yes.
17    Q. -- First bank account?
18    A. Uh-huh.
19    Q. What other bank account -- do you have a
20 personal bank account at Glacier Bank?
21    A. I do.
22    Q. So now all of your paychecks go into
23 Viking Investments LLC?
24    A. No, just what I -- not through, just when
25 they go into like Viking automatically.

Page 61

1     Q. For how long?
2     A. Awhile, I couldn't -- I don't know off
3 the top of my head, it's been awhile.
4     Q. What were you talking about depositing
5 money into Viking Invest --
6     A. That's what -- that's what I did.
7     Q. How long have you been doing that for?
8     A. I'd say year, I don't know off the top of
9 my head.
10    Q. Why did you merge your personal account
11 at Glacier Bank with the Viking Investments LLC
12 bank account?
13    A. I didn't merge them, I'm just talking
14 about online access. Like when I go into the app
15 with Glacier Bank, I had to go into two different
16 accounts, and Glacier Bank put them into one online
17 access so I can view all of my accounts.
18    Q. One online --
19    A. Yes.
20    Q. -- portal?
21    A. Yes, yes.
22    Q. Okay. But when you make a deposit, it
23 doesn't go into the Viking Investments LLC bank
24 account, it goes into your personal account;
25 correct?

IN RE: WILLIAMS, DEBTOR    9/14/2023    CANDY WILLIAMS

Page 62

1    A.  No, it goes into Viking Investments LLC.
2    Q.  Okay.  Will you supplement your discovery
3  and give me all of Viking Investments LLC's bank
4  account statements up to the present date?
5    A.  Of course.
6    Q.  Okay.  Because what I was given and
7  understood from the discovery responses show no
8  deposits into Viking Investments LLC other than the
9  initial $100 and the $400,000 from Scott.
10    A.  Okay.
11    Q.  But your testimony still is that Viking
12  Investments LLC has never been used for any
13  business purpose or any purpose other than buying
14  that house and then transferring it to you;
15  correct?
16    A.  Correct.
17    Q.  Okay.  So back to the end of July, you
18  formed Viking Investments LLC on the 25th, you
19  opened the Glacier Bank account on the 25th, you
20  were in Kalispell or Columbia Falls with Scott;
21  correct?
22    A.  Correct.
23    Q.  And your daughter got married on
24  August 10th; correct?
25    A.  Correct.

Page 63

1    Q.  When did you go back to Salt Lake after
2  July 25th?
3    A.  July 27th.
4    Q.  Okay.  July 27th, you and Scott went back
5  to Salt Lake?
6    A.  Correct.
7    Q.  Okay.  And when did you and Scott come
8  back to the Flathead?
9    A.  August 4th.
10    Q.  So Viking Investments' account is at
11  Glacier Bank.  When Scott deposited the $400,000,
12  did he have Zions Bank just do an electronic
13  transfer or was that check personally deposited
14  into Viking Investments' account?
15    A.  I believe it was a cashier's check.
16    MR. WILLIAMS:  Yeah, if it helps, you put
17  it in the bank on the 5th.
18    THE WITNESS:  Yeah.
19    Q.  (BY MR. GARDNER)  All right, I apologize,
20  let's make that an exhibit.
21  EXHIBITS:
22    (Deposition Exhibit Number 22 marked for
23  identification.)
24    Q.  (BY MR. GARDNER)  Okay.  Exhibit 22, that
25  is another Viking Investments bank account

Page 64

1  statement from Glacier Bank, and that is the one
2  for August; correct?
3    A.  August, correct.
4    Q.  Okay.  So you went -- you and Scott drove
5  back to Salt Lake from the Flathead on the 27th;
6  correct?
7    A.  Correct, we actually flew.
8    Q.  Oh, you flew?
9    A.  Yes.
10    Q.  Okay.  So you got back to Salt Lake and
11  Scott went to Zions Bank and got the cashier's
12  check for $400,000 on August 2nd; correct?
13    A.  I don't know when he got the cashier's
14  check.
15    Q.  I will represent to you that it was
16  August 2nd.
17    A.  Okay.
18    Q.  And so Scott gets the check on August 2nd
19  and then did you fly back to the Flathead?
20    A.  We drove.
21    Q.  Oh, so then you drove?
22    A.  Yes.
23    Q.  So did you leave Salt Lake on the 2nd or
24  3rd?
25    A.  The 4th.

Page 65

1    Q.  On the 4th?
2    A.  Uh-huh.
3    Q.  Okay.  And so you got to the Flathead
4  probably the evening of the 4th?
5    A.  Probably, yeah.
6    Q.  Okay.  And then you took the cashier's
7  check into a Glacier Bank branch the next day and
8  deposited it into Viking's account; correct?
9    A.  Correct.
10    Q.  Okay.  So in the first mortgage in
11  December of 2019 where you took the $200,000 loan
12  out, we walked through payments that were made to
13  creditors for the RV trailer in your name and the
14  Cadillac in your name and the other credit cards.
15  And the remaining amount of the money went into
16  your personal account; correct?
17    A.  I do not recall.
18    Q.  Okay.  And was some of that -- I think it
19  was about 140,000 that you got from that
20  mortgage -- if you look at Exhibit 19, the -- Okay.
21  So you ended up, after paying off those debts,
22  walking away with $120,000; do you see that?
23    A.  Yes.
24    Q.  Okay.  That $120,000 didn't go back to
25  Scott; correct?

Page 66

```
 1      A.  Some of it did, yes.
 2      Q.  Okay.  And some of it -- what was some of
 3  it that went back to Scott, how did it go back to
 4  Scott?
 5      A.  I started paying all the bills.
 6      Q.  Okay.  And you've given me a list, and
 7  Exhibit 6 is a list that you've put together of
 8  bills that you say were paid for Scott?
 9      A.  Yes.
10      Q.  Okay.  And I'm actually going to -- So
11  this is 23, this is Exhibit 23.
12  EXHIBITS:
13      (Deposition Exhibit Number 23 marked for
14  identification.)
15      Q.  (BY MR. GARDNER)  And this is a list you
16  put together, and that was provided to us in
17  response to discovery requests; correct?
18      A.  Correct.
19      Q.  Okay.  And the intent in this list was to
20  identify amounts that you claim you or Viking have
21  paid on behalf of Scott; correct?
22      A.  Correct.
23      Q.  Okay.
24      A.  And mine's just updated with the most
25  recent payments on the house, everything else is
```

Page 67

```
 1  the same.
 2      Q.  Okay.  So if we look at the last two
 3  pages, you identify $92,000 of money that you say
 4  was spent on remodeling the house.  Was the bulk of
 5  that 92,000 spent shortly after the first loan in
 6  December of 2019?  Was a lot of that money spent to
 7  remodel the house at that time?  Or tell me about
 8  the length of that remodel.
 9      A.  Still ongoing.
10      Q.  Still ongoing?
11      A.  Yes.  I know that the carpet was
12  purchased and I believe the dishwasher prior to,
13  but that's really it, we've just installed as we
14  could.  And with COVID, you couldn't even get
15  anything, couldn't order anything.
16      Q.  Okay.  And so that $92,000, that is all
17  of the money that you've put into the house for the
18  remodel; correct?
19      A.  No, it's -- it's been updated since then,
20  that's what I changed, because we continued to
21  build it, it's 98.
22      Q.  Okay.
23      A.  Just with a couple of things.
24      Q.  That would be on that Exhibit 6 that I
25  made a copy of?
```

Page 68

```
 1      A.  Correct.
 2      Q.  Okay.
 3      A.  With the timeline.
 4      Q.  Okay.  So $98,000?
 5      A.  Yes.
 6      Q.  Okay.  So is your position that all of
 7  that $98,000 should be a credit back against the
 8  $400,000 Scott gave you?
 9      MR. MURPHY:  Objection, calls for a legal
10  conclusion.  Go ahead and answer.
11      A.  Yes.
12      Q.  (BY MR. GARDNER)  Okay.  So if that
13  should be a credit back against it for you,
14  shouldn't the house just be in Scott's name?
15      MR. MURPHY:  Objection, calls for a legal
16  conclusion.  Go ahead and answer.
17      A.  Probably.
18      Q.  (BY MR. GARDNER)  Yeah, and the money was
19  Scott's that you used to purchase it; correct?
20      A.  Correct.
21      Q.  And a lot of the loans that were taken
22  out against the house were used to pay off vehicles
23  and things that are titled in your name; correct?
24      A.  Correct.
25      Q.  So that wasn't Scott's, but the house was
```

Page 69

```
 1  used to do all of that; right?
 2      MR. MURPHY:  Well, objection,
 3  argumentative and complex.  Answer to extent that
 4  you can.
 5      Q.  (BY MR. GARDNER)  Okay.  A lot of the
 6  current debt against the house is money that was
 7  taken out to pay off assets that are in your name,
 8  like the fifth wheel and your car and things like
 9  that; correct?
10      A.  I wouldn't say a lot of the money, no,
11  but some, yes.
12      Q.  And some of that financing was used to
13  pay off your credit cards; correct?
14      A.  Yes.
15      Q.  Okay.  And in 2021 did you do a
16  refinancing?
17      A.  I believe so, I think it was April or
18  something.
19      Q.  Okay.  Whose idea was it to do the
20  refinancing?
21      A.  Mine.
22      Q.  And why did you need to do a refinancing
23  in April of 2021?
24      A.  I believe I got a lower interest rate.
25  Oh, yes, I got a lower interest rate.
```

IN RE: WILLIAMS, DEBTOR     9/14/2023     CANDY WILLIAMS

Page 70

1    Q. Okay. But as of 2021, your balance on
2 the first mortgage was less than $200,000; right?
3    A. I don't recall.
4    Q. Well, the original loan amount was
5 $200,000 and you stayed current on the loan;
6 correct?
7    A. Yes.
8    Q. So it would've been less than that?
9    A. Yeah, but I don't know what dollar
10 amount, yes.
11    Q. Okay. I'm going to hand you Exhibit 24.
12 EXHIBITS:
13    (Deposition Exhibit Number 24 marked for
14 identification.)
15    Q. (BY MR. GARDNER) And do you recognize
16 that as the Deed of Trust that was placed on it
17 when you refinanced on April 26th, 2021?
18    A. Yes.
19    Q. And if you'd turn to the second page,
20 this loan's for $285,000?
21    A. It wasn't for -- I didn't get $285,000.
22    Q. Because you had to pay off the first
23 mortgage.
24    A. Yes, so this is the total amount.
25    Q. But that's at least $85,000 more than you

Page 71

1 owed on the first one?
2    A. Correct.
3    Q. One of my issues is I don't have any
4 closing statements or the loan application for when
5 you did the refinance, so I'd ask that you
6 supplement the discovery with those.
7    Do you recall in April of 2021 what you
8 used that extra money for?
9    A. I do not.
10    Q. Okay. I'm going to show you what we'll
11 mark as Exhibit 25.
12 EXHIBITS:
13    (Deposition Exhibit Number 25 marked for
14 identification.)
15    THE WITNESS: Are we done with this one?
16    MR. GARDNER: Yep.
17    Q. (BY MR. GARDNER) Exhibit 25 is a Google
18 Earth picture, and that is your residence; correct?
19    A. Yes.
20    Q. Okay. Now, in the driveway it looks like
21 there's a rather large boat up by the house; do you
22 see that?
23    A. Yes.
24    Q. Whose boat is that?
25    A. That's mine.

Page 72

1    Q. What year of boat is it?
2    A. 2016.
3    Q. When did you buy it?
4    A. Last year.
5    Q. Is that what you used the money from the
6 refi for?
7    A. I took a loan on it.
8    Q. So it's a 2016 boat, how much did you buy
9 that boat for?
10    A. I don't have the exact number in front of
11 me.
12    Q. Roughly?
13    A. 50 grand.
14    Q. Did you make a down payment on the boat?
15    A. I did not.
16    Q. Okay. Who's that financed through?
17    A. USAA.
18    Q. Who did you buy the boat from?
19    A. Jesco Marine.
20    Q. What kind of boat is it?
21    A. Chaparral.
22    Q. And you said the purchase price that
23 $50,000?
24    A. Roughly.
25    Q. And you didn't make any down payment on

Page 73

1 it?
2    A. No.
3    Q. Did you trade anything in on it?
4    A. No.
5    Q. Okay. Over to the left up by the house
6 there's something that looks like a trailer, do you
7 know what that is?
8    A. I believe that's Scott's trailer.
9    Q. What --
10    A. I don't know why it's white, but yeah.
11    Q. What trailer is that?
12    A. His trailer, he has a trailer.
13    Q. What kind of trailer?
14    A. I don't know what kind it is.
15    Q. Is that a -- has he had that for a long
16 time?
17    A. Yes.
18    Q. Is that the old Pace American trailer?
19    MR. WILLIAMS: Yeah, let's see where --
20 let's see if I can see the picture. Where is it?
21 This thing?
22    MR. GARDNER: Up by the garage.
23    THE WITNESS: Yeah, that's it, the old
24 Pace American trailer, yeah.
25    MR. GARDNER: Okay.

1    Q.  (BY MR. GARDNER)  Do you know what the
2  two vehicles up by the garage are, there's a white
3  one and a black one?
4    A.  Well, that white one's my Cadillac, I
5  believe, and I think right behind it is Scott's
6  truck.
7    Q.  Okay.  And then down the driveway a
8  little, I assume that is your fifth wheel RV?
9    A.  It is.
10    Q.  And that's the one that was paid off out
11  of the initial financing --
12    A.  Yes.
13    Q.  -- correct?  And that is in your name?
14    A.  It is.
15    Q.  And what year is that?
16    A.  I think it's a 2018, maybe 2017.
17    Q.  And I assume, since it was paid off, you
18  don't owe anything on that; correct?
19    A.  Correct.
20    Q.  And then moving down, it looks like
21  there's another boat off of the driveway to the
22  left?
23    A.  Yes.
24    Q.  What is that boat?
25    A.  I don't know what that boat is.

1    MR. WILLIAMS:  Is that a boat or a junk
2  trailer?
3    A.  There's a bunch of junk there.
4    Q.  (BY MR. GARDNER)  Okay.  That right
5  there?
6    A.  Uh-huh.
7    Q.  It looks like beside it there's another
8  trailer or maybe an old dock?
9    A.  These are heaps --
10    MR. WILLIAMS:  It's a hunk of metal.
11    A.  Yeah, metal.
12    MR. WILLIAMS:  It's about a foot tall
13  hunk of metal.
14    Q.  (BY MR. GARDNER)  Okay.  The hunk of
15  metal, which is kind of a uniform color, but to the
16  left of it, is that not a boat?
17    A.  I believe it is a boat, yes.  It's not
18  mine.
19    Q.  Okay.  Whose is it?
20    A.  I don't know whose it is.
21    MR. WILLIAMS:  I can't even tell from
22  that picture, I think it's a junk trailer, maybe a
23  wood trailer with a tarp on it.  But I don't know,
24  it's hard to tell from there.
25    MR. GARDNER:  Okay.

1    MR. WILLIAMS:  When was that picture
2  taken?  I don't know.  Well, it's gotta be -- yeah,
3  it's gotta be recent because that's definitely my
4  truck.
5    MR. GARDNER:  All right.  All right.
6    Q.  (BY MR. GARDNER)  So you don't recall
7  anything you did with the extra money from the
8  refinance in April of 2021?
9    A.  It wasn't like a lump-sum dollar amount
10  that I spent on something, it's all bills and into
11  the house.
12    Q.  Okay.  Are you current on that mortgage?
13    A.  I am.
14    Q.  Okay.  I may have asked you this already,
15  but did Scott have now or ever have access to
16  Viking's bank accounts?
17    A.  No.
18    Q.  Okay.  So unless you agreed to give money
19  to him, he couldn't go in and take it?
20    A.  Correct.
21    MR. GARDNER:  Let's go off the record for
22  a second.
23    (Whereupon, the proceedings were in
24  recess at 4:38 p.m. and subsequently reconvened at
25  4:44 p.m., and the following proceedings were

1  entered of record:)
2    MR. GARDNER:  Back on.
3    Q.  (BY MR. GARDNER)  So have you got any
4  clarification on whether you or Viking owns the
5  fifth wheel and the Cadillac?
6    A.  I know they're registered in Viking
7  Investments LLC, but I don't know what date that
8  took place.
9    Q.  Okay.  Okay.  So there's the 2018 fifth
10  wheel registered in Viking?
11    A.  (Witness nods head.)
12    Q.  And the 2013 Cadillac Escalade?
13    A.  It's a '14.  It's not an Escalade but,
14  yeah, Cadillac.
15    Q.  Okay.  What name is the boat that was
16  purchased last year registered in?
17    A.  Mine.
18    Q.  Okay.  Do you have any other vehicles,
19  boats or RVs registered in your name?
20    A.  Subaru, it's not in my name, it's in
21  Viking Investments LLC, but the Subaru is also in
22  there.
23    Q.  Okay.  What year is that Subaru?
24    A.  2016.
25    Q.  Are there any other boats, vehicles,

Page 78

1 trailers, anything else that are owned by Viking or
2 you?
3     A.  The fifth wheel, the two cars, no.
4     Q.  Okay.  What does your husband drive,
5 Scott?
6     A.  A truck.
7     Q.  What year is the truck?
8     A.  I have no idea.
9     Q.  Has he got a new truck recently?
10    A.  I wish.  No.
11    Q.  No?
12    A.  It's a piece of crap.
13    Q.  So he doesn't have a new truck that he
14 drives?
15    A.  No.
16    Q.  Okay.  It's the same truck he's had
17 since --
18    A.  Forever.
19    Q.  Okay.  I want to mark Exhibit 26.
20 EXHIBITS:
21        (Deposition Exhibit Number 26 marked for
22 identification.)
23    Q.  (BY MR. GARDNER)  And Exhibit 26 are
24 Viking Investments' answers to the discovery
25 requests.  You recognize those answers?

Page 79

1     A.  Yes.
2     Q.  And do you remember putting together the
3 information and providing documents for these
4 discovery responses?
5     A.  Yes.
6     Q.  And did you review them to make sure they
7 were accurate?
8     A.  To the best of my recollection, yes.
9     Q.  Okay.  I do not have a question in there.
10    I'll mark these Exhibit 27.
11 EXHIBITS:
12        (Deposition Exhibit Number 27 marked for
13 identification.)
14    Q.  (BY MR. GARDNER)  And those are your
15 responses to the first discovery requests; correct?
16    A.  Correct.
17    Q.  And you had a chance to review those and
18 help provide the answers and make sure they were
19 accurate; correct?
20    A.  Yes.
21 EXHIBITS:
22        (Deposition Exhibit Number 28 marked for
23 identification.)
24    Q.  (BY MR. GARDNER)  I'm going to hand you
25 what we'll mark as Exhibit 28.  Is that a copy of

Page 80

1 the February 1, 2020 bank statement for your
2 American First Credit Union account?
3     A.  It is.
4     Q.  Okay.  And that's the one we talked about
5 earlier that's one of your personal accounts?
6     A.  Yes.
7     Q.  And then the other personal account you
8 have is a checking account at Glacier Bank?
9     A.  I also have a savings account at Glacier
10 Bank.
11    Q.  Okay.  So the checking account and
12 savings account --
13    A.  And Viking Investments LLC.
14    Q.  So there's three bank accounts at Glacier
15 Bank?
16    A.  That's correct.
17    Q.  And you said you do not use the bank
18 account that you said your name is on with your
19 husband?
20    A.  No.
21    Q.  Okay.
22        MR. GARDNER:  Thank you, I'm done.
23        MR. MURPHY:  Just a couple questions.
24            EXAMINATION
25 BY MR. MURPHY:

Page 81

1     Q.  The loan application that was referred to
2 previously from Glacier Bank {sic} that had all the
3 credit card debt and that sort of thing, do you
4 know where the bank got that information from?
5     A.  Me?
6     Q.  Okay.  Did you provide that?
7     A.  No, I'm sorry, I was like, are you asking
8 me?
9     Q.  Yeah.
10    A.  Yes, okay.  Glacier Bank, you mean the
11 lone application?
12    Q.  Yeah, with all the credit cards.
13    A.  Glacier Mortgage?
14    Q.  Excuse me, Glacier Mortgage; right?
15    A.  Yes.
16    Q.  Okay.  I'm referring to Exhibit 17.  Did
17 they get all that information from you or from some
18 other source?
19    A.  My credit report.
20    Q.  Okay.  And did you do anything after you
21 saw this?
22    A.  I called the credit card companies to try
23 to get my name removed from them.
24    Q.  Was it the company or the credit
25 reporting agencies or both or what?

**IN RE: WILLIAMS, DEBTOR**          **9/14/2023**                **CANDY WILLIAMS**

Page 82

1    A.  It was the companies themselves.
2         MR. MURPHY:  Okay.  Nothing further.
3         MR. GARDNER:  Just one follow-up.
4              EXAMINATION
5  BY MR. GARDNER:
6    **Q.  So after -- so in December or January of**
7  **2019, when you saw those credit cards on your**
8  **credit application, you called the credit card**
9  **companies to try to at that point get your name off**
10 **of Scott's credit cards; correct?**
11   A.  Correct.
12        MR. GARDNER:  Okay.  That's it.
13        MR. MURPHY:  Okay.
14        (Deposition concluded at 4:53 p.m.
15 Witness excused, signature reserved.)
16              * * *
17
18
19
20
21
22
23
24
25

Page 83

1              CERTIFICATE OF WITNESS
2
3  PAGE     LINE
4
5
6
7
8
9
10        I hereby certify that this is a true and
11 correct copy of my testimony, together with any
12 changes I have made on this and any subsequent
13 pages attached hereto.
14
15 Dated on this the_____ day of _____, 2023.
16
        _____
17              CANDY WILLIAMS, Deponent.
18
19
20
21
22
23
24
25

**JEFFRIES COURT REPORTING, INC.**
**(406) 721-1143**

1                C E R T I F I C A T E

2

3  STATE OF MONTANA      )
                        :   ss.
4  County of Missoula   )

5              I, Terra Rohlfs, RPR, Freelance Court
   Reporter and Notary Public for the State of
6  Montana, residing in Hamilton, Montana, do hereby
   certify:

7
              That I was duly authorized to swear in
8  the witness and did report the deposition of CANDY
   WILLIAMS in this cause;

9
              That the reading and signing of the
10 deposition by the witness have been expressly
   reserved;

11
              That the foregoing pages of this
12 deposition constitute a true and accurate
   transcription of my stenotype notes of the
13 testimony of said witness.

14             I further certify that I am not an
   attorney nor counsel of any of the parties; nor a
15 relative or employee of any attorney or counsel
   connected with the action, nor financially
16 interested in the action.

17             IN WITNESS WHEREOF, I have hereunto set
   my hand and seal on this the 20th day of September, 2023.
18

19

20                      _____
                        Terra Rohlfs, RPR,
21                      Freelance Court Reporter
                        Notary Public, State of Montana
                        Residing in Hamilton, Montana
22                      My Commission expires: 11/4/23

23

24

25

1 September 20th, 2023

2
  Edward "Rusty" A. Murphy, Esq.
3 Murphy Law Offices, PLLC
  127 North Higgins, Suite 310
4 Central Square Building
  Missoula, Montana 59802

5

6 Re:  IN RE: SCOTT K. WILLIAMS, DEBTOR
  Deposition of CANDY WILLIAMS

7
  Dear Counsel,

8
  Please find attached your copy of the deposition
9 mentioned above.  I have also attached a
  "CORRECTIONS TO DEPOSITION" page following this
10 page.  Have the deponent read and sign the
   deposition, noting any corrections on the page
11 provided, and have it sent back to me.

12 You have 30 days to accomplish reading.  After that
   we will note on the release letter that the witness
13 has waived the right to read the deposition, and we
   will deliver the Original to the ordering party.

14
   If you have any questions, please feel free to give
15 me a call.

16 Sincerely,

17 JEFFRIES COURT REPORTING, INC.

18

19 Rona Chenoweth, Office Manager

20

21
   cc:  Trent M. Gardner, Esq.
22        Hannah S. Willstein, Esq.

23

24 Attachment

25

1  Trent M. Gardner, Esq.
   Hannah S. Willstein, Esq.
2  Goetz, Geddes & Gardner, P.C.
   The Ketterer Building, 35 North Grand
3  P.O. Box 6580
   Bozeman, Montana 59771-6580

4

5  Re:  IN RE: SCOTT K. WILLIAMS, DEBTOR

6

7
   PLEASE ATTACH TO YOUR COPY OF THE DEPOSITION OF:
8                    CANDY WILLIAMS
              THURSDAY, SEPTEMBER 14, 2023
9

10          _____  Please find enclosed the Original
   deposition in the above-named case.  It has been
11 read and signed.  We are now delivering it to you
   since you were the ordering party.

12

13 _____  The time for reading and signing has passed,
   and we are delivering the Original to you since you
14 were the ordering party.

15

16 Rona Chenoweth, Office Manager

17 Date: _____

18

19
   cc:  Edward "Rusty" A. Murphy, Esq.
20

21

22

23

24

25

## A

above-named 86:10
absolutely 27:1
   31:13
access 61:14, 61:17
   76:15
accomplish 85:12
account 15:6, 15:7
   15:12, 15:18, 24:14
   24:18, 25:23, 26:13
   26:20, 27:14, 27:24
   28:22, 28:22, 29:18
   41:24, 42:12, 42:13
   42:22, 43:23, 43:24
   44:1, 44:4, 44:5
   45:24, 46:3, 48:22
   57:3, 57:10, 57:19
   57:19, 58:8, 58:17
   58:22, 59:1, 59:3
   59:6, 59:19, 59:21
   59:23, 60:6, 60:9
   60:17, 60:19, 60:20
   61:10, 61:12, 61:24
   61:24, 62:4, 62:19
   63:10, 63:14, 63:25
   65:8, 65:16, 80:2
   80:7, 80:8, 80:9
   80:11, 80:12, 80:18
account's 59:10
accounts 47:8, 50:5
   59:14, 59:25, 60:3
   61:16, 61:17, 76:16
   80:5, 80:14
accurate 79:7
   79:19, 84:12
act 54:13
action 84:15, 84:16
active 12:19
activity 17:6, 17:9
   17:14, 19:14
actual 31:22, 33:3
   53:13
ad 52:17, 54:8, 55:4
address 6:10, 10:16
   14:23, 15:21, 15:23
   15:24
age 6:4
agencies 81:25
ago 21:16, 58:15

58:17, 59:8
agree 14:16, 43:18
   43:22, 44:3
agreed 5:9, 5:14
   5:21, 20:14, 33:7
   33:8, 76:18
agreement 3:12
   23:10, 23:13, 23:16
   33:4, 33:16
ahead 68:10, 68:16
America 4:7, 40:22
American 3:17
   41:20, 41:23, 42:3
   42:8, 42:21, 42:24
   43:7, 43:18, 43:19
   43:23, 48:5, 48:10
   48:21, 48:22, 49:19
   60:15, 73:18, 73:24
   80:2
amount 20:20, 39:8
   65:15, 70:4, 70:10
   70:24, 76:9
amounts 48:3
   66:20
answer 7:1, 36:10
   50:14, 68:10, 68:16
   69:3
answered 54:8
   54:25
answering 50:10
answers 7:2, 78:24
   78:25, 79:18
anybody 52:1
   53:17
anymore 14:9
apologize 63:19
app 45:13, 61:14
appearing 2:7, 2:13
   2:16
application 3:16
   40:11, 40:16, 44:10
   44:15, 45:16, 45:17
   71:4, 81:1, 81:11
   82:8
applied 14:20, 17:2
apply 11:23, 16:6
   40:12
applying 15:4
   44:20
April 10:11, 10:20

10:23, 12:25, 13:21
   69:17, 69:23, 70:17
   71:7, 76:8
area 53:7
argumentative
   50:10, 69:3
Articles 3:10, 14:17
asked 59:13, 76:14
asking 6:25, 21:5
   81:7
assets 45:12, 69:7
Associated 2:6
assume 30:18, 74:8
   74:17
ATTACH 86:7
attached 83:13
   85:8, 85:9
Attachment 85:24
attack 35:25
attorney 84:14
   84:15
August 24:14
   26:20, 27:15, 28:13
   30:11, 30:13, 31:9
   32:16, 56:13, 56:19
   56:20, 56:22, 62:24
   63:9, 64:2, 64:3
   64:12, 64:16, 64:18
aunt 10:5
authorized 84:7
automatically 60:8
   60:25
Avenue 1:23
awhile 36:3, 59:2
   61:2, 61:3

## B

back 9:2, 9:3, 9:9
   12:7, 20:12, 20:13
   28:12, 33:20, 44:7
   46:15, 52:23, 56:7
   60:9, 62:17, 63:1
   63:4, 63:8, 64:5
   64:10, 64:19, 65:24
   66:3, 66:3, 68:7
   68:13, 77:2, 85:11
background 7:5
bad 50:12
balance 40:23, 70:1

bank 3:21, 3:22
   15:5, 15:7, 15:12
   15:18, 15:20, 24:14
   24:18, 25:23, 26:12
   26:20, 27:14, 27:24
   43:25, 44:15, 44:25
   45:7, 57:2, 57:8
   57:18, 57:19, 58:8
   58:22, 59:14, 59:19
   60:11, 60:13, 60:13
   60:17, 60:19, 60:20
   60:20, 61:11, 61:12
   61:15, 61:16, 61:23
   62:3, 62:19, 63:11
   63:12, 63:17, 63:25
   64:1, 64:11, 65:7
   76:16, 80:1, 80:8
   80:10, 80:14, 80:15
   80:17, 81:2, 81:4
   81:10
banked 57:9
bankruptcy 1:1
   6:16, 9:11, 9:12
   9:13, 9:18
based 26:5
basis 26:12, 27:14
behalf 2:7, 2:13
   3:24, 38:2, 66:21
believe 9:7, 10:20
   23:17, 25:13, 28:24
   30:21, 32:25, 43:2
   50:4, 63:15, 67:12
   69:17, 69:24, 73:8
   74:5, 75:17
believed 18:15
best 50:10, 79:8
big 10:5
Bigfork 6:13, 30:3
   31:24, 32:7, 47:22
   53:17, 54:20, 55:15
bills 9:20, 20:12
   20:15, 20:21, 34:21
   66:5, 66:8, 76:10
bit 39:20
black 74:3
blanks 23:15
boat 71:21, 71:24
   72:1, 72:8, 72:9
   72:14, 72:18, 72:20
   74:21, 74:24, 74:25

75:1, 75:16, 75:17
   77:15
boats 77:19, 77:25
borrow 28:14
borrowing 27:19
bought 19:18
   19:23, 20:6, 20:17
   34:2, 35:4, 35:9
   35:11, 35:13, 35:17
   36:15, 54:5, 55:17
box 2:5, 13:10
   13:13, 13:18, 13:23
   14:4, 14:7, 14:9
   15:24, 15:25, 86:3
Bozeman 2:5, 86:3
branch 65:7
break 31:11, 36:2
   50:24, 51:12
briefly 7:4
bring 50:7
broker 51:23, 54:13
   54:15, 55:11, 55:12
   55:13
build 15:8, 16:2
   17:1, 67:21
building 2:4, 15:4
   85:4, 86:2
buildings 53:24
bulk 67:4
bunch 75:3
business 10:1, 11:9
   11:19, 12:13, 16:6
   17:6, 21:21, 21:22
   21:24, 22:1, 22:4
   27:18, 51:23, 52:12
   52:14, 52:20, 53:10
   53:18, 53:21, 54:3
   62:13
businesses 53:13
   53:25
butt 35:25
buy 28:10, 35:8
   36:3, 36:5, 51:19
   72:3, 72:8, 72:18
buyer 54:16
buying 19:2, 30:14
   33:24, 52:6, 62:13

**C**

Cadillac 22:7
  41:12, 48:15, 49:23
  65:14, 74:4, 77:5
  77:12, 77:14
call 54:19, 85:15
called 42:6, 53:1
  54:7, 54:11, 54:24
  55:8, 81:22, 82:8
calls 68:9, 68:15
Candy 1:10, 1:20
  2:13, 3:4, 3:23, 4:6
  6:3, 6:12, 44:20
  83:17, 84:8, 85:6
  86:8
car 39:19, 39:21
  39:24, 41:9, 41:10
  69:8
card 20:15, 39:3
  39:6, 39:9, 39:23
  40:3, 42:4, 42:7
  42:13, 42:25, 43:8
  44:4, 45:4, 45:5
  45:20, 46:5, 46:16
  46:19, 48:24, 49:4
  49:5, 81:3, 81:22
  82:8
cardholder 46:1
  46:3, 46:8, 46:13
  46:14
cards 16:3, 34:23
  35:21, 38:20, 38:25
  39:14, 65:14, 69:13
  81:12, 82:7, 82:10
carpet 67:11
cars 41:14, 78:3
case 86:10
cash 58:7
cashier's 63:15
  64:11, 64:13, 65:6
cause 1:4, 84:8
cc 85:21, 86:19
Central 85:4
certain 23:18, 23:19
  59:15
Certificate 4:10
  4:11, 83:1
certify 83:10, 84:6
  84:14

chance 79:17
changed 18:6, 18:8
  19:16, 19:19, 20:6
  20:8, 20:19, 20:21
  26:18, 38:11, 67:20
changes 83:12
Chaparral 72:21
Chapter 1:6, 2:8
charge 49:5
charged 42:9, 43:1
  44:4
cheap 52:9
check 31:11, 59:22
  63:13, 63:15, 64:12
  64:14, 64:18, 65:7
checking 80:8
  80:11
Chenoweth 85:19
  86:16
Chevron 45:5
  46:12
chose 57:8
Chuck 54:9, 54:23
  55:11, 55:22, 55:23
  55:25
Civil 5:12
claim 66:20
clarification 77:4
clear 27:22, 51:17
closing 30:2, 47:20
  50:6, 54:14, 55:11
  71:4
coffee 10:4, 11:13
  11:17, 11:21, 16:9
  16:14, 16:17, 16:19
  24:24, 25:2, 25:8
  25:14, 25:19, 27:20
  28:17, 28:18, 28:23
  29:1, 29:8, 29:18
  30:14, 32:12, 51:21
  51:22, 52:2, 52:7
  52:11, 52:16, 52:20
  53:2, 53:10, 53:17
  53:21, 53:25, 54:3
color 75:15
Columbia 14:8
  15:22, 24:19, 53:16
  62:20
come 63:7
Comenitybank

46:10
Comenitybank/Vic...
  45:5
Commission 84:22
committed 36:4
companies 81:22
  82:1, 82:9
company 7:14, 7:15
  8:1, 8:8, 8:14, 8:16
  15:5, 15:8, 18:20
  18:23, 21:19, 21:20
  22:4, 28:17, 28:18
  30:11, 45:18, 48:4
  49:14, 81:24
completely 36:1
complex 69:3
concluded 82:14
conclusion 68:10
  68:16
conditions 33:4
confirm 51:6
confused 35:21
confusing 50:17
connected 84:15
consist 52:4
constitute 84:12
consultant 53:12
contact 13:3, 52:1
contacted 13:9
  13:22
continued 4:1
  67:20
contract 52:15
conversation 28:13
  35:24
copy 37:14, 43:17
  51:7, 67:25, 79:25
  83:11, 85:8, 86:7
correct 9:10, 13:12
  14:21, 16:15, 16:25
  17:4, 17:19, 18:5
  18:12, 18:13, 18:18
  18:21, 18:22, 18:24
  18:25, 19:4, 19:14
  19:21, 20:18, 21:25
  24:11, 24:12, 24:14
  24:15, 25:9, 25:10
  25:12, 25:13, 25:20
  25:21, 26:3, 27:4
  27:5, 27:11, 27:24

27:25, 28:6, 28:7
  28:10, 28:11, 28:17
  28:23, 29:15, 29:20
  30:4, 30:5, 30:7
  30:8, 30:11, 30:12
  30:20, 32:4, 32:5
  32:13, 32:20, 32:21
  33:11, 33:16, 33:17
  33:20, 33:21, 33:25
  34:1, 34:5, 34:12
  34:17, 34:18, 34:21
  34:22, 34:24, 35:2
  35:5, 35:11, 35:12
  35:14, 35:15, 36:24
  36:25, 37:2, 37:3
  37:16, 37:17, 37:20
  37:21, 37:23, 38:3
  38:12, 38:13, 38:25
  39:1, 39:6, 39:21
  39:22, 39:24, 39:25
  40:13, 40:14, 40:17
  41:21, 41:22, 42:10
  43:1, 43:9, 43:10
  43:12, 44:13, 44:17
  44:21, 44:22, 45:1
  45:8, 46:4, 47:18
  47:19, 47:22, 47:23
  47:25, 48:1, 48:5
  48:8, 48:9, 48:11
  48:12, 48:16, 48:17
  48:19, 48:20, 48:25
  49:1, 49:17, 49:20
  49:23, 49:24, 50:3
  51:10, 51:19, 51:20
  53:14, 53:15, 53:18
  53:19, 53:22, 53:23
  53:25, 54:1, 54:3
  54:4, 54:20, 55:5
  55:6, 55:9, 56:11
  56:14, 57:20, 57:23
  57:24, 58:1, 58:2
  58:25, 61:25, 62:15
  62:16, 62:21, 62:22
  62:24, 62:25, 63:6
  64:2, 64:3, 64:6
  64:7, 64:12, 65:8
  65:9, 65:16, 65:25
  66:17, 66:18, 66:21
  66:22, 67:18, 68:1
  68:19, 68:20, 68:23

68:24, 69:9, 69:13
  70:6, 71:2, 71:18
  74:13, 74:18, 74:19
  76:20, 79:15, 79:16
  79:19, 80:16, 82:10
  82:11, 83:11
corrections 85:9
  85:10
cost 21:9
costs 52:24
could've 14:5
  34:20, 34:23, 35:1
  35:6, 35:10, 35:17
  35:20, 36:15
counsel 5:3, 5:10
  5:15, 5:22, 84:14
  84:15, 85:7
counts 21:4
County 84:4
couple 9:3, 21:3
  29:17, 33:22, 34:7
  59:8, 67:23, 80:23
course 62:5
Court 1:1, 1:23
  1:24, 4:11, 5:5
  7:17, 84:5, 84:20
  85:17
COVID 8:7, 67:14
crap 78:12
create 13:4
created 10:6, 10:7
credit 4:7, 15:4
  15:5, 15:8, 16:2
  16:3, 17:2, 20:15
  34:23, 35:21, 38:19
  38:25, 39:3, 39:6
  39:8, 39:14, 39:23
  40:3, 40:23, 44:10
  44:15, 45:11, 45:13
  45:24, 48:5, 48:11
  49:10, 49:19, 65:14
  68:7, 68:13, 69:13
  80:2, 81:3, 81:12
  81:19, 81:22, 81:24
  82:7, 82:8, 82:8
  82:10
creditor 44:19
  44:24
creditors 45:13
  65:13

Credits 43:14
current 69:6, 70:5
    76:12
currently 7:7

## D

dad 9:4
dad's 36:1
date 13:19, 21:13
    22:16, 22:22, 30:22
    31:3, 38:1, 38:1
    40:15, 41:19, 56:15
    56:18, 60:1, 62:4
    77:7, 86:17
dated 14:1, 37:22
    83:15
dates 8:20, 29:5
daughter 9:19, 10:4
    31:12, 52:22, 56:12
    62:23
daughter's 15:2
    15:15, 26:24, 30:23
    31:15, 32:7, 56:10
    56:18
day 15:6, 25:23
    31:6, 33:12, 65:7
    83:15, 84:17
days 25:24, 27:2
    34:7, 85:12
deal 10:5
Dealer 41:5, 48:13
dealt 55:1
Dear 85:7
debt 39:3, 39:6
    39:9, 39:15, 39:23
    39:24, 39:24, 40:3
    40:20, 41:1, 49:14
    50:1, 50:8, 69:6
    81:3
Debtor 1:4, 85:6
    86:5
debts 20:15, 45:1
    65:21
December 19:24
    20:20, 36:22, 37:22
    38:5, 38:6, 39:15
    40:11, 40:17, 51:9
    65:11, 67:6, 82:6
decide 27:17

decided 26:4, 26:6
decision 32:11
declaring 44:16
deed 3:15, 3:20
    3:25, 37:15, 70:16
Defendant 2:13
Defendants 1:11
definitely 76:3
deliver 85:13
delivering 86:11
    86:13
deponent 83:17
    85:10
deposed 6:18
deposit 30:10
    30:20, 57:22, 59:22
    60:7, 61:22
deposited 24:13
    63:11, 63:13, 65:8
depositing 61:4
deposition 3:10
    3:11, 3:13, 3:14
    3:16, 3:17, 3:18
    3:19, 3:21, 3:22
    3:23, 3:24, 4:3, 4:4
    4:5, 4:7, 5:4, 5:11
    5:19, 5:24, 6:21
    14:14, 23:4, 29:24
    37:9, 37:11, 40:8
    43:5, 47:14, 51:4
    57:16, 63:22, 66:13
    70:13, 71:13, 78:21
    79:12, 79:22, 82:14
    84:8, 84:10, 84:12
    85:6, 85:8, 85:9
    85:10, 85:13, 86:7
    86:10
deposits 62:8
despite 17:1
different 26:22
    29:2, 32:14, 52:21
    53:6, 61:15
directly 48:3
discovery 4:5, 4:6
    59:13, 62:2, 62:7
    66:17, 71:6, 78:24
    79:4, 79:15
discussion 14:12
    27:12, 27:16, 47:16
dishwasher 67:12

DISTRICT 1:1
divorce 36:1
divorced 31:7
dock 75:8
document 23:9
documentation 13:1
documents 51:1
    56:4, 79:3
doing 10:4, 16:14
    24:16, 26:14, 35:22
    45:13, 61:7
dollar 70:9, 76:9
dollars 21:10, 58:4
    58:5, 58:6, 58:23
    59:7
drive 78:4
drives 78:14
driveway 71:20
    74:7, 74:21
drove 64:4, 64:20
    64:21
dual 54:13, 54:15
duly 6:4, 84:7

## E

earlier 80:5
Early 31:9
earn 28:20
Earth 71:18
educational 7:5
Edward 2:10, 85:2
    86:19
effect 5:18
eight 25:23
Electric 8:17, 8:19
electronic 63:12
email 10:10, 10:12
    10:14, 12:25, 13:2
    13:25, 14:23
emails 10:9
employed 7:7, 7:9
    7:10, 7:10
employee 84:15
enclosed 86:10
ended 55:4, 65:21
engaged 17:6, 17:8
enter 33:15
entered 51:16, 77:1
entity 24:17

Escalade 77:12
    77:13
Esq 2:3, 2:3, 2:10
    85:2, 85:21, 85:22
    86:1, 86:1, 86:19
Essentially 30:17
estate 1:7, 2:8, 6:16
evening 65:4
event 32:16
evidence 34:4
exact 13:19, 17:20
    21:13, 22:16, 22:22
    30:21, 72:10
Examination 3:5
    3:5, 3:6, 6:8, 80:24
    82:4
example 35:4
exchanged 37:19
Excuse 81:14
excused 82:15
exhibit 3:10, 3:11
    3:13, 3:14, 3:16
    3:17, 3:18, 3:19
    3:21, 3:22, 3:23
    3:24, 4:3, 4:4, 4:5
    4:7, 10:24, 11:3
    14:11, 14:14, 22:19
    23:2, 23:4, 29:22
    29:24, 30:1, 37:9
    37:11, 40:6, 40:8
    43:3, 43:5, 43:16
    43:17, 43:17, 44:8
    47:12, 47:14, 47:17
    47:20, 51:2, 51:4
    57:14, 57:16, 63:20
    63:22, 63:24, 65:20
    66:7, 66:11, 66:13
    67:24, 70:11, 70:13
    71:11, 71:13, 71:17
    78:19, 78:21, 78:23
    79:10, 79:12, 79:22
    79:25, 81:16
EXHIBITS 3:9, 4:2
    14:13, 23:3, 29:23
    37:10, 40:7, 43:4
    47:13, 51:3, 57:15
    63:21, 66:12, 70:12
    71:12, 78:20, 79:11
    79:21
expect 18:1

expedited 14:21
    15:13, 24:17, 26:12
    27:13
expires 84:22
explain 35:23
    38:17
explains 36:7
Explorer 12:4, 12:5
Express 3:17, 41:20
    41:23, 42:3, 42:8
    42:21, 42:24, 43:8
    43:18, 43:19, 43:24
    48:21, 48:22
expressly 5:24
    84:10
extent 69:3
extra 71:8, 76:7

## F

fact 33:22, 35:17
    58:22
Falls 14:8, 15:22
    24:19, 53:16, 62:20
family 10:3
Fargo 41:5, 46:25
    47:4, 47:6, 48:13
    49:23
Fawn 3:14, 3:15
    3:19, 3:20, 3:25
    4:3, 6:12, 30:3
February 80:1
feel 85:14
fell 26:23
fifth 22:9, 22:11
    39:17, 39:20, 39:23
    41:2, 41:3, 48:7
    49:19, 69:8, 74:8
    77:5, 77:9, 78:3
figure 11:5
figured 56:15
filed 9:11, 40:11
filled 23:14, 40:11
financed 72:16
financially 84:15
financing 69:12
    74:11
find 29:13, 31:11
    41:19, 43:17, 60:1
    85:8, 86:10

finding 38:10
fine 50:21
finish 6:25
first 4:5, 4:6, 4:7
  6:4, 31:16, 40:22
  40:22, 47:1, 47:6
  48:5, 48:10, 49:19
  60:17, 65:10, 67:5
  70:2, 70:22, 71:1
  79:15, 80:2
fix 38:18, 38:24
  40:2
fixed 8:7
Flathead 8:25, 9:2
  9:9, 9:24, 9:25
  10:3, 63:8, 64:5
  64:19, 65:3
flavors 52:22
flew 64:7, 64:8
flip 17:24, 18:2
  18:16
fly 64:19
follow-up 82:3
following 51:15
  76:25, 85:9
follows 6:7
foot 75:12
force 5:18
foregoing 84:11
Forever 78:18
form 5:16, 12:9
  23:14
formation 24:17
formed 14:4, 15:11
  16:13, 16:16, 16:20
  23:24, 24:5, 24:10
  25:9, 25:12, 25:22
  26:1, 26:7, 26:11
  27:13, 51:18, 62:18
forming 16:10
  24:16
forth 9:3, 52:23
forward 11:9, 11:12
found 29:11, 36:14
  55:4
four 45:3
free 85:14
Freelance 1:24, 5:5
  84:5, 84:20
front 22:16, 29:5

31:3, 47:18, 72:10
fund 11:17
funds 48:18, 49:8
further 5:9, 5:14
  5:21, 82:2, 84:14

G

gain 24:4
garage 73:22, 74:2
Gardner 2:3, 2:4
  3:5, 3:6, 6:9, 6:14
  7:20, 14:16, 23:7
  30:1, 37:14, 40:10
  43:7, 47:17, 50:12
  50:15, 50:19, 51:6
  51:11, 51:17, 56:17
  57:8, 57:18, 63:19
  63:24, 66:15, 68:12
  68:18, 69:5, 70:15
  71:16, 71:17, 73:22
  73:25, 74:1, 75:4
  75:14, 75:25, 76:5
  76:6, 76:21, 77:2
  77:3, 78:23, 79:14
  79:24, 80:22, 82:3
  82:5, 82:12, 85:21
  86:1, 86:2
gas 24:23, 24:24
  25:3, 26:5, 26:23
  36:4
Geddes 2:4, 86:2
getting 24:17
  27:18, 32:4, 49:25
give 7:1, 33:19
  34:3, 35:19, 37:4
  37:6, 62:3, 76:18
  85:14
given 34:14, 34:19
  59:14, 59:17, 62:6
  66:6
giving 38:10
Glacier 3:21, 3:22
  15:20, 57:2, 57:8
  57:19, 60:11, 60:13
  60:20, 61:11, 61:15
  61:16, 62:19, 63:11
  64:1, 65:7, 80:8
  80:9, 80:14, 81:2
  81:10, 81:13, 81:14

go 16:3, 16:6
  46:15, 51:11, 55:20
  55:21, 57:2, 60:22
  60:25, 61:14, 61:15
  61:23, 63:1, 65:24
  66:3, 68:10, 68:16
  76:19, 76:21
goal 28:19
goes 59:22, 60:8
  61:24, 62:1
Goetz 2:4, 86:2
going 7:22, 11:6
  11:6, 11:9, 11:12
  11:17, 11:19, 14:10
  18:12, 18:15, 18:20
  22:18, 23:1, 26:8
  27:3, 27:15, 28:14
  28:15, 29:21, 32:13
  36:3, 37:8, 40:5
  43:3, 47:11, 50:23
  52:22, 52:23, 57:13
  66:10, 70:11, 71:10
  79:24
gonna 32:12
good 8:12
Google 4:3, 71:17
gotta 76:2, 76:3
grand 2:4, 72:13
  86:2
guess 33:5

H

Hamilton 1:25, 5:7
  84:6, 84:21
hand 14:10, 17:21
  22:18, 23:1, 29:21
  37:8, 40:5, 47:11
  57:13, 70:11, 79:24
  84:17
handing 51:2
handling 14:21
  14:25, 15:14
Hannah 2:3, 85:22
  86:1
happening 15:13
happens 59:20
hard 31:8, 75:24
head 8:21, 17:21
  22:13, 31:6, 34:25

47:9, 60:2, 61:3
  61:9, 77:11
heaps 75:9
heart 35:25
held 14:12, 47:16
help 35:16, 79:18
helps 63:16
hereto 83:13
hereunto 84:17
Higgins 2:11, 85:3
High 7:6
Hilltop 15:22
hired 53:12, 55:10
home 26:24, 40:13
  54:20
hot 57:6
house 17:10, 17:11
  17:18, 17:25, 18:2
  18:8, 18:17, 19:2
  19:18, 19:23, 20:2
  20:17, 20:24, 23:25
  28:10, 29:11, 29:13
  30:3, 30:10, 30:19
  31:24, 32:6, 32:11
  32:13, 32:17, 32:19
  32:23, 33:24, 34:2
  35:5, 35:8, 35:17
  36:5, 36:19, 36:22
  37:1, 38:8, 38:14
  38:18, 38:24, 40:2
  51:19, 54:6, 55:15
  62:14, 66:25, 67:4
  67:7, 67:17, 68:14
  68:22, 68:25, 69:6
  71:21, 73:5, 76:11
houses 29:7
hundred 58:3, 58:5
  58:6, 58:23, 59:7
hunk 75:10, 75:13
  75:14
husband 6:16, 6:20
  23:20, 32:20, 78:4
  80:19
hwillstein@goetzla...
  2:7

I

idea 19:1, 22:14
  22:19, 69:19, 78:8

identification 14:15
  23:5, 29:25, 37:12
  40:9, 43:6, 47:15
  51:5, 57:17, 63:23
  66:14, 70:14, 71:14
  78:22, 79:13, 79:23
identify 66:20, 67:3
income 63:16
indenture 51:7
indicated 50:20
indicates 50:6
individually 20:22
  37:2, 38:15, 41:15
  54:21
information 79:3
  81:4, 81:17
initial 62:9, 74:11
initially 17:16, 18:9
  19:5
intend 21:21
intent 20:1, 23:24
  24:2, 26:1, 30:14
  66:19
intention 17:24
  22:3, 26:14, 27:1
  27:14
intentions 33:3
interest 69:24
  69:25
interested 84:16
interposed 5:18
interrupt 52:10
invest 29:3, 61:5
investigating 52:20
investigation 52:4
investment 17:8
  17:14, 17:22, 18:17
  19:3, 19:10, 19:14
  28:19
investments 1:10
  2:13, 3:11, 3:12
  4:4, 9:22, 10:6
  10:7, 10:13, 10:14
  10:17, 11:20, 12:22
  12:25, 13:11, 13:15
  13:16, 14:1, 14:2
  14:3, 14:5, 14:18
  16:3, 16:4, 16:11
  16:13, 16:17, 16:20
  17:3, 17:5, 17:15

17:17, 17:23, 18:16
19:2, 19:11, 19:13
19:18, 19:22, 20:2
20:6, 20:17, 20:25
21:2, 21:4, 21:6
21:8, 21:12, 21:18
21:23, 22:6, 22:10
22:12, 22:24, 23:12
23:24, 24:5, 25:1
25:4, 25:7, 25:12
25:25, 26:11, 27:2
27:4, 27:7, 27:24
28:4, 28:5, 28:8
28:16, 29:19, 30:2
30:9, 30:15, 30:19
32:18, 32:24, 33:19
33:23, 33:25, 34:3
34:6, 34:10, 34:15
34:16, 34:20, 35:10
35:13, 35:19, 36:23
37:4, 37:6, 37:15
38:2, 38:21, 38:22
51:18, 57:3, 57:20
58:8, 58:17, 59:3
59:6, 59:14, 59:19
60:5, 60:10, 60:23
61:11, 61:23, 62:1
62:3, 62:8, 62:12
62:18, 63:10, 63:14
63:25, 77:7, 77:21
78:24, 80:13
issues 71:3

**J**

January 8:9, 18:10
    18:11, 18:19, 19:17
    19:18, 38:9, 82:6
jcrcourt@montana....
    1:25
Jeffries 1:23, 85:17
Jesco 72:19
job 7:12, 18:7
    18:12, 18:15, 19:20
    38:10, 38:11
Joyce 56:3
JP 47:3
JPMCB 45:4, 45:4
    45:20, 46:5, 46:16
    47:4, 49:2

July 10:8, 11:8
    11:14, 14:25, 14:25
    23:23, 24:10, 26:6
    26:11, 26:18, 26:19
    26:25, 28:13, 30:25
    31:17, 56:8, 56:21
    56:21, 56:22, 56:24
    57:12, 57:23, 62:17
    63:2, 63:3, 63:4
junk 75:1, 75:3
    75:22

**K**

Kalispell 8:17, 8:18
    24:19, 26:13, 53:16
    54:10, 62:20
keep 18:7, 18:24
    31:8, 38:11, 58:15
Ketterer 2:4, 86:2
kind 9:13, 52:13
    72:20, 73:13, 73:14
    75:15
knew 20:20, 20:20
know 6:15, 9:25
    11:2, 15:9, 15:9
    21:4, 21:5, 21:13
    21:14, 22:10, 23:18
    23:19, 26:9, 30:21
    31:4, 31:6, 31:7
    31:10, 32:8, 45:22
    46:17, 47:9, 49:7
    50:21, 53:1, 54:23
    57:7, 60:1, 61:2
    61:8, 64:13, 67:11
    70:9, 73:7, 73:10
    73:14, 74:1, 74:25
    75:20, 75:23, 76:2
    77:6, 77:7, 81:4
knowledge 36:13

**L**

Lake 7:24, 9:4, 9:6
    12:8, 18:4, 52:23
    53:3, 63:1, 63:5
    64:5, 64:10, 64:23
landowners 53:20
Lane 3:14, 3:15
    3:19, 3:20, 3:25

4:3, 6:12, 30:3
large 39:8, 71:21
late 10:8, 30:25
Laughter 8:13
    50:13
Law 2:11, 85:3
lawful 6:4
leave 64:23
led 9:17
left 8:24, 73:5
    74:22, 75:16
legal 13:4, 13:6
    68:9, 68:15
length 67:8
letter 4:12, 4:13
    85:12
liabilities 44:24
    45:12, 45:14
liability 50:7
liable 44:25, 49:7
    50:4, 50:20
likewise 34:19
LINE 83:3
list 40:20, 44:23
    45:10, 45:12, 51:1
    54:24, 66:6, 66:7
    66:15, 66:19
listed 45:1, 54:20
    55:8
listing 45:15, 54:11
little 52:7, 74:8
live 17:11, 32:20
lived 8:25, 9:2, 9:3
    9:8
living 9:24, 18:4
    19:6
LLC 1:10, 2:13
    3:11, 3:12, 11:4
    12:1, 12:3, 12:9
    12:11, 12:11, 12:13
    13:4, 13:5, 13:11
    13:15, 13:16, 14:18
    16:3, 16:4, 16:11
    16:14, 16:17, 16:20
    17:5, 17:15, 17:17
    17:23, 18:16, 19:2
    19:11, 19:13, 19:18
    19:22, 22:12, 24:5
    25:1, 25:12, 25:25
    26:7, 26:11, 27:2

27:4, 27:7, 27:13
    32:18, 33:25, 38:3
    51:18, 57:20, 60:23
    61:11, 61:23, 62:1
    62:8, 62:12, 62:18
    77:7, 77:21, 80:13
LLC's 62:3
loan 3:16, 11:19
    11:23, 20:23, 27:18
    28:1, 28:16, 30:15
    32:25, 33:2, 33:4
    33:15, 40:10, 44:20
    47:21, 47:24, 48:4
    49:13, 49:16, 50:2
    51:9, 65:11, 67:5
    70:4, 70:5, 71:4
    72:7, 81:1
loan's 70:20
loans 16:7, 17:2
    68:21
log 60:5
lone 81:11
long 7:20, 8:4
    31:14, 56:6, 59:1
    61:1, 61:7, 73:15
longer 42:14
look 16:19, 29:6
    29:9, 31:23, 32:13
    43:11, 43:16, 48:2
    52:7, 55:14, 55:18
    55:21, 56:5, 65:20
    67:2
looked 13:5, 25:15
    25:19, 29:2, 29:7
    29:7, 29:8, 30:19
    30:23, 32:6, 32:10
    51:22, 52:9, 52:11
    52:12, 52:14, 52:17
    52:24, 52:25, 53:4
    53:5, 53:24, 55:7
    56:7
looking 10:22
    10:24, 29:18, 31:16
    31:24, 32:14, 37:25
    44:7, 51:21, 52:6
    56:9, 58:15
looks 30:14, 40:16
    57:22, 71:20, 73:6
    74:20, 75:7
lose 8:10

lot 9:20, 18:9
    32:14, 34:4, 42:25
    67:6, 68:21, 69:5
    69:10
low 50:1
lower 69:24, 69:25
lump-sum 76:9

**M**

main 59:1
Manager 85:19
    86:16
Marine 72:19
mark 14:11, 22:19
    23:2, 37:9, 46:6
    43:3, 47:12, 50:23
    57:13, 71:11, 78:19
    79:10, 79:25
marked 14:14, 23:4
    29:24, 37:11, 40:8
    43:5, 47:14, 51:4
    57:16, 63:22, 66:13
    70:13, 71:13, 78:21
    79:12, 79:22
married 31:6, 31:12
    56:13, 62:23
mean 30:18, 81:10
medical 9:12, 9:20
member 11:25, 27:6
    36:23
mentioned 85:9
menus 52:21
merge 61:10, 61:13
merged 59:25, 60:3
    60:6
met 53:13, 53:17
    55:24
metal 75:10, 75:11
    75:13, 75:15
million 54:24
mine 25:2, 40:4
    41:4, 41:11, 45:22
    46:11, 46:17, 46:20
    46:22, 46:22, 48:6
    69:21, 71:25, 75:18
    77:17
mine's 66:24
minimum 46:2
Missoula 1:14, 1:23

2:12, 84:4, 85:4
money 9:25, 20:9
  20:11, 20:20, 21:1
  21:5, 21:7, 27:1
  27:19, 27:23, 28:6
  28:9, 28:15, 28:20
  29:3, 29:17, 30:13
  32:23, 33:20, 33:20
  33:24, 34:5, 34:15
  34:16, 34:20, 35:9
  35:20, 36:7, 36:11
  38:16, 38:18, 38:19
  38:24, 39:2, 42:5
  42:9, 42:25, 43:1
  44:4, 45:7, 48:24
  58:7, 58:16, 58:21
  58:24, 59:6, 59:9
  59:9, 59:11, 61:5
  65:15, 67:3, 67:6
  67:17, 68:18, 69:6
  69:10, 71:8, 72:5
  76:7, 76:18
money's 30:15
Montana 1:1, 1:14
  1:23, 1:24, 1:25
  2:5, 2:12, 5:6, 5:7
  5:11, 6:13, 8:6
  12:11, 13:10, 13:24
  25:14, 25:19, 51:22
  52:7, 52:11, 52:16
  84:3, 84:6, 84:6
  84:21, 84:21, 85:4
  86:3
month 35:9
months 14:24, 20:7
  29:17, 33:22
Morgan 47:3
mortgage 7:13, 7:16
  7:19, 7:21, 8:16
  34:3, 40:12, 45:18
  47:21, 48:19, 49:13
  65:10, 65:20, 70:2
  70:23, 76:12, 81:13
  81:14
mother 10:4, 12:10
mother's 15:23
Mount 1:23
moved 8:5, 9:4, 9:6
  9:9, 12:7
moving 74:20

multiple 59:10
  59:12
Murphy 2:10, 2:11
  3:5, 50:9, 56:15
  68:9, 68:15, 69:2
  80:23, 80:25, 82:2
  82:13, 85:2, 85:3
  86:19
must've 13:25
  50:20

## N

name 6:10, 7:15
  12:3, 13:15, 14:5
  16:4, 19:12, 20:2
  20:25, 35:10, 35:18
  36:8, 36:12, 36:16
  36:19, 36:21, 38:15
  38:21, 38:22, 41:3
  41:10, 41:15, 42:4
  43:8, 45:13, 45:23
  48:8, 48:19, 56:2
  65:13, 65:14, 68:14
  68:23, 69:7, 74:13
  77:15, 77:19, 77:20
  80:18, 81:23, 82:9
names 52:23
Navy 46:21
need 69:22
needed 15:13
  20:11, 20:23, 35:18
  38:18, 38:19, 38:23
neither 36:18
Nevada 12:12
never 12:14, 12:16
  12:17, 16:23, 17:2
  19:13, 21:24, 25:9
  25:11, 25:20, 53:9
  53:17, 53:20, 53:24
  54:2, 58:19, 58:22
  59:5, 62:12
new 78:9, 78:13
no-remote 8:7
nods 22:13, 34:25
  77:11
North 2:4, 2:11
  15:22, 85:3, 86:2
Notary 1:24, 5:6
  84:5, 84:21

note 33:16, 85:12
notes 84:12
notice 8:9, 18:11
  18:20
noting 85:10
number 3:10, 3:11
  3:13, 3:14, 3:16
  3:17, 3:18, 3:19
  3:21, 3:22, 3:23
  3:24, 4:3, 4:4, 4:5
  4:7, 14:14, 17:20
  23:4, 29:24, 37:11
  40:8, 43:5, 47:14
  51:4, 54:25, 57:16
  63:22, 66:13, 70:13
  71:13, 72:10, 78:21
  79:12, 79:22

## O

oath 6:6
object 50:9
objection 50:13
  68:9, 68:15, 69:2
objections 5:16
  5:17
Obviously 15:9
Occasionally 42:11
office 13:13, 13:23
  54:9, 85:19, 86:16
Offices 2:11, 85:3
oh 8:12, 13:6
  32:12, 37:25, 56:4
  56:17, 56:23, 64:8
  64:21, 69:25
okay 6:16, 6:17
  6:24, 7:2, 7:3, 7:7
  9:6, 9:11, 9:14
  11:8, 11:20, 11:25
  12:24, 13:3, 13:6
  13:9, 14:3, 14:7
  14:10, 14:20, 15:7
  15:11, 15:16, 15:19
  15:21, 16:6, 16:23
  17:5, 17:17, 17:22
  18:1, 18:6, 18:10
  18:14, 18:19, 19:7
  19:11, 19:13, 19:16
  19:22, 20:16, 21:1
  21:17, 22:1, 22:5

22:14, 22:18, 23:1
  23:8, 23:20, 24:22
  25:6, 25:9, 26:10
  26:18, 27:6, 27:9
  27:12, 28:4, 28:8
  28:12, 28:14, 29:6
  29:9, 29:16, 29:21
  30:6, 30:13, 30:18
  31:14, 31:18, 31:21
  32:2, 32:16, 32:22
  33:6, 35:16, 37:8
  38:7, 38:8, 38:23
  39:18, 39:20, 40:5
  40:15, 40:19, 40:22
  41:5, 41:10, 41:12
  41:17, 41:20, 42:8
  42:15, 43:22, 44:7
  44:19, 45:3, 45:19
  45:23, 46:2, 46:10
  46:12, 46:19, 46:23
  47:2, 47:7, 47:11
  49:2, 49:7, 49:18
  50:17, 50:22, 50:25
  51:11, 52:16, 52:19
  53:9, 54:2, 54:19
  55:3, 55:10, 55:14
  55:20, 56:6, 56:12
  56:20, 57:25, 58:16
  59:16, 61:22, 62:2
  62:6, 62:10, 62:17
  63:4, 63:7, 63:24
  64:4, 64:10, 64:17
  65:3, 65:6, 65:10
  65:18, 65:20, 65:24
  66:2, 66:6, 66:10
  66:19, 66:23, 67:2
  67:16, 67:22, 68:2
  68:4, 68:6, 68:12
  69:5, 69:15, 69:19
  70:1, 70:11, 71:10
  71:20, 72:16, 73:5
  73:25, 74:7, 74:4
  75:14, 75:19, 75:25
  76:12, 76:14, 76:18
  77:9, 77:9, 77:15
  77:18, 77:23, 78:4
  78:16, 78:19, 79:9
  80:4, 80:11, 80:21
  81:6, 81:10, 81:16
  81:20, 82:2, 82:12

82:13
old 46:21, 73:18
  73:23, 75:8
Olson 54:24, 55:11
  55:22, 55:23, 55:25
Olson's 54:9
one's 46:17, 74:4
one-hour 14:20
  14:25, 15:13
ones 47:10, 59:15
ongoing 67:9
  67:10
online 15:16, 53:4
  53:4, 53:5, 53:7
  54:8, 55:5, 59:21
  59:22, 60:4, 60:4
  60:7, 60:7, 60:8
  61:14, 61:16, 61:18
open 15:12, 15:17
  24:23, 26:12, 57:3
  57:10, 59:10
opened 15:5, 25:22
  26:19, 62:19
opening 15:7, 16:9
  16:17, 16:24, 24:24
  25:3, 57:22
Operating 3:12
  23:10
opportunities 53:7
options 26:23, 29:2
  29:6, 32:15
order 49:13, 49:15
  67:15
ordering 85:13
  86:11, 86:14
Organization 3:10
  14:17
original 70:4, 85:13
  86:10, 86:13
originally 59:21
outside 57:6
owe 45:7, 74:18
owed 34:4, 71:1
owes 28:5
owing 43:1
owned 78:1
owners 53:13
owns 77:4

**P**

P.C 2:4, 86:2
p.m 1:15, 51:14
  51:15, 76:24, 76:25
  82:14
P.O 2:5, 13:10
  13:18, 13:23, 14:4
  14:7, 14:9, 15:24
  15:25, 86:3
Pace 73:18, 73:24
page 3:3, 4:2, 40:19
  43:11, 43:13, 44:23
  45:3, 45:20, 48:2
  70:19, 83:3, 85:9
  85:10, 85:10
pages 46:15, 67:3
  83:13, 84:11
paid 17:17, 34:7
  34:21, 34:23, 35:20
  48:3, 48:18, 50:5
  50:7, 66:8, 66:21
  74:10, 74:17
paperwork 12:21
park 53:2
part 11:6, 26:13
  35:24, 51:8
parties 5:4, 5:10
  5:15, 5:22, 84:14
party 85:13, 86:11
  86:14
passed 86:13
pay 20:11, 20:12
  20:13, 20:14, 38:19
  38:24, 39:2, 39:5
  40:2, 42:21, 42:24
  48:15, 49:14, 49:18
  49:22, 68:22, 69:7
  69:13, 70:22
paychecks 60:22
paying 65:21, 66:5
payment 32:17
  32:18, 39:17, 43:12
  43:19, 43:23, 43:24
  72:14, 72:25
payments 3:23
  43:14, 65:12, 66:25
payoff 48:21, 49:2
payroll 7:13, 7:13
penalty 44:12

perjury 44:13
person 44:20, 54:19
  55:22
personal 60:6
  60:20, 61:10, 61:24
  65:16, 80:5, 80:7
personally 63:13
phone 54:8, 55:1
  58:15
photo 4:3
picture 71:18, 73:20
  75:22, 76:1
piece 78:12
pile 23:7
place 20:16, 24:6
  24:20, 52:24, 77:8
placed 47:22, 51:8
  70:16
placing 53:21
Plaintiff 1:8, 2:7
Plaintiff's 4:5, 4:6
plan 51:19
planning 11:9
  11:12, 19:6
plans 19:17, 38:11
Platinum 43:8
please 6:24, 85:8
  85:14, 86:7, 86:10
PLLC 2:11, 45:6
  85:3
point 18:14, 82:9
policy 8:7
pop-up 52:25
portal 61:20
position 68:6
positive 46:7
possible 35:22
post 13:13, 13:23
postal 15:24
Premier 47:1, 47:6
present 62:4
preventing 35:7
previously 81:2
price 30:6, 30:22
  72:22
primarily 40:2
Primary 7:16, 7:18
  7:21
prior 58:19, 67:12
probably 31:20

56:4, 65:4, 65:5
68:17
Procedure 5:12
proceedings 51:13
  51:15, 76:23, 76:25
proceeds 48:4
  49:15
process 6:22
promissory 33:16
properties 29:8
  29:10, 53:6, 54:24
property 3:14, 3:15
  3:19, 3:20, 3:25
  4:3, 36:14, 47:22
  51:8, 53:21, 54:14
  54:25, 55:2, 55:3
  55:4, 55:8
provide 13:20
  79:18, 81:6
provided 66:16
  85:11
providing 79:3
Public 1:24, 5:6
  84:5, 84:21
purchase 3:13, 20:2
  23:25, 30:2, 30:6
  55:1, 68:19, 72:22
purchased 67:12
  77:16
purchasing 55:5
purpose 16:10
  16:14, 18:16, 24:6
  24:16, 24:22, 24:25
  25:6, 35:22, 49:25
  54:3, 62:13, 62:13
pursue 16:9, 16:17
  28:23, 29:1
pursued 25:11
  25:20
put 21:1, 21:5, 21:8
  21:11, 21:17, 22:2
  22:5, 22:15, 22:20
  22:24, 23:6, 23:13
  23:16, 23:20, 24:2
  24:6, 24:20, 26:1
  26:15, 27:1, 28:15
  30:9, 30:19, 32:17
  32:18, 32:22, 35:10
  45:15, 45:17, 52:21
  52:21, 57:25, 58:7

58:16, 58:19, 58:24
59:5, 59:8, 59:9
59:11, 61:16, 63:16
66:7, 66:16, 67:17
putting 79:2

**Q**

qualified 50:2
qualify 49:15
question 6:25
  16:12, 24:4, 25:6
  36:9, 50:11, 50:12
  79:9
questions 6:21
  80:23, 85:14
quick 30:22, 50:23
  52:8
quickly 18:1, 18:3
  52:15
quit 18:12, 18:15
quitclaim 3:15
  20:3, 20:22, 37:15
quitclaimed 19:23
  20:7, 37:1, 38:8
quite 39:20
quitting 19:20

**R**

rate 69:24, 69:25
ratio 50:8
read 4:12, 10:20
  85:10, 85:13, 86:11
reading 5:23, 84:9
  85:12, 86:13
ready 32:4
real 19:14
reality 37:19
really 9:19, 18:7
  19:16, 19:19, 25:11
  30:22, 50:23, 52:15
  67:13
Realtor 51:24, 54:2
  54:6, 54:7, 55:7
  55:8, 55:20, 55:25
Realtor.com 52:13
reason 34:16, 38:21
  39:5, 40:1
reasons 38:23

recall 8:20, 31:10
  65:17, 70:3, 71:7
  76:6
received 30:10
  37:18
recess 51:14, 76:24
recognize 70:15
  78:25
recollection 79:8
reconvened 51:14
  76:24
record 6:11, 14:12
  45:11, 47:16, 51:12
  51:16, 76:21, 77:1
recorded 38:1, 38:6
referred 81:1
referring 81:16
refi 72:6
refinance 3:18, 3:25
  40:1, 71:5, 76:8
refinanced 70:17
refinancing 69:16
  69:20, 69:22
regarding 12:25
  13:1
registered 22:10
  22:11, 77:6, 77:10
  77:16, 77:19
relative 84:15
release 4:13, 85:12
remaining 65:15
remember 22:21
  42:17, 57:11, 79:2
remodel 67:7, 67:8
  67:18
remodeling 67:4
remote 8:14
remotely 8:1, 8:4
  8:11, 18:24
removed 49:10
  81:23
rental 29:8
repaid 28:5, 33:1
repay 28:9
report 45:25, 81:19
  84:8
Reported 1:23
Reporter 1:24, 4:11
  5:5, 7:17, 84:5
  84:20

reporting 1:23
  81:25, 85:17
represent 6:15
  54:16, 64:15
requests 4:5, 4:6
  66:17, 78:25, 79:15
required 49:14
  49:18, 49:22
requiring 33:19
reserved 5:16, 5:24
  82:15, 84:10
residence 17:11
  19:4, 71:18
Residential 3:16
  7:16, 7:18, 7:21
residing 1:24, 5:6
  84:6, 84:21
resign 18:21
respective 5:4, 5:10
  5:15, 5:22
response 66:17
responses 4:4, 4:6
  62:7, 79:4, 79:15
responsible 45:14
return 33:10
review 79:6, 79:17
Richard 1:6, 2:7
  2:16
right 10:8, 15:16
  16:21, 19:20, 23:7
  25:16, 26:25, 30:16
  44:17, 46:15, 56:5
  56:13, 63:19, 69:1
  70:2, 74:5, 75:4
  76:5, 76:5, 81:14
  85:13
Road 15:22
Rohlfs 1:23, 5:5
  84:5, 84:20
Rona 85:19, 86:16
roughly 8:22, 9:16
  17:18, 72:12, 72:24
RPR 1:23, 5:5, 84:5
  84:20
Rules 5:12
Rusty 2:10, 85:2
  86:19
rusty@murphylaw...
  2:12
RV 65:13, 74:8

RVs 77:19

S

sale 25:15
Salt 7:23, 9:4, 9:6
  12:7, 18:4, 52:23
  53:3, 63:1, 63:5
  64:5, 64:10, 64:23
Samson 1:6, 2:8
  2:16
sat 6:20
savings 80:9, 80:12
saw 81:21, 82:7
saying 33:2
says 13:21, 37:18
  45:12
SBA 11:23, 28:16
school 7:6
Scott 1:3, 1:7, 2:8
  2:16, 3:24, 20:12
  20:13, 20:14, 23:20
  24:24, 25:2, 26:4
  26:22, 27:6, 27:8
  27:17, 27:19, 28:2
  28:5, 28:9, 30:16
  32:24, 33:9, 33:16
  33:20, 34:3, 34:4
  34:7, 34:14, 34:19
  35:7, 35:17, 35:18
  35:20, 35:24, 36:15
  36:18, 42:17, 43:8
  43:25, 55:19, 56:24
  57:2, 62:9, 62:20
  63:4, 63:7, 63:11
  64:4, 64:11, 64:18
  65:25, 66:3, 66:4
  66:8, 66:21, 68:8
  76:15, 78:5, 85:6
  86:5
Scott's 6:16, 6:20
  24:2, 24:6, 24:13
  24:20, 25:24, 26:15
  27:1, 27:23, 33:6
  35:14, 36:12, 36:19
  38:19, 38:24, 40:2
  41:25, 42:1, 42:4
  45:22, 46:6, 46:13
  46:18, 48:23, 49:3
  58:24, 68:14, 68:19

68:25, 73:8, 74:5
  82:10
seal 84:17
second 3:25, 31:19
  43:13, 70:19, 76:22
see 40:15, 40:20
  40:24, 41:6, 65:22
  71:22, 73:19, 73:20
  73:20
seller 54:17
sent 85:11
separately 60:5
September 1:15, 6:1
  19:23, 20:17, 20:19
  29:11, 29:14, 29:16
  84:17, 85:1, 86:8
serve 53:2
Service 45:4, 45:20
Services 41:6
  48:13
set 10:10, 10:19
  11:4, 12:21, 12:24
  13:5, 13:9, 13:10
  13:13, 13:18, 13:23
  14:23, 15:3, 84:17
setting 12:14, 12:17
Settlement 3:13
  3:18
seven 25:23, 27:2
share 27:8, 27:9
sheds 53:24
shop 11:13, 11:18
  11:21, 16:9, 16:14
  16:18, 24:24, 25:2
  25:8, 27:20, 28:23
  29:1, 30:14, 32:12
shops 10:4, 16:19
  29:8, 29:18, 51:21
  52:2
shortly 67:5
shot 50:10
show 45:24, 62:7
  71:10
sic 81:2
sick 9:5, 9:19
sign 4:12, 85:10
signature 82:15
signed 38:2, 38:5
  40:16, 86:11
signing 5:23, 44:12

84:9, 86:13
Sincerely 85:16
situation 36:2
small 11:19, 27:18
sole 36:23
solely 41:23, 41:25
  42:1
somebody 53:10
  54:9, 55:10
sorry 7:17, 9:21
  11:3, 14:2, 24:23
  37:25, 48:14, 81:7
sort 81:3
source 81:18
spend 42:5, 42:9
spent 33:23, 48:24
  67:4, 67:5, 67:6
  76:10
Spotted 3:14, 3:15
  3:19, 3:20, 3:25
  4:3, 6:12, 30:3
spouse 42:6
Spreadsheet 3:23
Spruce 1:14
Square 85:4
ss 84:3
Staff 2:6
standard 23:14
start 7:1, 7:23
  11:21, 15:4, 27:20
  28:17, 34:6, 45:19
started 66:5
starting 40:19
starts 44:23
state 1:24, 5:6, 6:10
  84:3, 84:5, 84:21
statement 3:13
  3:17, 3:18, 3:21
  3:22, 4:7, 30:2
  43:18, 47:20, 57:19
  64:1, 80:1
statements 44:16
  62:4, 71:4
States 1:1, 13:23
station 24:23, 24:24
  25:3, 26:5, 26:23
  36:4
stayed 70:5
stenotype 84:12
steps 16:23

stipulated 5:3, 5:9
  5:14, 5:21
Stipulations 3:7
street 1:14, 15:21
stressed 36:1
stuff 10:10, 38:9
Subaru 22:7, 77:20
  77:21, 77:23
subsequent 83:12
subsequently 51:14
  76:24
Suite 1:23, 2:11
  85:3
super 52:8
supplement 62:2
  71:6
sure 22:9, 46:25
  79:6, 79:18
sustain 50:13
swear 84:7
switched 27:3
sworn 6:5

T

take 36:2, 50:10
  50:24, 51:12, 60:9
  76:19
taken 1:14, 5:4
  5:11, 68:21, 69:7
  76:2
talked 10:3, 26:16
  26:22, 36:20, 53:9
  53:20, 80:4
talking 15:25, 60:4
  61:4, 61:13
tall 75:12
tarp 75:23
tell 6:5, 7:4, 9:22
  46:23, 67:7, 75:21
  75:24
telling 25:25, 44:24
  45:7
ten-minute 51:12
Terra 1:23, 5:5
  84:5, 84:20
testified 6:6, 18:11
  20:5, 21:23, 26:4
testifying 42:18
testimony 26:10

28:1, 32:25, 49:11
62:11, 83:11, 84:13
tgardner@goetzla...
2:6
Thank 80:22
thing 18:8, 73:21
81:3
things 29:19, 42:9
45:10, 51:23, 67:23
68:23, 69:8
think 12:12, 13:16
16:12, 34:7, 36:20
46:6, 56:6, 65:18
69:17, 74:5, 74:16
75:22
thinking 19:7
third 43:11
thought 14:6, 18:9
19:20, 45:10
three 8:23, 20:7
80:14
Thursday 1:15, 6:1
86:8
time 5:17, 5:19
10:5, 11:4, 16:22
19:1, 19:12, 20:6
25:17, 26:16, 28:19
31:16, 31:19, 33:11
41:14, 42:15, 55:16
59:2, 67:7, 73:16
86:13
timeline 10:25
11:1, 13:21, 26:5
68:3
times 10:3, 34:9
55:14, 59:10, 59:12
title 30:10, 48:3
titled 33:24, 48:8
68:23
told 6:24, 18:23
59:5
tons 29:2
top 8:21, 31:5
43:14, 45:19, 47:9
60:1, 61:3, 61:8
total 70:24
track 31:8
trade 73:3
Traders 25:14
25:19, 51:22, 52:8

52:11, 52:16
trailer 53:2, 65:13
73:6, 73:8, 73:11
73:12, 73:12, 73:13
73:18, 73:24, 75:2
75:8, 75:22, 75:23
trailers 52:25, 78:1
transcription 84:12
transfer 33:12, 37:5
63:13
transferred 32:24
33:7, 33:9, 35:9
35:20, 38:15, 41:18
43:25
transferring 62:14
travel 12:4, 12:5
Trent 2:3, 6:14
85:21, 86:1
trial 5:17
tried 16:5
truck 74:6, 76:4
78:6, 78:7, 78:9
78:13, 78:16
true 28:24, 43:2
44:16, 83:10, 84:12
trust 3:20, 3:25
24:3, 42:20, 51:7
70:16
trustee 1:6, 2:8
6:15
truth 6:5, 6:5, 6:6
try 28:22, 81:22
82:9
trying 11:5
turn 70:19
turned 19:3
two 38:23, 46:15
50:5, 59:25, 60:3
61:15, 67:2, 74:2
78:3

U

uh-huh 13:8, 44:11
60:18, 65:2, 75:6
Ulta 46:19
understand 36:9
understood 16:12
62:7
uniform 3:16, 75:15

Union 4:7, 48:5
48:11, 49:19, 80:2
United 1:1, 13:22
updated 66:24
67:19
urgency 14:24, 17:1
36:11, 36:14
urgent 15:12
URL 10:16
USAA 72:17
use 19:3, 21:22
22:3, 23:24, 24:2
39:2, 55:12, 55:13
80:17
USPS 13:10
Utah 12:11

V

value 37:18, 37:19
various 40:20
vehicles 21:3, 21:9
21:11, 21:17, 21:19
21:20, 22:1, 22:5
22:15, 68:22, 74:2
77:18, 77:25
venture 11:10
venues 31:17, 31:25
56:9
verbal 7:1
versus 60:6
view 61:17
Viking 1:10, 2:13
3:10, 3:12, 3:24
4:4, 9:22, 10:6
10:7, 10:13, 10:14
10:16, 11:20, 12:21
12:25, 13:10, 13:15
13:16, 13:25, 14:2
14:3, 14:4, 14:18
16:3, 16:4, 16:10
16:13, 16:16, 16:20
17:3, 17:5, 17:15
17:17, 17:23, 18:16
19:2, 19:11, 19:13
19:17, 19:22, 20:2
20:6, 20:17, 20:24
21:2, 21:3, 21:6
21:8, 21:11, 21:18
21:23, 22:5, 22:10

22:11, 22:24, 23:12
23:23, 24:5, 24:25
25:4, 25:7, 25:11
25:25, 26:11, 27:2
27:3, 27:7, 27:23
28:4, 28:5, 28:8
28:15, 30:2, 30:9
30:13, 30:19, 32:18
32:24, 33:7, 33:10
33:10, 33:15, 33:19
33:23, 33:24, 34:2
34:6, 34:9, 34:15
34:16, 34:20, 35:10
35:13, 35:18, 36:22
37:4, 37:6, 37:15
37:20, 38:2, 38:9
38:20, 38:22, 41:18
51:18, 54:14, 55:4
55:17, 57:3, 57:20
58:7, 58:16, 59:3
59:6, 59:14, 59:18
60:5, 60:9, 60:23
60:25, 61:5, 61:11
61:23, 62:1, 62:3
62:8, 62:11, 62:18
63:10, 63:14, 63:25
66:20, 77:4, 77:6
77:10, 77:21, 78:1
78:24, 80:13
Viking's 28:22
29:17, 59:22, 60:8
65:8, 76:16
vikinginvestmentsl...
10:18
visited 53:12
vs 1:9

W

wait 6:25
waived 85:13
walked 65:12
walking 65:22
want 8:10, 18:23
28:12, 31:7, 36:5
56:3, 78:19
wanted 15:3, 15:17
16:2, 35:1, 36:2
36:18, 40:13
way 9:25, 26:24

35:22, 38:2, 44:7
56:16
we've 67:13
website 13:7, 52:13
52:14
wedding 15:3
15:15, 26:24, 30:24
31:15, 31:22, 31:25
31:25, 32:1, 32:3
32:4, 32:7, 56:10
56:18
week 31:20, 31:22
31:25, 32:1, 32:2
32:9, 58:15, 58:17
weeks 59:8
welcome 13:2
Wells 41:5, 46:25
47:4, 47:6, 48:13
49:22
went 13:6, 26:21
27:16, 27:23, 28:21
28:25, 32:10, 42:20
42:21, 42:24, 52:8
52:24, 53:12, 55:18
63:4, 64:4, 64:11
65:15, 66:3
West 1:14
western 12:4, 12:5
WET 12:5
wheel 22:9, 22:11
39:17, 39:21, 39:24
41:2, 41:3, 48:7
49:20, 69:8, 74:8
77:5, 77:10, 78:3
WHEREOF 84:17
white 73:10, 74:2
74:4
wholesalers 52:9
52:24
Williams 1:3, 1:7
1:10, 1:20, 2:8
2:13, 2:16, 3:4, 4:6
6:3, 6:12, 6:14
6:24, 43:8, 44:21
57:6, 63:16, 73:19
75:1, 75:10, 75:12
75:21, 76:1, 83:17
84:8, 85:6, 85:6
86:5, 86:8
Willstein 2:3, 85:22

**IN RE: WILLIAMS, DEBTOR**      **9/14/2023**      **CANDY WILLIAMS**

86:1
Winning 8:13
wish 78:10
witness 3:3, 4:10
  5:23, 6:7, 7:18
  22:13, 34:25, 50:14
  50:17, 63:18, 71:15
  73:23, 77:11, 82:15
  83:1, 84:8, 84:10
  84:13, 84:17, 85:12
wood 75:23
work 8:1, 8:11
  8:18, 18:9, 18:24
  22:23, 22:23
worked 8:4, 8:15
  8:17, 8:23, 35:25
working 7:23, 10:2
works 6:22
would've 32:3, 32:6
  32:11, 34:15, 46:8
  70:8
writing 33:18
written 33:4

**Y**

yeah 8:10, 13:8
  14:2, 21:7, 36:9
  37:13, 38:1, 42:12
  46:11, 46:17, 48:14
  50:19, 54:22, 58:18
  63:16, 63:18, 65:5
  68:18, 70:9, 73:10
  73:19, 73:23, 73:24
  75:11, 76:2, 77:14
  81:9, 81:12
year 18:3, 22:20
  61:8, 72:1, 72:4
  74:15, 77:16, 77:23
  78:7
years 7:22, 8:18
  8:23, 9:4, 21:16
Yep 16:1, 40:25
  43:15, 71:16

**Z**

zero 28:22
Zions 63:12, 64:11
Zoom 13:4

Zoom's 13:7

**1**

1 43:16, 43:17
  43:17, 80:1
1,100 47:4
10 10:24
10,000 30:9, 32:17
  32:22, 39:11
100 57:25, 62:9
1015 1:23
10th 10:23, 56:19
  56:20, 56:22, 62:24
11/4/23 84:22
11423 6:12, 30:3
120,000 65:22
  65:24
127 2:11, 85:3
13 3:10, 14:11
  14:14
13,671 41:6, 48:10
14 1:15, 3:11, 3:11
  6:1, 7:22, 22:19
  23:2, 23:4, 77:13
  86:8
140,000 65:19
15 3:13, 29:22
  29:24, 30:1
16 3:14, 37:9
  37:11
17 3:16, 40:6, 40:8
  44:8, 81:16
17,000 42:17, 42:20
17,992 43:12, 43:19
18 3:17, 43:3, 43:5
19 3:18, 47:12
  47:14, 47:17, 47:20
  65:20

**2**

2 40:19, 44:23
  48:2
2,000 45:6, 45:6
2,200 46:16
2/1/20 4:8
2:56 1:15
20 3:19, 51:2, 51:4
20,000 39:13

200,000 40:12
  47:24, 51:9, 65:11
  70:2, 70:5
2009 13:22
2011 8:24, 9:1, 9:6
  9:7, 12:7
2013 77:12
2016 72:2, 72:8
  77:24
2017 74:16
2018 74:16, 77:9
2019 10:8, 10:23
  13:22, 15:1, 22:21
  23:23, 24:10, 24:14
  26:11, 30:11, 37:22
  39:16, 40:12, 40:17
  51:9, 65:11, 67:6
  82:7
2020 8:5, 9:8
  10:11, 18:10, 18:12
  18:19, 19:17, 19:19
  22:21, 80:1
2021 69:15, 69:23
  70:1, 70:17, 71:7
  76:8
2023 1:15, 6:1
  83:15, 84:17, 85:1
  86:8
20-something-thou...
  21:10
20th 84:17, 85:1
21 3:21, 57:14
  57:16
22 3:22, 63:22
  63:24
23 3:12, 3:23
  66:11, 66:11, 66:13
238 15:21
24 3:24, 70:11
  70:13
24th 26:6, 56:22
25 4:3, 71:11
  71:13, 71:17
25,000 42:18, 43:25
2500 34:10, 35:19
25th 15:1, 23:23
  24:10, 25:22, 26:6
  26:11, 26:19, 26:19
  26:25, 57:12, 57:23
  62:18, 62:19, 63:2

26 4:4, 78:19
  78:21, 78:23
26th 14:25, 26:19
  28:13, 30:11, 32:16
  37:24, 38:5, 40:17
  70:17
27 4:5, 37:22
  79:10, 79:12
27th 38:6, 63:3
  63:4, 64:5
28 4:7, 79:22
  79:25
285,000 70:20
  70:21
29 3:14
2nd 24:14, 26:20
  27:15, 28:13, 30:13
  64:12, 64:16, 64:18
  64:23

**3**

3 45:3, 45:20
3,000 45:6
3:51 51:14
30 85:12
310 1:14, 2:11
  85:3
3223 15:24
35 2:4, 86:2
358,000 30:7
359,000 33:23
360-some-thousan...
  17:18
368 33:23
37 3:15
3rd 64:24

**4**

4,000 45:6
4,256 45:20
4:06 51:15
4:38 76:24
4:44 76:25
4:53 82:14
40 3:16
400,000 24:3, 24:6
  24:13, 24:20, 25:3
  25:24, 26:1, 26:8

26:15, 26:20, 27:3
  27:10, 27:15, 27:22
  27:23, 28:10, 28:14
  28:21, 28:25, 33:6
  35:8, 35:11, 35:14
  58:24, 62:9, 63:11
  64:12, 68:8
406)721-1143 1:24
41,975 40:23, 48:5
43 3:17
47 3:19
4th 63:9, 64:25
  65:1, 65:4

**5**

5 3:7
50 72:13
50,000 72:23
51 3:20
57 3:21
59771-6580 2:5
  86:3
59801 1:24
59802 2:12, 85:4
5th 63:17

**6**

6 3:5, 11:3, 66:7
  67:24
63 3:22
6580 2:5, 86:3
66 3:24

**7**

7 1:6, 2:8
7/19/19 3:17
7/31/19 3:21
70 3:25
700 47:5
71 4:3
78 4:5
79 4:6, 4:8

**8**

8/2/19 33:7
8/30/19 3:22

80 3:5
82 3:6
83 4:10
84 4:11
85 4:12
85,000 70:25
86 4:13
8th 13:21

### 9

9,677 41:21, 48:21
9:22-bk-90147-BPH
  1:5
92,000 67:3, 67:5
  67:16
94/'95 9:16
98 67:21
98,000 68:4, 68:7