

**DUPLICATE COPY**

**Platinum Card®**
SCOTT WILLIAMS
Closing Date 08/19/19



p. 1/9

Account Ending ▆2004

| New Balance | $9,646.78 |
|---|---|
| Payment Due Date | 09/13/19‡ |

‡**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 09/13/19, you may have to pay a late fee of up to $39.00.

**Membership Rewards® Points**
Available and Pending as of 07/31/19
**64,976**
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | $4,309.88 |
|---|---|
| Payments/Credits | -$4,579.69 |
| New Charges | +$9,916.59 |
| Fees | +$0.00 |
| **New Balance** | **$9,646.78** |

Days in Billing Period: 31

See page 2 for important information about your account.



**Get the Amex® App**
Manage your account on the go by turning on alerts, monitoring charges, and much more. Visit amex.co/getamexapp to learn more.
iOS and Android only. See App Store listings for operating system information.

**Customer Care**

Pay by Computer
americanexpress.com/pbc

Customer Care
1-800-525-3355

Pay by Phone
1-800-472-9297

See Page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

Account Ending ▆2004
Enter 15 digit account # on all payments.
Make check payable to American Express.

SCOTT WILLIAMS
1898 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

Payment Due Date
**09/13/19**
Amount Due
**$9,646.78**

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

EXHIBIT 134



## Payment Information

Payment Due Date
**Sep. 13, 2019**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$2,821.30**

Minimum Payment Due
**$91.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 22 Years | $8,406 |
| $112 | 3 Years | $4,046 |

Estimated savings if balance is paid off in about 3 years: $4,360

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,983.98 |
| Payments | - $226.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $3.00 |
| Interest Charged | + $60.32 |
| **New Balance** | **= $2,821.30** |
| Credit Limit | $3,250.00 |
| Available Credit (as of Aug. 16, 2019) | $428.70 |
| Cash Advance Credit Limit | $500.00 |
| Available Credit for Cash Advances | $428.70 |

Your monthly fee of $3 was charged this month.


Make a statement. Go paperless. Stop waiting for your bill to arrive in the mail and go paperless today. Log in to your account to make the switch to paperless. 300083

## Account Notifications

(i) Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account on our mobile app or at www.capitalone.com    Customer Service: 1-800-903-3637    See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Payment Due Date: **Sep. 13, 2019**

New Balance
**$2,821.30**

Minimum Payment Due
**$91.00**

Account Ending in 0780

Amount Enclosed
$ _____

000151847
C108

SCOTT K WILLIAMS
1898 E RICH WAY
SALT LAKE CITY, UT 84121-4881

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599


Thanks for using **less paper!** Now that you're paying your bill online or by phone, we'll no longer include a return envelope. 400032

0780 16 282730022600091005

  Manage your account online: www.chase.com   Customer Service: 1-800-524-3880   Mobile: Download the Chase Mobile® app today


September 2019

**New Balance**
$2,251.77
**Minimum Payment Due**
$61.00
**Payment Due Date**
09/27/19

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 814 |
| + 1% (1 Pt)/$1 earned on all purchases | 0 |
| **Total points available for redemption** | **814** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $4,656 |
| $84 | 3 years | $3,030 (Savings=$1,626) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number:  9130 | |
| Previous Balance | $2,274.72 |
| Payment, Credits | -$62.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$39.05 |
| **New Balance** | **$2,251.77** |
| Opening/Closing Date | 08/03/19 - 09/02/19 |
| Credit Limit | $3,000 |
| Available Credit | $748 |
| Cash Access Line | $600 |
| Available for Cash | $600 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

Page 1 of 2

---

**CHASE**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 09/27/19 |
| New Balance: | $2,251.77 |
| Minimum Payment: | $61.00 |
| Account number: | 9130 |

$  _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

SCOTT WILLIAMS
1698 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

9:23-ap-09001-BPH   Doc#: 35-52   Filed: 11/15/23   Page 3 of 12

# CHASE
## SLATE

Manage your account online: www.chase.com/creditcards
Customer Service: 1-800-945-2000
Mobile: Download the Chase Mobile® app today


September 2019

**New Balance**
**$3,383.45**
Minimum Payment Due
**$105.00**
Payment Due Date
**09/14/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $8,918 |
| $135 | 3 years | $4,859 (Savings=$4,059) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | 3231 |
| Previous Balance | $3,569.53 |
| Payment, Credits | -$258.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$71.92 |
| **New Balance** | **$3,383.45** |
| Opening/Closing Date | 07/18/19 - 08/17/19 |
| Credit Limit | $4,000 |
| Available Credit | $616 |
| Cash Access Line | $800 |
| Available for Cash | $616 |
| Past Due Amount | $0.00 |
| Balance over the Credit Limit | $0.00 |

0000001 FIS33339 D 7    Y 9 17 19/08/17    Page 1 of 2    08649 MA MA 82134    22910000070006213401

# CHASE
## SLATE
P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

3231000105000033834500000001

| Payment Due Date: | 09/14/19 |
|---|---|
| New Balance: | $3,383.45 |
| Minimum Payment: | $105.00 |
| Account number: | 3231 |

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

62134 BEX 9 22919 D
SCOTT WILLIAMS
1698 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

500016028    332316

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ ████ 2293
July 12, 2019 to August 11, 2019

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $1,636.01 |
| Payments | − | $100.00 |
| Other Credits | − | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | **$8.25** |
| Interest Charged | + | **$34.42** |
| New Balance | | $1,578.68 |
| Credit Limit | | $2,425.00 |
| Available Credit | | $846.00 |
| Statement Closing Date | | 08/11/19 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,578.68 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $79.00 |
| **Minimum Payment Due** | **$79.00** |
| Payment Due Date | 09/07/19 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $2,559.00 |
| $64.00 | 3 years | $2,294.00 (Savings= $265.00) |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 74071936N00XTMJLW | 08/02 | 08/02 | INTERNET PAYMENT   LAS VEGAS   NV | −100.00 |
| | | | **Fees** | |
| F5727006Z000CYLAC | 08/11 | 08/11 | ANNUAL FEE   09/19 THROUGH 09/19 | 8.25 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **8.25** |
| | | | **Interest Charged** | |
| | 08/11 | 08/11 | Interest Charge on Purchases | 34.42 |
| | 08/11 | 08/11 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **34.42** |

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $66.00 |
| Total interest charged in 2019 | $307.93 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 26.15%(v) | $1,579.62 | $34.42 |
| Cash Advances | 26.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001  7  11  190811  0   PAGE 1 of 1   20  5727  9620  M110  O1GR5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.



For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ ████ 2293 |
| New Balance: | $1,578.68 |
| Minimum Payment Due: | $79.00 |
| Payment Due Date: | 09/07/19 |

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

SCOTT WILLIAMS
1898 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

Manage your account online: www.chase.com/disney
Customer Service: 1-800-300-8575
Mobile: Download the Chase Mobile® app today

| September 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | **3** | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

New Balance
**$4,391.04**
Minimum Payment Due
**$111.00**
Payment Due Date
**09/03/19**

## DISNEY REWARDS DOLLARS

| | |
|---|---|
| Previous Rewards Dollars balance | 111.93 |
| + 1% Earn on all other purchases | 0.00 |
| - Loaded to Redemption Card or airline credit | 0.00 |
| **Total Rewards Dollars avail. for redemption** | **111.93** |

74.01 Rewards Dollars will expire on statement in February 2022
26.65 Rewards Dollars will expire on statement in March 2022
2.01 Rewards Dollars will expire on statement in April 2022

Please visit DisneyRewards.com or call 1-800-300-8575 to transfer your Disney Rewards Dollars to a Disney Rewards Redemption Card or if you have any questions about your Rewards Dollars.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 years | $10,079 |
| $159 | 3 years | $5,725 (Savings=$4,354) |

If you would like information about credit counseling services, call 1-866-797-2885.

Every Rewards Dollar you earn is equal to $1 when redeeming toward Disney products and offerings and airline travel. Disney Rewards Dollars are subject to the Disney Rewards Dollars Terms and Conditions for Disney® Visa® Credit Cards which were provided to you when you became a Cardmember. Please visit DisneyRewards.com or call Chase Customer Service if you have any questions about your Rewards Dollars or Disney Visa Card.

© Disney and its related entities.

## ACCOUNT SUMMARY

| Account Number: | 0784 |
|---|---|
| Previous Balance | $4,433.61 |
| Payment, Credits | -$110.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$67.43 |
| **New Balance** | **$4,391.04** |
| Opening/Closing Date | 07/07/19 - 08/06/19 |
| Credit Access Line | $5,000 |
| Available Credit | $608 |
| Cash Access Line | $1,000 |
| Available for Cash | $608 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

**Cardmember ID:** 6542
Use your Cardmember ID for special limited-time promotions.

0000001 FIS33339 C 2 0474    Y 9 06 19-08-06    Page 1 of 2    08272    MA MA 09106    21810000020000916801

0784000111000043910400000000

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 09/03/19 |
| New Balance: | $4,391.04 |
| Minimum Payment: | $111.00 |
| Account number: | 0784 |

$_____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

09106 BEX 9 21619 C
SCOTT WILLIAMS
1898 E RICH WAY
SALT LAKE CITY UT 84121-4881

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 1602 8    07846

9:23-ap-09001-BPH    Doc#: 35-52    Filed: 11/15/23    Page 6 of 12




First PREMIER Bank — Member FDIC
mastercard.

SCOTT WILLIAMS
Account Number: ▓▓▓▓ 2592
July 19, 2019 to August 18, 2019

| New Balance: | Total Minimum Amount Due: | Payment Due Date: |
|---|---|---|
| $994.08 | $70.00 | 09/14/19 |

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,269.56 |
| Payments | - $323.49 |
| Credits | - $0.00 |
| Purchases & Other Charges | + $22.86 |
| Cash Advances | + $0.00 |
| **Fees Charged** | + $6.00 |
| **Interest Charged** | + $19.15 |
| New Balance | $994.08 |
| Credit Limit | $1,125.00 |
| Available Credit as of 08/18/19 | $130.00 |
| Statement Closing Date | 08/18/19 |
| Days in Billing Cycle | 31 |

SCOTT WILLIAMS keep an eye on your credit card account with email or text message alerts. Choose to receive real-time credit card alerts to your mobile phone and/or your email. Enroll now at: www.mypremiercreditcard.com

With the added security of using your EMV Chip Card, you may be required to enter a PIN for purchases. Call 1-888-891-2435 to create or change your PIN.

0-13

## Payment Information

| | |
|---|---|
| New Balance | $994.08 |
| Minimum Payment | $70.00 |
| Past Due Amount | +$0.00 |
| Amount Over Limit Due | +$0.00 |
| **Total Minimum Amount Due** | =$70.00 |
| Payment Due Date | 09/14/19 |

**Late Payment Warning:** If we do not receive your minimum payment and past due amount by the date listed above, you may have to pay a late fee of up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 Years | $1,271 |

If you would like information about credit counseling services, call 1-800-501-8235.

## Payment Options and Contact Information

**Online**
www.mypremiercreditcard.com
**Pay by Phone**
Call 1-800-987-5521
**Cash Payment Locator**
premier.ingolocator.com
1-888-818-7127
**Western Union® Payments®**
Locator: 1-800-325-6000
Code City: PREMIER SD

**MoneyGram.**
Receive Code: 6267
Locator: 1-800-926-9400
www.moneygram.com/locations
**Mail in Payments**
PO BOX 5529
Sioux Falls, SD 57117-5529
Payments not sent in Proper Form may delay crediting your account up to 5 days.

**Contact Us:**
Customer Service / Lost Stolen
1-800-987-5521
**PREMIER Online**
www.mypremiercreditcard.com
**Write**
PO BOX 5524
Sioux Falls, SD 57117-5524

**Don't miss your payment due date**

### September

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5625  0002 YNG  001  7  11  190818  0     PAGE 1 of 3     2 0  8362  7000  FFM1     13555

---

Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records.

**First PREMIER Bank**
**PO Box 5519**
**Sioux Falls SD 57117-5519**

☐ Please indicate address change and additional cardholder requests on the reverse side.

Payments must be received by 5:00 pm CT. See reverse side for posting information.

Make Check Payable to:

**First PREMIER Bank**
**PO Box 5529 Sioux Falls SD 57117-5529**

**Payment Information**

| | |
|---|---|
| Account Number | ▓▓▓▓ 2592 |
| Payment Due Date | 09/14/19 |
| New Balance | $994.08 |
| Total Minimum Amount Due | $70.00 |
| Amount Enclosed | $ |

SCOTT WILLIAMS
1898 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

13555
C108

# JUNIPER Mastercard® Statement

SCOTT K WILLIAMS | Account Ending 9499 | Statement Period 07/20/19-08/19/19 Page 1 of 5

| | | |
|---|---|---|
| Previous Balance as of 07/20/19 | | $3,040.61 |
| Payments - Thank You | - | $208.38 |
| Fees Charged | + | $49.00 |
| Interest Charged | + | $55.46 |
| Statement Balance as of 08/19/19 | = | $2,936.69 |

▸ APR Details begin on page 2 in the Interest Charge Calculation section.

▸ Transaction details begin on page 2.

| | |
|---|---|
| Total Credit Line | $3,700.00 |
| Includes $740.00 cash advance line | |
| Available Credit Line as of 08/19/19 | $763.31 |
| Available for cash advances $740.00 | |

| | |
|---|---|
| Points Earned This Period | $0.00 |
| Total Points Balance | $19.29 |

▸ For details see page 3

| | |
|---|---|
| Statement Balance: | $2,936.69 |
| Minimum Payment Due: | $84.27 |
| Payment Due Date: | 09/16/19 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $7,271.00 |
| $113.00 | 3 years | $4,068.00 (Savings = $3,203.00) |

▸ If you would like information about credit counseling services, please call 800-570-1403.

Repayment information based on activity and APR's on your account as of the closing date.

**SEE INSIDE:** You may have additional important messages inside.

NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

## Payment Coupon

Ways to pay: BarclaysUS.com | Barclays Mobile App | 888-232-0780 | 11:59 PM ET PAYMENT DUE BY PHONE & ONLINE

**JUNIPER**

Statement Balance as of 08/19/19: (account ending 9499) $2,936.69
Minimum Payment Due: $84.27
Payment Due Date: 09/16/19

Amount Enclosed: $ ___,___,___
Make check payable to Barclays. Allow 7-10 days for USPS delivery.

------ manifest line ---------
SCOTT K WILLIAMS
1898 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

Barclays
P.O. Box 60517
City of Industry, CA 91716-0517



71500

*0000842700293669*

9:23-ap-09001-BPH   Doc#: 35-52   Filed: 11/15/23   Page 8 of 12

# Style. Selection. Savings.


overstock.com

## Summary of account activity

| | |
|---|---|
| Account no. | ****-****-****-4789 |
| Previous balance | $308.25 |
| Payments | -43.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 0.00 |
| Interest charged | 7.09 |
| **New balance** | **$272.34** |
| Past due amount | 0.00 |
| Credit limit | $4,000.00 |
| Available credit | $3,727.66 |
| Statement closing date | 08/09/2019 |
| Days in billing cycle | 31 |

## Payment information

| | |
|---|---|
| New balance | $272.34 |
| Minimum payment due | $27.00 |
| Payment due date | 09/04/2019 |

**Late payment warning:**
If we do not receive your minimum payment by 09/04/2019 you may have to pay up to a $39.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 12 months | $318 |

For information regarding credit counseling services, call 1-800-284-1706.

Account Questions? Need to make a payment? Want to know how to go paperless?
Visit *comenity.net/overstock* or call 1-855-810-2546 (TDD/TTY 1-888-819-1918). Want to stay in the know with credit tips and news? Visit us at facebook.com/askcomenity or at twitter.com/askcomenity.

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| 07/22/2019 | PAYMENT-THANK YOU | -43.00 |

### Fees
| | |
|---|---|
| Total fees charged for this period | $0.00 |

### Interest charged
| | |
|---|---|
| Interest charge on purchases | $7.09 |
| Total interest for this period | $7.09 |

**2019 totals year to date**
| | |
|---|---|
| Total fees charged in 2019 | $54.00 |
| Total interest charged in 2019 | $28.05 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details. Minimum interest charge may exceed interest charge below, per your credit card agreement.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 29.2400% (v) | 285.44 | 7.09 |

## Additional important messages

**Important Reminder:** If you make a purchase with this credit card using a promotional plan, the promotional plan expiration date and payment due date may be different. This means that if you have any remaining promotional plan balance after the promotional plan expiration date, the balance and any accrued interest (if applicable), will move to your regular revolving plan on the next billing statement.

(CONTINUED)

NOTICE: See reverse side for important information.
--- Please tear at perforation above ---


overstock

| Account number | ****-****-****-4789 |
|---|---|
| New balance | Minimum payment |
| $272.34 | $27.00 |
| 99 3 | |

☐ Yes, I have moved or updated my e-mail address - see reverse.

Amount enclosed: $ _____

Payment must reach us by 6 pm ET on **09/04/2019**.

Please make check payable to:
COMENITY - Overstock.com

SCOTT WILLIAMS
1898 E RICH WAY
SALT LAKE CITY UT 84121-4881

Please return this portion along with your payment to:
PO BOX 659707
SAN ANTONIO TX 78265-9707

31001006  00073691          4789  000002700 000027234



# ACCOUNT STATEMENT
ACCOUNT # ▇▇▇▇▇5568

**PAYMENT INFORMATION**  Page 1 of 2

| | |
|---|---|
| New Balance | $940.29 |
| Current REGULAR PLAN | $29.00 |
| Past Due Amount | $58.00 |
| **Total Minimum Payment Due** | **$87.00** |
| **Payment Due Date** | **09/15/19** |

SCOTT K WILLIAMS
1898 E RICH WAY
SALT LAKE CITY, UT 84121-4881

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $900.05 |
| Payments and Other Credits | $0.00 |
| Purchases / Insurance Prem | $0.00 |
| Balance Transfers | $0.00 |
| Adjustments | $0.00 |
| Fees Charged | $25.00 |
| Interest Charge | $15.24 |
| **New Balance** | **$940.29** |
| **Past Due Amount** | **$58.00** |
| Statement Closing Date | 08/20/19 |
| Credit Limit | $2,500.00 |
| Available Credit | $0.00 |

Late Payment Warning: If we do not receive your minimum payment by 09/20/19, you may have to pay a late fee of up to $25.00 and your APR may be increased up to the penalty APR of 24%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will payoff the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 YEARS | $1,401.00 |
| $36.00 | 3 YEARS | $1,268.00 (Savings = $133.00) |

If you would like information about credit counseling services, call 1-800-845-7171

### Paying your RC Willey Account is easy with four convenient ways to pay



RC Willey Financial Services
Attn: Payments
P.O. Box 65320
Salt Lake City, UT 84165-0320



801-261-6840
Toll Free 877-315-0183



www.rcwilley.com



Nearest R.C. Willey Location
861 East 6600 South
Murray, UT 84107

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---

PLEASE RETURN THIS PORTION WITH PAYMENT



AMOUNT ENCLOSED $ ▯▯▯▯▯▯▯

| Statement Closing Date | Payment Due Date | Total Minimum Payment Due |
|---|---|---|
| 08/20/19 | 09/15/19 | $87.00 |

ACCOUNT # ▇▇▇▇▇5568

☐ ADDRESS CHANGE/ CORRESPONDENCE ON BACK

#BWNBTSJ    AUTO TR 23PA 1PI 6178
#845255399617877#
SCOTT K WILLIAMS
1898 E RICH WAY
SALT LAKE CITY, UT 84121-4881

RC WILLEY HOME FURNISHINGS, INC.
P.O. BOX 410429
SALT LAKE CITY, UTAH 84141-0429







**Your card is accepted at participating Synchrony Car Care™ locations nationwide!***

Here are a few of the participating merchants. Check with your local Synchrony Car Care merchant for details.

Use your Chevron and Texaco Techron Advantage™ Credit Card* for all your auto care needs—from routine maintenance to tires, oil changes and more!

Visit **TechronAdvantageCard.com/CarCare** to find a full list of service locations near you.

*Valid in-store at participating locations in the U.S. which are enrolled in the Synchrony Car Care merchant network. Not valid online. Purchases made with a Chevron and/or Texaco Techron Advantage™ Credit Card at Synchrony Car Care™ locations are not eligible for promotional/special financing. Subject to credit approval.

**TECHRON ADVANTAGE** — Drive your advantage

SCOTT K WILLIAMS
Account Number ████████6251

Visit us at www.TechronAdvantageCard.com
Customer Service: 1-800-243-8766

| Summary of Account Activity | |
|---|---:|
| Previous Balance | $2,626.10 |
| - Payments | $216.00 |
| + Interest Charges | $59.48 |
| **New Balance** | **$2,469.58** |
| Credit Limit | $2,820.00 |
| Available Credit | $350.00 |
| Cash Limit | $564.00 |
| Available Cash | $350.00 |
| Statement Closing Date | 08/16/2019 |
| Days in Billing Cycle | 30 |

| Payment Information | |
|---|---:|
| New Balance | $2,469.58 |
| Total Minimum Payment Due | $85.00 |
| Payment Due Date | 09/09/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 11 years | $6,460.00 |
| $104.00 | 3 years | $3,738.00 (Savings= $2,722.00) |

If you would like information about **credit counseling services**, call 1-877-302-8775.

| Fuel Credit Summary | |
|---|---:|
| Gallons Purchased This Period | 0.00 |
| Total Fuel Credits Paid This Period | $0.00 |

**Fuel Credits Message Center**

Congratulations, you earned $0.00 in total Fuel Credits this period which has been applied as a statement credit to the balance on your account. Use your Chevron and/or Texaco Techron Advantage Credit Card to earn .03/Gal in Fuel Credits on every fill-up, every time.

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights Information and other important information.

5006  0005 ABH   1   7  14  190816   PAGE 1 of 3   9369  2000  CNW4  01BH5006   3947

Detach and mail this portion with your check. Do not include any correspondence with your check.

Account Number: ████████6251

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $85.00 | 09/09/2019 | $2,469.58 |

Payment Enclosed: $ _____
Please use blue or black ink.
Save a stamp, pay on-line.

Print address or email changes on back. Do not write on front.

SCOTT K WILLIAMS
1898 E RICH WAY
COTTONWOOD HEIGHTS UT 84121-4881

3947
C108

Make Payment to: CHEVRON / SYNCHRONY BANK
PO BOX 530950
ATLANTA, GA 30353-0950





**August 2019 Statement**  
Open Date: 07/09/2019  Closing Date: 08/07/2019

Page 1 of 4

Account: ▇▇▇▇▇▇▇▇ 2502

**U.S. Bank Platinum Visa® Card**  
SCOTT K WILLIAMS

**Cardmember Service**  
BNK  25  US2  8

📞 1-800-285-8585 4

| | |
|---|---|
| **New Balance** | **$889.52** |
| **Minimum Payment Due** | **$30.00** |
| **Payment Due Date** | **09/03/2019** |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 Late Fee.

**Activity Summary**

| | | |
|---|---|---|
| Previous Balance | + | $1,075.44 |
| Payments | − | $1,075.44CR |
| Other Credits | | $0.00 |
| Purchases | + | $889.52 |
| Balance Transfers | | $0.00 |
| Advances | | $0.00 |
| Other Debits | | $0.00 |
| Fees Charged | | $0.00 |
| Interest Charged | | $0.00 |
| **New Balance** | = | **$889.52** |
| **Past Due** | | **$0.00** |
| **Minimum Payment Due** | | **$30.00** |
| Credit Line | | $1,600.00 |
| Available Credit | | $710.48 |
| Days in Billing Period | | 30 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,188 |

If you would like information about credit counseling services, call 866-951-1391.

---

**Payment Options:**

✉ Mail payment coupon with a check   💻 Pay online at usbank.com   📞 Pay by phone 1-800-285-8585   🏦 Pay at your local U.S. Bank branch

*Please detach and send coupon with check payable to: U.S. Bank*



24-Hour Cardmember Service: 1-800-285-8585

📞 . to pay by phone  
   . to change your address

000005970 01 SP    000638 160519655 P  Y

SCOTT K WILLIAMS  
1898 E RICH WAY  
SALT LAKE CTY UT 84121-4881

   2502000030000000889520

| | |
|---|---|
| **Account Number** | ▇▇▇▇ 2502 |
| **Payment Due Date** | 9/03/2019 |
| **New Balance** | $889.52 |
| **Minimum Payment Due** | $30.00 |

**Amount Enclosed**    $ _____

**U.S. Bank**  
P.O. Box 790408  
St. Louis, MO 63179-0408